**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTINA LEWIS, Individually and on Behalf of all others similarly situated,<br><br><br>Plaintiff,<br><br>v.<br><br>YRC WORLDWIDE INC., JAMES L. WELCH, JAMIE G. PIERSON, and STEPHANIE D. FISHER,<br><br>Defendants. | Civ. A. No. 1:19-cv-00001-GTS-ATB |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE**
**MOTION OF CITY OF WARWICK RETIREMENT FUND**
**FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, Jeffrey P. Campisi, declare the following under the penalty of perjury:

1.      I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP.  I am a member of the bar of the State of New York and admitted to practice in this District.

2.      I respectfully submit this Declaration in Support of the Motion of City of Warwick Retirement Fund for: (1) Appointment as Lead Plaintiff; and (2) Approval of Lead Plaintiff's selection of Lead Counsel.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:      Notice of Pendency of Class Action published in *Business Wire* on January 2, 2019;

Exhibit B:      Certification of Alfred T. Marciano, dated March 4, 2019;

Exhibit C:      Chart of Losses of City of Warwick Retirement Fund in YRC Worldwide Inc. securities; and

Exhibit D:      Firm resume of Kaplan Fox & Kilsheimer LLP.

_/s/        Jeffrey P. Campisi_

Jeffrey P. Campisi
(Bar Roll Number: 700753)

**CERTIFICATE OF SERVICE**

I, Jeffrey P. Campisi, hereby certify that, on March 4, 2019, I caused the foregoing to be

served on all counsel of record by filing the same with the Court using the CM/ECF system

which will send electronic notices of the filing to all counsel of record.

/s/ Jeffrey P. Campisi

Jeffrey P. Campisi
(Bar Roll Number: 700753)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: jcampisi@kaplanfox.com