# EXHIBIT B

## CERTIFICATION

I, Alfred T. Marciano, hereby certify as follows:

1.        I am Chairman of the City of Warwick Retirement Board, and am duly authorized to make this certification on behalf of the City of Warwick Retirement Fund, ("City of Warwick").

2.        I have reviewed a complaint for the securities class action pending against YRC Worldwide Inc. ("YRC") and certain of its executives for violations of the federal securities laws, and I authorize the filing of a lead plaintiff motion.

3.        City of Warwick did not purchase the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4.        City of Warwick is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial if necessary. City of Warwick fully understands the duties and responsibilities of the Lead Plaintiff under the Private Securities Litigation Reform Act of 1995, specifically concerning its selection and retention of counsel and overseeing and directing the prosecution of the action on behalf of the class.

5.        City of Warwick's transactions in YRC securities during the proposed class period, March 10, 2014 through through December 14, 2018, are set forth in the attached schedule.

6.        City of Warwick has not sought to serve as a representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

7.        City of Warwick will not accept any payment for serving as a representative party on behalf of a class beyond its pro-rata share of any recovery, except as ordered or approved by the court, including any award to a representative party of reasonable costs and expense directly related to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct, executed on this 4th day of March, 2019.

_____
Alfred T. Marciano, Chairman

**Schedule A**

**City of Warwick's Transactions in YRC Worldwide, Inc. Common Stock**

| Security Description | CUSIP | Transaction | Trade Date | Shares | Price |
|---|---|---|---|---|---|
| YRC WORLDWIDE INC | '984249607 | BUY | 1/19/2018 | 990 | $16.6910 |
| YRC WORLDWIDE INC | '984249607 | BUY | 1/22/2018 | 1,220 | $17.2413 |
| YRC WORLDWIDE INC | '984249607 | BUY | 1/24/2018 | 2,660 | $17.0445 |
| YRC WORLDWIDE INC | '984249607 | BUY | 1/25/2018 | 2,240 | $16.9528 |
| YRC WORLDWIDE INC | '984249607 | BUY | 1/29/2018 | 1,380 | $16.5697 |
| YRC WORLDWIDE INC | '984249607 | BUY | 6/20/2018 | 880 | $10.8161 |
| YRC WORLDWIDE INC | '984249607 | BUY | 6/21/2018 | 1,180 | $10.9951 |
| YRC WORLDWIDE INC | '984249607 | BUY | 6/22/2018 | 730 | $11.2266 |
| YRC WORLDWIDE INC | '984249607 | SELL | 12/3/2018 | (1,440) | $5.8331 |
| YRC WORLDWIDE INC | '984249607 | SELL | 12/4/2018 | (430) | $5.6296 |
| YRC WORLDWIDE INC | '984249607 | SELL | 12/12/2018 | (1,440) | $4.7029 |
| YRC WORLDWIDE INC | '984249607 | SELL | 12/13/2018 | (2,080) | $4.4357 |
| YRC WORLDWIDE INC | '984249607 | SELL | 12/14/2018 | (4,210) | $3.2571 |
| YRC WORLDWIDE INC | '984249607 | SELL | 12/14/2018 | (1,680) | $3.5453 |