# EXHIBIT C

**Exhibit C**

**City of Warwick Retirement System**

**Estimated Losses in YRC Worldwide, Inc. (NASDAQ: YRCW) - Class period: 3/10/2014 - 12/14/2018**

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) | ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| **YRC WORLDWIDE INC.** | | | | | | | | |
| YRC WORLDWIDE INC COMMON STOCK | '984249607 | BUY | 1/19/2018 | 990 | $16.6910 | $16,524.09 | | ZA13 |
| YRC WORLDWIDE INC COMMON STOCK | '984249607 | BUY | 1/22/2018 | 1,220 | $17.2413 | $21,034.39 | | ZA13 |
| YRC WORLDWIDE INC COMMON STOCK | '984249607 | BUY | 1/24/2018 | 2,660 | $17.0445 | $45,338.37 | | ZA13 |
| YRC WORLDWIDE INC COMMON STOCK | '984249607 | BUY | 1/25/2018 | 2,240 | $16.9528 | $37,974.27 | | ZA13 |
| YRC WORLDWIDE INC COMMON STOCK | '984249607 | BUY | 1/29/2018 | 1,380 | $16.5697 | $22,866.19 | | ZA13 |
| YRC WORLDWIDE INC COMMON STOCK | '984249607 | BUY | 6/20/2018 | 880 | $10.8161 | $9,518.17 | | ZA13 |
| YRC WORLDWIDE INC COMMON STOCK | '984249607 | BUY | 6/21/2018 | 1,180 | $10.9951 | $12,974.22 | | ZA13 |
| YRC WORLDWIDE INC COMMON STOCK | '984249607 | BUY | 6/22/2018 | 730 | $11.2266 | $8,195.42 | | ZA13 |
| | | | | 11,280 | | $174,425.11 | | |
| | | | | | | | | |
| YRC WORLDWIDE INC | '984249607 | SELL | 12/3/2018 | (1,440) | $5.8331 | ($8,399.66) | | ZA13 |
| YRC WORLDWIDE INC | '984249607 | SELL | 12/4/2018 | (430) | $5.6296 | ($2,420.73) | | ZA13 |
| YRC WORLDWIDE INC | '984249607 | SELL | 12/12/2018 | (1,440) | $4.7029 | ($6,772.18) | | ZA13 |
| YRC WORLDWIDE INC | '984249607 | SELL | 12/13/2018 | (2,080) | $4.4357 | ($9,226.26) | | ZA13 |
| YRC WORLDWIDE INC | '984249607 | SELL | 12/14/2018 | (4,210) | $3.2571 | ($13,712.39) | | ZA13 |
| YRC WORLDWIDE INC | '984249607 | SELL | 12/14/2018 | (1,680) | $3.5453 | ($5,956.10) | | ZA13 |
| | | | | (11,280) | | ($46,487.32) | $127,937.79 | |