**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTINA LEWIS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> YRC WORLDWIDE INC., JAMES L. WELCH, JAMIE G. PIERSON, and STEPHANIE D. FISHER, <br><br> Defendants. | No.: 1:19-cv-00001-GTS-ATB <br><br> **DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF YRC INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Sam Reynolds, Peter Szabo, Robert Hart, Robert Paradis and Rafael Gonzalez (collectively, the "YRC Investor Group") and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the YRC Investor Group's motion for appointment as Lead Plaintiff for the Class, and approval of the YRC Investor Group's selection of Pomerantz and Glancy Prongay & Murray LLP  ("GPM") as Co-Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Press release announcing the pendency of the above-captioned action;

Exhibit B:      Shareholder Certifications executed by the YRC Investor Group;

Exhibit C:      Loss Chart of the YRC Investor Group;

Exhibit D:      Firm resume of Pomerantz; and

Exhibit E:      Firm resume of GPM.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 4, 2019, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman