# Exhibit A

Case 1:19-cv-00001-GTS-ATB   Document 11-1   Filed 03/04/19   Page 2 of 3

*MarketWatch*

## EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against YRC Worldwide Inc. – YRCW

By
Published: Jan 2, 2019 10:41 a.m. ET

Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of YRC Worldwide Inc. YRCW, +0.39% from March 10, 2014 through December 14, 2018, inclusive (the "Class Period"). The lawsuit seeks to recover damages for YRC Worldwide investors under the federal securities laws.

To join the YRC Worldwide class action, go to https://www.rosenlegal.com/cases-1477.html or call Phillip Kim, Esq. or Zachary Halper, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or zhalper@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

According to the lawsuit, defendants made false and/or misleading statements and/or failed to disclose that: (1) from 2005 to at least 2013, YRC Worldwide's units systematically overcharged the federal government for freight carrier services; (2) this alleged misconduct caused the Department of Defense to overpay by millions of dollars for shipments that were lighter, and thus cheaper, than the weights for which the government was charged; (3) consequently, this alleged misconduct would subject YRC Worldwide to enhanced government scrutiny and liabilities, including potentially owing treble damages under the False Claims Act; and (4) as a result, YRC Worldwide's public statements were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than March 4, 2019. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://www.rosenlegal.com/cases-1477.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim or Zachary Halper of Rosen Law Firm toll free at 866-767-3653 or via email at pkim@rosenlegal.com or zhalper@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013.

-------------------------------

Contact Information:

Laurence Rosen, Esq.
Phillip Kim, Esq.
Zachary Halper, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 34 [th] Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
zhalper@rosenlegal.com
www.rosenlegal.com

View source version on businesswire.com: https://www.businesswire.com/news/home/20190102005412/en/

SOURCE: Rosen Law Firm

Rosen Law Firm
866-767-3653
Phillip Kim, Esq.
pkim@rosenlegal.com
or
Zachary Halper, Esq.
zhalper@rosenlegal.com

Copyright Business Wire 2019

**From MarketWatch**

- The White House probably won't be tweeting this Trump-vs.-Obama chart
- One stat reveals the absurdity of San Francisco's pricey housing market
- AT&T CEO says Trump's handling of Acosta appears to violate free-press protections as CNN sues White House

---

BACK TO TOP

- **MarketWatch**
- Site Index
- Topics
- Help
- Feedback
- Newsroom Roster
- Media Archive
- Premium Products
- Mobile

Case 1:19-cv-00091-GTS-ATB Document 11-1 Filed 08/04/19 Page 3 of 3

- **Company**

- Company Info
- Code of Conduct
- Corrections
- Advertising Media Kit
- Advertise Locally
- Reprints & Licensing
- Your Ad Choices
-

- **Dow Jones Network**

- WSJ.com
- Barron's Online
- BigCharts
- Virtual Stock Exchange
- Financial News London
- WSJ.com Small Business
- realtor.com
- Mansion Global



Copyright © 2019 MarketWatch, Inc. All rights reserved.

By using this site you agree to the Terms of Service, Privacy Policy, and Cookie Policy.

*Intraday Data provided by SIX Financial Information and subject to terms of use. Historical and current end-of-day data provided by SIX Financial Information. All quotes are in local exchange time. Real-time last sale data for U.S. stock quotes reflect trades reported through Nasdaq only. Intraday data delayed at least 15 minutes or per exchange requirements.*