# Exhibit B

**SWORN CERTIFICATION OF PLAINTIFF**

**YRC WORLDWIDE INC. SECURITIES LITIGATION**

I, Rafael Gonzalez individually, and/or in my capacity as trustee and/or principal for accounts listed on Schedule A, certify that:

1.   I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.   I did not purchase the YRC Worldwide Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.   I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.   My transactions in YRC Worldwide Inc. securities during the Class Period set forth in the Complaint are as follows:

     (See attached transactions)

5.   I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.   I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

2/7/2019
_____
Date

DocuSigned by:

*Rafael Gonzalez*
_____
93D45A3A29DE4F0...

Rafael Gonzalez

**YRC Worldwide Inc. (2018) (YRCW)**                                              **Gonzalez, Rafael**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 12/2/2015 | Purchase | 4,500 | $16.2000 |
| 12/3/2015 | Purchase | 4,000 | $15.6800 |
| 12/14/2015 | Purchase | 6,500 | $14.2500 |
| 12/18/2015 | Purchase | 5,000 | $14.0500 |
| 12/18/2015 | Purchase | 10,000 | $14.4500 |
| 4/12/2017 | Purchase | 15,000 | $10.3500 |
| 5/4/2017 | Purchase | 1,000 | $9.7000 |
| 5/5/2017 | Purchase | 10,000 | $9.0000 |
| 5/5/2017 | Purchase | 14,000 | $9.7500 |
| 5/5/2017 | Purchase | 5,000 | $8.7000 |
| 5/12/2017 | Purchase | 10,000 | $7.9000 |
| 8/7/2017 | Purchase | 15,000 | $12.6500 |
| 9/25/2017 | Purchase | 10,000 | $13.0000 |
| 10/4/2017 | Purchase | 15,000 | $13.9500 |
| 10/4/2017 | Purchase | 15,000 | $13.9300 |
| 10/16/2017 | Purchase | 5,000 | $12.1500 |
| 11/15/2017 | Purchase | 10,000 | $10.8500 |
| 12/11/2017 | Purchase | 20,000 | $14.0800 |
| 12/14/2017 | Purchase | 10,000 | $13.8500 |
| 12/14/2017 | Purchase | 20,000 | $14.0800 |
| 12/17/2015 | Sale | 15,000 | $15.6200 |
| 2/6/2017 | Sale | 15,000 | $15.0000 |
| 4/20/2017 | Sale | 5,785 | $10.5000 |
| 4/21/2017 | Sale | 9,215 | $10.5000 |
| 5/2/2017 | Sale | 15,000 | $11.2200 |
| 5/22/2017 | Sale | 25,000 | $9.2500 |
| 8/29/2017 | Sale | 15,000 | $13.0000 |
| 9/20/2017 | Sale | 10,000 | $13.2700 |
| 9/29/2017 | Sale | 10,000 | $13.8000 |
| 10/2/2017 | Sale | 5,000 | $14.2500 |
| 12/4/2017 | Sale | 30,000 | $13.0000 |
| 12/8/2017 | Sale | 20,000 | $14.1200 |
| 12/18/2017 | Sale | 1,500 | $14.5000 |
| 12/13/2018 | Sale | 4,200 | $4.4800 |

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against YRC Worldwide Inc.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The YRC Worldwide Inc.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

First name:    Sam
Middle initial:    S.
Last name:    Reynolds
Address:
City:
State:
Zip:
Country:
Facsimile:
Phone:
Email:



REDACTED

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
| --- | --- | --- | --- |
| Common Stock | 02/12/2018 | 20015 | 10.02 |

7. I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate:    YES

**Certification for Sam Reynolds (cont.)**

By clicking on the button below, I intend to sign and execute
this agreement and retain the Rosen Law Firm, P.A. to
proceed on Plaintiff's behalf, on a contingent fee basis.          **YES**

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform
Electronic Transactions Act as adopted by the various states and territories of the
United States.

Date of signing: 03/04/2019

**YRC Worldwide Inc. (2018) (YRCW)**                                    **Reynolds, Sam**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 2/12/2018 | Purchase | 20,015 | $10.0200 |

**Submission Date**

2019-02-28 11:59:22

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.    I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against YRC Worldwide Inc. ("YRC Wolrdwide" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.   I did not purchase or acquire YRC Worldwide securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired YRC Worldwide securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in YRC Worldwide securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

## Name

**Print Name**

PETER Szabo

## Acquisitions

## Sales

## Documents & Message

**Signature**





**Full Name**

Peter Szabo

**YRC Worldwide Inc. (2018) (YRCW)**                                    **Szabo, Peter**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 3/9/2018 | Purchase | 100 | $10.1450 |
| 3/9/2018 | Purchase | 2,451 | $10.1499 |
| 3/9/2018 | Purchase | 2,949 | $10.1500 |
| 3/23/2018 | Purchase | 400 | $9.0748 |
| 5/3/2018 | Purchase | 500 | $10.0299 |
| 11/5/2018 | Purchase | 100 | $6.3950 |
| 11/5/2018 | Purchase | 33,900 | $6.4000 |
| 11/28/2018 | Purchase | 105 | $6.3300 |
| 3/9/2018 | Sale | 1,000 | $10.0805 |
| 3/14/2018 | Sale | 1,000 | $9.6300 |
| 5/15/2018 | Sale | 4,400 | $10.4200 |
| 11/12/2018 | Sale | 17,000 | $5.9700 |
| 12/6/2018 | Sale | 1,500 | $5.0900 |
| 12/12/2018 | Sale | 300 | $4.6550 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.   I, _Robert Mark Hart_, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against YRC Worldwide Inc. ("YRC Wolrdwide" or the "Company") and, authorize the filing of a comparable complaint on my behalf.

3.  I did not purchase or acquire YRC Worldwide securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired YRC Worldwide securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in YRC Worldwide securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.   I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses

directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury that the foregoing is true and correct.

Executed ___January 3rd 2019___
            **(Date)**

___Mark Hart___
**(Signature)**

___Robert Mark Hart___
**(Type or Print Name)**

**YRC Worldwide Inc. (2018) (YRCW)**                                                      **Hart, Robert**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 4/14/2015 | Purchase | 2,000 | $16.6300 |
| 4/14/2015 | Purchase | 400 | $16.3990 |
| 4/14/2015 | Purchase | 400 | $16.5120 |
| 4/14/2015 | Purchase | 300 | $16.6390 |
| 4/14/2015 | Purchase | 300 | $16.3890 |
| 4/14/2015 | Purchase | 240 | $16.4690 |
| 4/16/2015 | Purchase | 700 | $16.7800 |
| 4/16/2015 | Purchase | 340 | $16.7800 |
| 4/17/2015 | Purchase | 670 | $16.0490 |
| 4/27/2015 | Purchase | 390 | $16.2580 |
| 4/27/2015 | Purchase | 200 | $16.2390 |
| 4/27/2015 | Purchase | 200 | $16.3790 |
| 4/27/2015 | Purchase | 190 | $16.3300 |
| 4/27/2015 | Purchase | 100 | $16.3200 |
| 4/27/2015 | Purchase | 100 | $16.3700 |
| 4/29/2015 | Purchase | 500 | $16.0000 |
| 4/29/2015 | Purchase | 400 | $15.9800 |
| 4/29/2015 | Purchase | 240 | $16.1700 |
| 4/29/2015 | Purchase | 200 | $15.9690 |
| 4/29/2015 | Purchase | 100 | $15.9700 |
| 5/1/2015 | Purchase | 410 | $14.7900 |
| 5/1/2015 | Purchase | 330 | $14.1000 |
| 5/1/2015 | Purchase | 320 | $14.2320 |
| 5/6/2015 | Purchase | 500 | $14.1300 |
| 5/19/2015 | Purchase | 500 | $14.3900 |
| 5/19/2015 | Purchase | 200 | $14.3500 |
| 5/19/2015 | Purchase | 100 | $14.3490 |
| 5/22/2015 | Purchase | 500 | $14.1390 |
| 5/22/2015 | Purchase | 320 | $14.0650 |
| 5/22/2015 | Purchase | 300 | $14.0550 |
| 5/22/2015 | Purchase | 90 | $14.1800 |
| 5/22/2015 | Purchase | 80 | $14.2300 |
| 5/26/2015 | Purchase | 300 | $13.9700 |
| 5/26/2015 | Purchase | 200 | $13.7890 |
| 5/26/2015 | Purchase | 200 | $13.8490 |
| 5/28/2015 | Purchase | 200 | $13.4860 |
| 5/29/2015 | Purchase | 233 | $13.2290 |
| 6/2/2015 | Purchase | 200 | $13.0000 |
| 6/2/2015 | Purchase | 166 | $13.1290 |
| 6/8/2015 | Purchase | 310 | $14.9900 |
| 6/8/2015 | Purchase | 200 | $14.1850 |
| 6/9/2015 | Purchase | 410 | $14.3290 |
| 6/9/2015 | Purchase | 200 | $14.2080 |
| 6/12/2015 | Purchase | 200 | $14.0100 |
| 6/15/2015 | Purchase | 500 | $13.5890 |
| 6/16/2015 | Purchase | 230 | $13.6590 |
| 6/17/2015 | Purchase | 110 | $13.6920 |
| 6/23/2015 | Purchase | 100 | $13.8500 |
| 6/24/2015 | Purchase | 200 | $13.5510 |
| 6/24/2015 | Purchase | 200 | $13.2200 |

**YRC Worldwide Inc. (2018) (YRCW)**                                    **Hart, Robert**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|----------------------|----------------------|
| 6/25/2015 | Purchase | 210 | $13.2290 |
| 6/26/2015 | Purchase | 110 | $13.4860 |
| 6/29/2015 | Purchase | 300 | $13.0860 |
| 7/1/2015 | Purchase | 490 | $12.2700 |
| 7/1/2015 | Purchase | 400 | $12.3480 |
| 7/1/2015 | Purchase | 100 | $12.7990 |
| 7/1/2015 | Purchase | 100 | $12.5250 |
| 7/1/2015 | Purchase | 55 | $12.7700 |
| 7/2/2015 | Purchase | 200 | $12.4180 |
| 7/7/2015 | Purchase | 390 | $12.4700 |
| 7/8/2015 | Purchase | 600 | $12.4190 |
| 7/9/2015 | Purchase | 500 | $12.3580 |
| 7/14/2015 | Purchase | 200 | $12.9500 |
| 7/15/2015 | Purchase | 200 | $13.0690 |
| 7/15/2015 | Purchase | 190 | $12.7050 |
| 7/16/2015 | Purchase | 130 | $12.7550 |
| 7/17/2015 | Purchase | 210 | $13.1040 |
| 7/21/2015 | Purchase | 420 | $13.0550 |
| 7/22/2015 | Purchase | 320 | $12.9850 |
| 7/23/2015 | Purchase | 100 | $13.0190 |
| 7/24/2015 | Purchase | 250 | $12.3490 |
| 7/24/2015 | Purchase | 200 | $12.2700 |
| 10/1/2015 | Purchase | 600 | $13.3550 |
| 10/1/2015 | Purchase | 400 | $13.3590 |
| 10/2/2015 | Purchase | 200 | $13.2800 |
| 10/6/2015 | Purchase | 700 | $14.8330 |
| 10/6/2015 | Purchase | 200 | $14.8090 |
| 10/6/2015 | Purchase | 150 | $14.7800 |
| 10/27/2015 | Purchase | 500 | $14.5490 |
| 10/27/2015 | Purchase | 77 | $14.2390 |
| 10/27/2015 | Purchase | 77 | $14.0830 |
| 10/27/2015 | Purchase | 66 | $14.1100 |
| 10/28/2015 | Purchase | 300 | $13.3300 |
| 10/28/2015 | Purchase | 100 | $13.7950 |
| 10/28/2015 | Purchase | 99 | $13.6890 |
| 10/28/2015 | Purchase | 99 | $14.0620 |
| 10/28/2015 | Purchase | 89 | $13.7860 |
| 10/28/2015 | Purchase | 88 | $13.6740 |
| 10/28/2015 | Purchase | 77 | $13.7960 |
| 10/29/2015 | Purchase | 77 | $13.4760 |
| 12/9/2015 | Purchase | 777 | $14.5910 |
| 12/11/2015 | Purchase | 77 | $14.5040 |
| 12/14/2015 | Purchase | 99 | $14.1000 |
| 12/21/2015 | Purchase | 300 | $13.9400 |
| 12/21/2015 | Purchase | 200 | $13.8750 |
| 12/21/2015 | Purchase | 122 | $13.6700 |
| 12/31/2015 | Purchase | 77 | $13.7030 |
| 1/4/2016 | Purchase | 80 | $13.9210 |
| 1/6/2016 | Purchase | 77 | $13.5100 |
| 1/8/2016 | Purchase | 133 | $12.5220 |

**YRC Worldwide Inc. (2018) (YRCW)**                                          **Hart, Robert**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 1/8/2016 | Purchase | 89 | $12.2320 |
| 1/11/2016 | Purchase | 122 | $11.7170 |
| 1/19/2016 | Purchase | 444 | $9.2600 |
| 1/20/2016 | Purchase | 111 | $8.1740 |
| 1/25/2016 | Purchase | 111 | $9.9780 |
| 1/28/2016 | Purchase | 77 | $9.9750 |
| 2/5/2016 | Purchase | 122 | $7.2400 |
| 2/19/2016 | Purchase | 55 | $8.0700 |
| 2/23/2016 | Purchase | 66 | $7.9400 |
| 2/24/2016 | Purchase | 25 | $7.6140 |
| 3/23/2016 | Purchase | 200 | $9.4700 |
| 3/24/2016 | Purchase | 100 | $9.0900 |
| 3/24/2016 | Purchase | 100 | $9.1900 |
| 3/28/2016 | Purchase | 99 | $9.1600 |
| 3/29/2016 | Purchase | 200 | $8.9900 |
| 3/29/2016 | Purchase | 100 | $8.7700 |
| 3/29/2016 | Purchase | 100 | $9.0400 |
| 4/5/2016 | Purchase | 100 | $8.9600 |
| 4/6/2016 | Purchase | 100 | $8.6900 |
| 4/12/2016 | Purchase | 66 | $8.7340 |
| 4/28/2016 | Purchase | 99 | $8.8800 |
| 5/3/2016 | Purchase | 100 | $8.6700 |
| 6/24/2016 | Purchase | 100 | $8.7100 |
| 6/24/2016 | Purchase | 100 | $8.6100 |
| 6/27/2016 | Purchase | 100 | $8.2200 |
| 6/27/2016 | Purchase | 100 | $8.4400 |
| 11/1/2016 | Purchase | 1,200 | $8.9990 |
| 11/1/2016 | Purchase | 266 | $8.5050 |
| 11/1/2016 | Purchase | 222 | $8.3150 |
| 11/1/2016 | Purchase | 200 | $8.5540 |
| 11/1/2016 | Purchase | 166 | $8.7650 |
| 11/1/2016 | Purchase | 133 | $8.3350 |
| 11/1/2016 | Purchase | 111 | $8.2640 |
| 11/1/2016 | Purchase | 100 | $8.6550 |
| 11/1/2016 | Purchase | 100 | $8.3900 |
| 11/1/2016 | Purchase | 100 | $8.4900 |
| 11/1/2016 | Purchase | 100 | $8.3390 |
| 11/1/2016 | Purchase | 100 | $8.3310 |
| 11/3/2016 | Purchase | 444 | $8.0900 |
| 4/12/2017 | Purchase | 500 | $10.2980 |
| 4/13/2017 | Purchase | 108 | $10.1900 |
| 4/13/2017 | Purchase | 100 | $10.1450 |
| 5/15/2017 | Purchase | 5,600 | $7.9740 |
| 5/17/2017 | Purchase | 200 | $7.6100 |
| 5/17/2017 | Purchase | 120 | $7.6840 |
| 2/28/2018 | Purchase | 444 | $8.8600 |
| 2/28/2018 | Purchase | 222 | $8.7040 |
| 2/28/2018 | Purchase | 200 | $8.7650 |
| 2/28/2018 | Purchase | 22 | $8.7690 |
| 3/1/2018 | Purchase | 400 | $8.7690 |

**YRC Worldwide Inc. (2018) (YRCW)**                                             **Hart, Robert**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 3/2/2018 | Purchase | 229 | $8.5400 |
| 3/9/2018 | Purchase | 669 | $10.0060 |
| 3/9/2018 | Purchase | 200 | $9.9040 |
| 3/9/2018 | Purchase | 111 | $9.8200 |
| 3/13/2018 | Purchase | 400 | $9.8850 |
| 3/13/2018 | Purchase | 600 | $9.9050 |
| 3/16/2018 | Purchase | 266 | $9.6000 |
| 3/22/2018 | Purchase | 200 | $9.6050 |
| 3/22/2018 | Purchase | 129 | $9.5000 |
| 3/22/2018 | Purchase | 111 | $9.5300 |
| 3/23/2018 | Purchase | 222 | $9.2700 |
| 3/26/2018 | Purchase | 222 | $9.2190 |
| 3/26/2018 | Purchase | 222 | $9.4390 |
| 3/26/2018 | Purchase | 177 | $9.3790 |
| 3/26/2018 | Purchase | 177 | $9.1000 |
| 3/26/2018 | Purchase | 144 | $8.9500 |
| 3/26/2018 | Purchase | 129 | $8.8890 |
| 3/26/2018 | Purchase | 129 | $8.7600 |
| 3/28/2018 | Purchase | 199 | $8.5200 |
| 3/28/2018 | Purchase | 144 | $8.6490 |
| 3/28/2018 | Purchase | 123 | $8.3900 |
| 4/4/2018 | Purchase | 222 | $8.4200 |
| 4/4/2018 | Purchase | 144 | $8.3700 |
| 4/4/2018 | Purchase | 123 | $8.3390 |
| 4/6/2018 | Purchase | 222 | $8.2800 |
| 4/6/2018 | Purchase | 200 | $8.2990 |
| 4/6/2018 | Purchase | 123 | $8.2350 |
| 4/6/2018 | Purchase | 100 | $8.2900 |
| 4/6/2018 | Purchase | 100 | $8.2920 |
| 4/9/2018 | Purchase | 129 | $8.1000 |
| 4/9/2018 | Purchase | 123 | $8.1800 |
| 4/19/2018 | Purchase | 123 | $8.9200 |
| 4/19/2018 | Purchase | 123 | $8.8300 |
| 4/19/2018 | Purchase | 115 | $8.9990 |
| 4/19/2018 | Purchase | 8 | $8.9720 |
| 4/23/2018 | Purchase | 123 | $8.6900 |
| 4/24/2018 | Purchase | 169 | $8.4900 |
| 4/24/2018 | Purchase | 123 | $8.3900 |
| 4/24/2018 | Purchase | 123 | $8.5900 |
| 4/26/2018 | Purchase | 123 | $8.2900 |
| 5/1/2018 | Purchase | 259 | $8.1340 |
| 8/10/2018 | Purchase | 177 | $8.8800 |
| 8/10/2018 | Purchase | 169 | $8.9100 |
| 8/15/2018 | Purchase | 188 | $8.7100 |
| 8/15/2018 | Purchase | 170 | $8.4400 |
| 8/15/2018 | Purchase | 160 | $8.4900 |
| 9/28/2018 | Purchase | 140 | $8.9300 |
| 10/1/2018 | Purchase | 144 | $8.8900 |
| 10/2/2018 | Purchase | 177 | $8.7300 |
| 10/11/2018 | Purchase | 200 | $8.6900 |

**YRC Worldwide Inc. (2018) (YRCW)**                                      **Hart, Robert**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 10/12/2018 | Purchase | 4,600 | $8.6160 |
| 10/12/2018 | Purchase | 260 | $8.5120 |
| 10/18/2018 | Purchase | 340 | $8.4500 |
| 10/18/2018 | Purchase | 130 | $8.3900 |
| 10/19/2018 | Purchase | 188 | $8.2900 |
| 10/23/2018 | Purchase | 170 | $8.0700 |
| 10/23/2018 | Purchase | 133 | $7.9900 |
| 10/24/2018 | Purchase | 190 | $7.9500 |
| 10/24/2018 | Purchase | 179 | $7.8200 |
| 11/1/2018 | Purchase | 400 | $6.1940 |
| 11/6/2018 | Purchase | 100 | $6.7460 |
| 11/8/2018 | Purchase | 500 | $6.8840 |
| 11/26/2018 | Purchase | 100 | $6.1840 |
| 4/22/2015 | Sale | 500 | $17.3900 |
| 5/20/2015 | Sale | 600 | $14.4200 |
| 5/21/2015 | Sale | 400 | $14.6200 |
| 5/22/2015 | Sale | 500 | $14.0600 |
| 5/22/2015 | Sale | 700 | $14.1400 |
| 5/22/2015 | Sale | 1,900 | $14.2300 |
| 5/26/2015 | Sale | 240 | $14.0100 |
| 5/26/2015 | Sale | 320 | $14.1000 |
| 5/26/2015 | Sale | 410 | $13.9630 |
| 5/29/2015 | Sale | 50 | $13.3100 |
| 5/29/2015 | Sale | 480 | $13.3100 |
| 6/1/2015 | Sale | 160 | $13.0200 |
| 6/1/2015 | Sale | 200 | $13.2320 |
| 6/1/2015 | Sale | 200 | $13.3040 |
| 6/1/2015 | Sale | 200 | $13.3400 |
| 6/1/2015 | Sale | 200 | $13.3840 |
| 6/1/2015 | Sale | 250 | $13.3500 |
| 6/2/2015 | Sale | 270 | $13.1100 |
| 6/2/2015 | Sale | 300 | $13.4000 |
| 6/3/2015 | Sale | 160 | $13.5900 |
| 6/3/2015 | Sale | 210 | $13.8600 |
| 6/4/2015 | Sale | 200 | $14.3140 |
| 6/4/2015 | Sale | 260 | $14.1300 |
| 6/4/2015 | Sale | 400 | $14.3000 |
| 6/5/2015 | Sale | 200 | $14.3800 |
| 6/5/2015 | Sale | 200 | $14.6700 |
| 6/5/2015 | Sale | 210 | $14.8800 |
| 6/5/2015 | Sale | 300 | $15.0040 |
| 6/18/2015 | Sale | 430 | $13.7710 |
| 6/19/2015 | Sale | 340 | $14.0320 |
| 6/22/2015 | Sale | 500 | $14.2050 |
| 6/30/2015 | Sale | 200 | $13.1590 |
| 7/1/2015 | Sale | 300 | $12.8280 |
| 7/1/2015 | Sale | 700 | $12.3170 |
| 7/2/2015 | Sale | 700 | $12.7380 |
| 7/6/2015 | Sale | 100 | $12.7150 |
| 7/6/2015 | Sale | 100 | $12.7100 |

**YRC Worldwide Inc. (2018) (YRCW)**                                   **Hart, Robert**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 7/6/2015 | Sale | 100 | $12.7030 |
| 7/6/2015 | Sale | 290 | $12.6400 |
| 7/6/2015 | Sale | 410 | $12.7970 |
| 7/6/2015 | Sale | 500 | $12.5400 |
| 7/8/2015 | Sale | 300 | $12.4100 |
| 7/9/2015 | Sale | 60 | $12.6400 |
| 7/9/2015 | Sale | 240 | $12.6210 |
| 7/9/2015 | Sale | 800 | $12.3910 |
| 7/10/2015 | Sale | 400 | $13.1310 |
| 7/13/2015 | Sale | 390 | $13.4400 |
| 7/17/2015 | Sale | 300 | $13.3000 |
| 7/17/2015 | Sale | 100 | $13.3190 |
| 7/17/2015 | Sale | 200 | $13.3340 |
| 7/17/2015 | Sale | 210 | $13.1210 |
| 7/17/2015 | Sale | 300 | $13.1780 |
| 7/17/2015 | Sale | 390 | $13.1510 |
| 7/17/2015 | Sale | 400 | $13.2400 |
| 7/20/2015 | Sale | 383 | $12.9810 |
| 7/22/2015 | Sale | 200 | $12.9900 |
| 7/24/2015 | Sale | 234 | $12.2650 |
| 7/24/2015 | Sale | 400 | $12.3100 |
| 7/27/2015 | Sale | 400 | $12.2600 |
| 7/28/2015 | Sale | 300 | $12.7800 |
| 7/28/2015 | Sale | 306 | $12.8970 |
| 7/28/2015 | Sale | 450 | $12.7600 |
| 10/2/2015 | Sale | 10 | $14.1240 |
| 10/2/2015 | Sale | 100 | $13.8140 |
| 10/2/2015 | Sale | 100 | $14.0000 |
| 10/2/2015 | Sale | 100 | $14.1250 |
| 10/2/2015 | Sale | 120 | $13.9790 |
| 10/2/2015 | Sale | 133 | $13.8700 |
| 10/5/2015 | Sale | 66 | $14.7410 |
| 10/5/2015 | Sale | 90 | $14.5700 |
| 10/5/2015 | Sale | 120 | $14.7700 |
| 10/5/2015 | Sale | 120 | $14.5620 |
| 10/6/2015 | Sale | 77 | $14.6900 |
| 10/6/2015 | Sale | 120 | $15.0000 |
| 10/8/2015 | Sale | 230 | $15.1100 |
| 10/8/2015 | Sale | 66 | $15.2000 |
| 10/8/2015 | Sale | 88 | $15.2810 |
| 10/8/2015 | Sale | 88 | $15.3740 |
| 10/8/2015 | Sale | 100 | $15.5000 |
| 10/8/2015 | Sale | 200 | $15.1890 |
| 10/12/2015 | Sale | 77 | $15.7940 |
| 10/12/2015 | Sale | 100 | $15.7280 |
| 10/12/2015 | Sale | 123 | $16.0000 |
| 10/13/2015 | Sale | 22 | $16.3070 |
| 10/30/2015 | Sale | 72 | $17.5300 |
| 10/30/2015 | Sale | 77 | $17.0070 |
| 10/30/2015 | Sale | 85 | $17.1470 |

**YRC Worldwide Inc. (2018) (YRCW)**                                    **Hart, Robert**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 10/30/2015 | Sale | 99 | $17.3100 |
| 10/30/2015 | Sale | 100 | $18.0000 |
| 10/30/2015 | Sale | 100 | $17.0200 |
| 10/30/2015 | Sale | 150 | $17.0100 |
| 10/30/2015 | Sale | 166 | $17.3600 |
| 10/30/2015 | Sale | 800 | $17.0300 |
| 12/10/2015 | Sale | 77 | $15.0350 |
| 12/16/2015 | Sale | 178 | $15.3840 |
| 12/17/2015 | Sale | 98 | $15.6540 |
| 1/13/2016 | Sale | 1,000 | $10.2340 |
| 1/19/2016 | Sale | 111 | $9.4110 |
| 1/22/2016 | Sale | 111 | $10.5010 |
| 3/7/2016 | Sale | 111 | $9.4200 |
| 3/17/2016 | Sale | 100 | $9.7700 |
| 3/17/2016 | Sale | 100 | $9.9000 |
| 3/17/2016 | Sale | 105 | $9.6200 |
| 3/18/2016 | Sale | 100 | $10.0600 |
| 4/13/2016 | Sale | 100 | $9.3600 |
| 4/27/2016 | Sale | 100 | $10.0100 |
| 5/18/2016 | Sale | 100 | $8.3280 |
| 6/6/2016 | Sale | 100 | $9.5500 |
| 6/20/2016 | Sale | 100 | $9.7800 |
| 6/22/2016 | Sale | 100 | $9.3500 |
| 7/8/2016 | Sale | 100 | $9.5500 |
| 7/8/2016 | Sale | 100 | $9.4000 |
| 7/11/2016 | Sale | 100 | $9.7550 |
| 7/12/2016 | Sale | 100 | $10.0200 |
| 7/22/2016 | Sale | 100 | $9.7450 |
| 7/25/2016 | Sale | 100 | $9.9500 |
| 7/29/2016 | Sale | 100 | $10.9800 |
| 7/29/2016 | Sale | 100 | $11.0200 |
| 8/2/2016 | Sale | 100 | $11.9800 |
| 8/2/2016 | Sale | 100 | $11.8500 |
| 8/2/2016 | Sale | 122 | $12.0400 |
| 8/3/2016 | Sale | 100 | $12.1500 |
| 8/4/2016 | Sale | 100 | $12.2100 |
| 8/5/2016 | Sale | 100 | $12.2740 |
| 8/5/2016 | Sale | 111 | $12.5500 |
| 8/8/2016 | Sale | 100 | $12.4200 |
| 9/16/2016 | Sale | 100 | $11.9000 |
| 9/22/2016 | Sale | 100 | $12.1000 |
| 10/4/2016 | Sale | 133 | $12.5100 |
| 10/24/2016 | Sale | 100 | $13.0200 |
| 10/26/2016 | Sale | 72 | $13.7350 |
| 10/26/2016 | Sale | 100 | $13.4300 |
| 11/7/2016 | Sale | 100 | $9.4000 |
| 11/7/2016 | Sale | 100 | $9.6000 |
| 11/7/2016 | Sale | 400 | $9.6050 |
| 11/10/2016 | Sale | 111 | $10.2500 |
| 11/10/2016 | Sale | 239 | $10.2500 |

**YRC Worldwide Inc. (2018) (YRCW)**                                      **Hart, Robert**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 11/11/2016 | Sale | 111 | $11.2200 |
| 11/11/2016 | Sale | 122 | $11.5100 |
| 11/11/2016 | Sale | 200 | $10.6500 |
| 11/11/2016 | Sale | 200 | $10.5500 |
| 11/11/2016 | Sale | 222 | $10.8900 |
| 11/14/2016 | Sale | 156 | $11.6200 |
| 11/15/2016 | Sale | 200 | $11.8800 |
| 11/15/2016 | Sale | 222 | $12.0400 |
| 11/21/2016 | Sale | 126 | $11.4910 |
| 11/23/2016 | Sale | 136 | $12.4400 |
| 11/25/2016 | Sale | 123 | $12.6440 |
| 11/30/2016 | Sale | 33 | $12.7240 |
| 11/30/2016 | Sale | 67 | $12.7250 |
| 11/30/2016 | Sale | 71 | $12.7200 |
| 11/30/2016 | Sale | 100 | $12.7240 |
| 11/30/2016 | Sale | 200 | $12.7020 |
| 12/7/2016 | Sale | 2 | $15.8450 |
| 4/24/2017 | Sale | 208 | $10.9300 |
| 4/24/2017 | Sale | 500 | $10.9910 |
| 6/5/2017 | Sale | 2,000 | $9.7050 |
| 6/19/2017 | Sale | 300 | $10.6500 |
| 6/23/2017 | Sale | 300 | $10.1400 |
| 6/28/2017 | Sale | 50 | $10.7740 |
| 6/28/2017 | Sale | 100 | $10.7700 |
| 6/28/2017 | Sale | 420 | $10.5100 |
| 6/29/2017 | Sale | 300 | $11.0000 |
| 6/29/2017 | Sale | 300 | $11.2600 |
| 7/3/2017 | Sale | 300 | $11.6600 |
| 7/10/2017 | Sale | 350 | $12.3200 |
| 7/14/2017 | Sale | 200 | $12.3450 |
| 7/24/2017 | Sale | 150 | $12.4790 |
| 7/24/2017 | Sale | 300 | $12.5900 |
| 7/25/2017 | Sale | 100 | $13.0000 |
| 7/27/2017 | Sale | 100 | $13.5000 |
| 8/11/2017 | Sale | 650 | $12.1650 |
| 3/9/2018 | Sale | 118 | $9.6250 |
| 3/9/2018 | Sale | 200 | $9.8450 |
| 3/9/2018 | Sale | 201 | $9.9500 |
| 3/9/2018 | Sale | 222 | $9.3730 |
| 3/9/2018 | Sale | 222 | $9.1200 |
| 3/9/2018 | Sale | 222 | $9.4250 |
| 3/9/2018 | Sale | 333 | $9.2500 |
| 3/9/2018 | Sale | 400 | $9.5500 |
| 3/12/2018 | Sale | 222 | $9.7850 |
| 4/16/2018 | Sale | 123 | $8.7100 |
| 4/16/2018 | Sale | 123 | $8.7600 |
| 4/17/2018 | Sale | 123 | $8.8600 |
| 4/18/2018 | Sale | 123 | $9.0400 |
| 4/18/2018 | Sale | 123 | $9.1000 |
| 4/18/2018 | Sale | 123 | $8.9800 |

**YRC Worldwide Inc. (2018) (YRCW)**                                                **Hart, Robert**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 4/18/2018 | Sale | 444 | $8.9200 |
| 5/3/2018 | Sale | 300 | $10.2550 |
| 5/3/2018 | Sale | 400 | $10.4300 |
| 5/21/2018 | Sale | 200 | $11.0100 |
| 6/5/2018 | Sale | 300 | $10.6800 |
| 6/5/2018 | Sale | 300 | $10.5700 |
| 6/7/2018 | Sale | 120 | $10.7900 |
| 6/7/2018 | Sale | 140 | $10.8800 |
| 6/8/2018 | Sale | 50 | $11.0000 |
| 6/8/2018 | Sale | 100 | $10.9900 |
| 7/2/2018 | Sale | 244 | $10.0600 |
| 7/3/2018 | Sale | 100 | $10.2350 |
| 7/9/2018 | Sale | 100 | $10.7750 |
| 7/9/2018 | Sale | 100 | $10.7450 |
| 11/28/2018 | Sale | 190 | $6.1020 |
| 11/28/2018 | Sale | 389 | $6.1150 |
| 11/28/2018 | Sale | 510 | $6.1000 |

**Submission Date**

2019-03-04 14:15:37

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.    I  make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against YRC Worldwide Inc. ("YRC Wolrdwide" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.  I did not purchase or acquire YRC Worldwide securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired YRC Worldwide securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in YRC Worldwide securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury that the foregoing is true and correct.

## Name

**Print Name**

Robert Paradis

## Acquisitions

## Sales

## Documents & Message

(redacted)

**Signature**



**Full Name**

Robert Paradis Robert Paradis



**YRC Worldwide Inc. (2018) (YRCW)**                                                    **Paradis, Robert**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| **Account 1** | | | |
| 7/9/2015 | Purchase | 150 | $12.6200 |
| 2/5/2016 | Purchase | 900 | $7.3180 |
| 11/2/2016 | Purchase | 300 | $8.5090 |
| 5/16/2017 | Purchase | 1,000 | $7.8400 |
| 8/8/2018 | Purchase | 1,000 | $9.6190 |
| 11/2/2018 | Purchase | 1,000 | $6.0700 |
| 11/5/2018 | Purchase | 1,500 | $6.4200 |
| 11/12/2018 | Purchase | 1,250 | $6.0400 |
| 8/19/2015 | Sale | 150 | $18.7130 |
| 3/28/2016 | Sale | 300 | $9.1900 |
| 9/26/2016 | Sale | 300 | $12.2110 |
| 10/28/2016 | Sale | 300 | $10.5900 |
| 12/19/2016 | Sale | 300 | $14.1000 |
| 6/7/2017 | Sale | 1,000 | $9.7310 |
| **Account 2** | | | |
| 10/2/2015 | Purchase | 80 | $14.0900 |
| 10/8/2015 | Purchase | 70 | $15.6000 |
| 3/29/2018 | Purchase | 300 | $8.5832 |
| 8/10/2018 | Purchase | 3,000 | $9.1308 |
| 11/12/2018 | Purchase | 600 | $6.0457 |
| 10/8/2015 | Sale | 80 | $14.8700 |
| 10/28/2016 | Sale | 70 | $10.5114 |
| **Account 3** | | | |
| 9/12/2014 | Purchase | 100 | $20.7450 |
| 2/2/2015 | Purchase | 100 | $16.0650 |
| 5/7/2015 | Purchase | 100 | $14.1500 |
| 2/5/2016 | Purchase | 500 | $7.3178 |
| 3/6/2018 | Purchase | 500 | $9.0220 |
| 3/26/2018 | Purchase | 200 | $8.8300 |
| 7/22/2016 | Sale | 500 | $9.9699 |