# Exhibit C

**YRC Worldwide Inc. (2018) (YRCW)**
**Class Period: Mar 10, 2014 through Dec 14, 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 75-Day* Mean Price $5.6380 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gonzalez, Rafael | 12/2/2015 | 4,500 | $16.2000 | ($72,900) | 12/17/2015 | (15,000) | $15.6200 | $234,300 | | | | |
| Gonzalez, Rafael | 12/3/2015 | 4,000 | $15.6800 | ($62,720) | 2/6/2017 | (15,000) | $15.0000 | $225,000 | | | | |
| Gonzalez, Rafael | 12/14/2015 | 6,500 | $14.2500 | ($92,625) | 4/20/2017 | (5,785) | $10.5000 | $60,743 | | | | |
| Gonzalez, Rafael | 12/18/2015 | 5,000 | $14.0500 | ($70,250) | 4/21/2017 | (9,215) | $10.5000 | $96,758 | | | | |
| Gonzalez, Rafael | 12/18/2015 | 10,000 | $14.4500 | ($144,500) | 5/2/2017 | (15,000) | $11.2200 | $168,300 | | | | |
| Gonzalez, Rafael | 4/12/2017 | 15,000 | $10.3500 | ($155,250) | 5/22/2017 | (25,000) | $9.2500 | $231,250 | | | | |
| Gonzalez, Rafael | 5/4/2017 | 1,000 | $9.7000 | ($9,700) | 8/29/2017 | (15,000) | $13.0000 | $195,000 | | | | |
| Gonzalez, Rafael | 5/5/2017 | 10,000 | $9.0000 | ($90,000) | 9/20/2017 | (10,000) | $13.2700 | $132,700 | | | | |
| Gonzalez, Rafael | 5/5/2017 | 14,000 | $9.7500 | ($136,500) | 9/29/2017 | (10,000) | $13.8000 | $138,000 | | | | |
| Gonzalez, Rafael | 5/5/2017 | 5,000 | $8.7000 | ($43,500) | 10/2/2017 | (5,000) | $14.2500 | $71,250 | | | | |
| Gonzalez, Rafael | 5/12/2017 | 10,000 | $7.9000 | ($79,000) | 12/4/2017 | (30,000) | $13.0000 | $390,000 | | | | |
| Gonzalez, Rafael | 8/7/2017 | 15,000 | $12.6500 | ($189,750) | 12/8/2017 | (20,000) | $14.1200 | $282,400 | | | | |
| Gonzalez, Rafael | 9/25/2017 | 10,000 | $13.0000 | ($130,000) | 12/18/2017 | (1,500) | $14.5000 | $21,750 | | | | |
| Gonzalez, Rafael | 10/4/2017 | 15,000 | $13.9500 | ($209,250) | 12/13/2018 | (4,200) | $4.4800 | $18,816 | | | | |
| Gonzalez, Rafael | 10/4/2017 | 15,000 | $13.9300 | ($208,950) | 12/18/2018 | (11,266) | $3.6300 | $40,896 | | | | |
| Gonzalez, Rafael | 10/16/2017 | 5,000 | $12.1500 | ($60,750) | | | | | | | | |
| Gonzalez, Rafael | 11/15/2017 | 10,000 | $10.8500 | ($108,500) | | | | | | | | |
| Gonzalez, Rafael | 12/11/2017 | 20,000 | $14.0800 | ($281,600) | | | | | | | | |
| Gonzalez, Rafael | 12/14/2017 | 10,000 | $13.8500 | ($138,500) | | | | | | | | |
| Gonzalez, Rafael | 12/14/2017 | 20,000 | $14.0800 | ($281,600) | | | | | | | | |
| **Gonzalez, Rafael** | | **205,000** | | **($2,565,845)** | | **(191,966)** | | **$2,307,162** | **24,300** | **$73,486** | **($185,197)** | **($185,197)** |
| | | | | | | | | | | | | |
| **Reynolds, Sam** | **2/12/2018** | **20,015** | **$10.0200** | **($200,550)** | | | | | **20,015** | **$112,845** | **($87,705)** | **($87,705)** |
| | | | | | | | | | | | | |
| Szabo, Peter | 3/9/2018 | 100 | $10.1450 | ($1,015) | 3/9/2018 | (1,000) | $10.0805 | $10,081 | | | | |
| Szabo, Peter | 3/9/2018 | 2,451 | $10.1499 | ($24,877) | 3/14/2018 | (1,000) | $9.6300 | $9,630 | | | | |
| Szabo, Peter | 3/9/2018 | 2,949 | $10.1500 | ($29,932) | 5/15/2018 | (4,400) | $10.4200 | $45,848 | | | | |
| Szabo, Peter | 3/23/2018 | 400 | $9.0748 | ($3,630) | 11/12/2018 | (17,000) | $5.9700 | $101,490 | | | | |
| Szabo, Peter | 5/3/2018 | 500 | $10.0299 | ($5,015) | 12/6/2018 | (1,500) | $5.0900 | $7,635 | | | | |
| Szabo, Peter | 11/5/2018 | 100 | $6.3950 | ($640) | 12/12/2018 | (300) | $4.6550 | $1,397 | | | | |
| Szabo, Peter | 11/5/2018 | 33,900 | $6.4000 | ($216,960) | 12/31/2018 | (1,700) | $3.2320 | $5,494 | | | | |
| Szabo, Peter | 11/28/2018 | 105 | $6.3300 | ($665) | 12/31/2018 | (8,000) | $3.2320 | $25,856 | | | | |
| **Szabo, Peter** | | **40,505** | | **($282,733)** | | **(34,900)** | | **$207,430** | **15,305** | **31,601** | **($43,702)** | **($43,702)** |
| | | | | | | | | | | | | |
| Hart, Robert | 4/14/2015 | 2,000 | $16.6300 | ($33,260) | 4/22/2015 | (500) | $17.3900 | $8,695 | | | | |
| Hart, Robert | 4/14/2015 | 400 | $16.3990 | ($6,560) | 5/20/2015 | (600) | $14.4200 | $8,652 | | | | |
| Hart, Robert | 4/14/2015 | 400 | $16.5120 | ($6,605) | 5/21/2015 | (400) | $14.6200 | $5,848 | | | | |
| Hart, Robert | 4/14/2015 | 300 | $16.6390 | ($4,992) | 5/22/2015 | (500) | $14.0600 | $7,030 | | | | |
| Hart, Robert | 4/14/2015 | 300 | $16.3890 | ($4,917) | 5/22/2015 | (700) | $14.1400 | $9,898 | | | | |
| Hart, Robert | 4/14/2015 | 240 | $16.4690 | ($3,953) | 5/22/2015 | (1,900) | $14.2300 | $27,037 | | | | |
| Hart, Robert | 4/16/2015 | 700 | $16.7800 | ($11,746) | 5/26/2015 | (240) | $14.0100 | $3,362 | | | | |
| Hart, Robert | 4/16/2015 | 340 | $16.7800 | ($5,705) | 5/26/2015 | (320) | $14.1000 | $4,512 | | | | |
| Hart, Robert | 4/17/2015 | 670 | $16.0490 | ($10,753) | 5/26/2015 | (410) | $13.9630 | $5,725 | | | | |
| Hart, Robert | 4/27/2015 | 390 | $16.2580 | ($6,341) | 5/29/2015 | (50) | $13.3100 | $666 | | | | |
| Hart, Robert | 4/27/2015 | 200 | $16.2390 | ($3,248) | 5/29/2015 | (480) | $13.3100 | $6,389 | | | | |
| Hart, Robert | 4/27/2015 | 200 | $16.3790 | ($3,276) | 6/1/2015 | (160) | $13.0200 | $2,083 | | | | |
| Hart, Robert | 4/27/2015 | 190 | $16.3300 | ($3,103) | 6/1/2015 | (200) | $13.2320 | $2,646 | | | | |
| Hart, Robert | 4/27/2015 | 100 | $16.3200 | ($1,632) | 6/1/2015 | (200) | $13.3040 | $2,661 | | | | |
| Hart, Robert | 4/27/2015 | 100 | $16.3700 | ($1,637) | 6/1/2015 | (200) | $13.3400 | $2,668 | | | | |

**YRC Worldwide Inc. (2018) (YRCW)**
**Class Period: Mar 10, 2014 through Dec 14, 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 75-Day* Mean Price $5.6380 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hart, Robert | 4/29/2015 | 500 | $16.0000 | ($8,000) | 6/1/2015 | (200) | $13.3840 | $2,677 | | | | |
| Hart, Robert | 4/29/2015 | 400 | $15.9800 | ($6,392) | 6/1/2015 | (250) | $13.3500 | $3,338 | | | | |
| Hart, Robert | 4/29/2015 | 240 | $16.1700 | ($3,881) | 6/2/2015 | (270) | $13.1100 | $3,540 | | | | |
| Hart, Robert | 4/29/2015 | 200 | $15.9690 | ($3,194) | 6/2/2015 | (300) | $13.4000 | $4,020 | | | | |
| Hart, Robert | 4/29/2015 | 100 | $15.9700 | ($1,597) | 6/3/2015 | (160) | $13.5900 | $2,174 | | | | |
| Hart, Robert | 5/1/2015 | 410 | $14.7900 | ($6,064) | 6/3/2015 | (210) | $13.8600 | $2,911 | | | | |
| Hart, Robert | 5/1/2015 | 330 | $14.1000 | ($4,653) | 6/4/2015 | (200) | $14.3140 | $2,863 | | | | |
| Hart, Robert | 5/1/2015 | 320 | $14.2320 | ($4,554) | 6/4/2015 | (260) | $14.1300 | $3,674 | | | | |
| Hart, Robert | 5/6/2015 | 500 | $14.1300 | ($7,065) | 6/4/2015 | (400) | $14.3000 | $5,720 | | | | |
| Hart, Robert | 5/19/2015 | 500 | $14.3900 | ($7,195) | 6/5/2015 | (200) | $14.3800 | $2,876 | | | | |
| Hart, Robert | 5/19/2015 | 200 | $14.3500 | ($2,870) | 6/5/2015 | (200) | $14.6700 | $2,934 | | | | |
| Hart, Robert | 5/19/2015 | 100 | $14.3490 | ($1,435) | 6/5/2015 | (210) | $14.8800 | $3,125 | | | | |
| Hart, Robert | 5/22/2015 | 500 | $14.1390 | ($7,070) | 6/5/2015 | (300) | $15.0040 | $4,501 | | | | |
| Hart, Robert | 5/22/2015 | 320 | $14.0650 | ($4,501) | 6/18/2015 | (430) | $13.7710 | $5,922 | | | | |
| Hart, Robert | 5/22/2015 | 300 | $14.0550 | ($4,217) | 6/19/2015 | (340) | $14.0320 | $4,771 | | | | |
| Hart, Robert | 5/22/2015 | 90 | $14.1800 | ($1,276) | 6/22/2015 | (500) | $14.2050 | $7,103 | | | | |
| Hart, Robert | 5/22/2015 | 80 | $14.2300 | ($1,138) | 6/30/2015 | (200) | $13.1590 | $2,632 | | | | |
| Hart, Robert | 5/26/2015 | 300 | $13.9700 | ($4,191) | 7/1/2015 | (300) | $12.8280 | $3,848 | | | | |
| Hart, Robert | 5/26/2015 | 200 | $13.7890 | ($2,758) | 7/1/2015 | (700) | $12.3170 | $8,622 | | | | |
| Hart, Robert | 5/26/2015 | 200 | $13.8490 | ($2,770) | 7/2/2015 | (700) | $12.7380 | $8,917 | | | | |
| Hart, Robert | 5/28/2015 | 200 | $13.4860 | ($2,697) | 7/6/2015 | (100) | $12.7150 | $1,272 | | | | |
| Hart, Robert | 5/29/2015 | 233 | $13.2290 | ($3,082) | 7/6/2015 | (100) | $12.7100 | $1,271 | | | | |
| Hart, Robert | 6/2/2015 | 200 | $13.0000 | ($2,600) | 7/6/2015 | (100) | $12.7030 | $1,270 | | | | |
| Hart, Robert | 6/2/2015 | 166 | $13.1290 | ($2,179) | 7/6/2015 | (290) | $12.6400 | $3,666 | | | | |
| Hart, Robert | 6/8/2015 | 310 | $14.9900 | ($4,647) | 7/6/2015 | (410) | $12.7970 | $5,247 | | | | |
| Hart, Robert | 6/8/2015 | 200 | $14.1850 | ($2,837) | 7/6/2015 | (500) | $12.5400 | $6,270 | | | | |
| Hart, Robert | 6/9/2015 | 410 | $14.3290 | ($5,875) | 7/8/2015 | (300) | $12.4100 | $3,723 | | | | |
| Hart, Robert | 6/9/2015 | 200 | $14.2080 | ($2,842) | 7/9/2015 | (60) | $12.6400 | $758 | | | | |
| Hart, Robert | 6/12/2015 | 200 | $14.0100 | ($2,802) | 7/9/2015 | (240) | $12.6210 | $3,029 | | | | |
| Hart, Robert | 6/15/2015 | 500 | $13.5890 | ($6,795) | 7/9/2015 | (800) | $12.3910 | $9,913 | | | | |
| Hart, Robert | 6/16/2015 | 230 | $13.6590 | ($3,142) | 7/10/2015 | (400) | $13.1310 | $5,252 | | | | |
| Hart, Robert | 6/17/2015 | 110 | $13.6920 | ($1,506) | 7/13/2015 | (390) | $13.4400 | $5,242 | | | | |
| Hart, Robert | 6/23/2015 | 100 | $13.8500 | ($1,385) | 7/17/2015 | (300) | $13.3000 | $3,990 | | | | |
| Hart, Robert | 6/24/2015 | 200 | $13.5510 | ($2,710) | 7/17/2015 | (100) | $13.3190 | $1,332 | | | | |
| Hart, Robert | 6/24/2015 | 200 | $13.2200 | ($2,644) | 7/17/2015 | (200) | $13.3340 | $2,667 | | | | |
| Hart, Robert | 6/25/2015 | 210 | $13.2290 | ($2,778) | 7/17/2015 | (210) | $13.1210 | $2,755 | | | | |
| Hart, Robert | 6/26/2015 | 110 | $13.4860 | ($1,483) | 7/17/2015 | (300) | $13.1780 | $3,953 | | | | |
| Hart, Robert | 6/29/2015 | 300 | $13.0860 | ($3,926) | 7/17/2015 | (390) | $13.1510 | $5,129 | | | | |
| Hart, Robert | 7/1/2015 | 490 | $12.2700 | ($6,012) | 7/17/2015 | (400) | $13.2400 | $5,296 | | | | |
| Hart, Robert | 7/1/2015 | 400 | $12.3480 | ($4,939) | 7/20/2015 | (383) | $12.9810 | $4,972 | | | | |
| Hart, Robert | 7/1/2015 | 100 | $12.7990 | ($1,280) | 7/22/2015 | (200) | $12.9900 | $2,598 | | | | |
| Hart, Robert | 7/1/2015 | 100 | $12.5250 | ($1,253) | 7/24/2015 | (234) | $12.2650 | $2,870 | | | | |
| Hart, Robert | 7/1/2015 | 55 | $12.7700 | ($702) | 7/24/2015 | (400) | $12.3100 | $4,924 | | | | |
| Hart, Robert | 7/2/2015 | 200 | $12.4180 | ($2,484) | 7/27/2015 | (400) | $12.2600 | $4,904 | | | | |
| Hart, Robert | 7/7/2015 | 390 | $12.4700 | ($4,863) | 7/28/2015 | (300) | $12.7800 | $3,834 | | | | |
| Hart, Robert | 7/8/2015 | 600 | $12.4190 | ($7,451) | 7/28/2015 | (306) | $12.8970 | $3,946 | | | | |
| Hart, Robert | 7/9/2015 | 500 | $12.3580 | ($6,179) | 7/28/2015 | (450) | $12.7600 | $5,742 | | | | |
| Hart, Robert | 7/14/2015 | 200 | $12.9500 | ($2,590) | 10/2/2015 | (10) | $14.1240 | $141 | | | | |
| Hart, Robert | 7/15/2015 | 200 | $13.0690 | ($2,614) | 10/2/2015 | (100) | $13.8140 | $1,381 | | | | |
| Hart, Robert | 7/15/2015 | 190 | $12.7050 | ($2,414) | 10/2/2015 | (100) | $14.0000 | $1,400 | | | | |
| Hart, Robert | 7/16/2015 | 130 | $12.7550 | ($1,658) | 10/2/2015 | (100) | $14.1250 | $1,413 | | | | |

*Avg Closing Prices from Dec 15 2018 to Mar 1 2019

**YRC Worldwide Inc. (2018) (YRCW)**
**Class Period: Mar 10, 2014 through Dec 14, 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 75-Day* Mean Price $5.6380 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hart, Robert | 7/17/2015 | 210 | $13.1040 | ($2,752) | 10/2/2015 | (120) | $13.9790 | $1,677 | | | | |
| Hart, Robert | 7/21/2015 | 420 | $13.0550 | ($5,483) | 10/2/2015 | (133) | $13.8700 | $1,845 | | | | |
| Hart, Robert | 7/22/2015 | 320 | $12.9850 | ($4,155) | 10/5/2015 | (66) | $14.7410 | $973 | | | | |
| Hart, Robert | 7/23/2015 | 100 | $13.0190 | ($1,302) | 10/5/2015 | (90) | $14.5700 | $1,311 | | | | |
| Hart, Robert | 7/24/2015 | 250 | $12.3490 | ($3,087) | 10/5/2015 | (120) | $14.7700 | $1,772 | | | | |
| Hart, Robert | 7/24/2015 | 200 | $12.2700 | ($2,454) | 10/5/2015 | (120) | $14.5620 | $1,747 | | | | |
| Hart, Robert | 10/1/2015 | 600 | $13.3550 | ($8,013) | 10/6/2015 | (77) | $14.6900 | $1,131 | | | | |
| Hart, Robert | 10/1/2015 | 400 | $13.3590 | ($5,344) | 10/6/2015 | (120) | $15.0000 | $1,800 | | | | |
| Hart, Robert | 10/2/2015 | 200 | $13.2800 | ($2,656) | 10/8/2015 | (230) | $15.1100 | $3,475 | | | | |
| Hart, Robert | 10/6/2015 | 700 | $14.8330 | ($10,383) | 10/8/2015 | (66) | $15.2000 | $1,003 | | | | |
| Hart, Robert | 10/6/2015 | 200 | $14.8090 | ($2,962) | 10/8/2015 | (88) | $15.2810 | $1,345 | | | | |
| Hart, Robert | 10/6/2015 | 150 | $14.7800 | ($2,217) | 10/8/2015 | (88) | $15.3740 | $1,353 | | | | |
| Hart, Robert | 10/27/2015 | 500 | $14.5490 | ($7,275) | 10/8/2015 | (100) | $15.5000 | $1,550 | | | | |
| Hart, Robert | 10/27/2015 | 77 | $14.2390 | ($1,096) | 10/8/2015 | (200) | $15.1890 | $3,038 | | | | |
| Hart, Robert | 10/27/2015 | 77 | $14.0830 | ($1,084) | 10/12/2015 | (77) | $15.7940 | $1,216 | | | | |
| Hart, Robert | 10/27/2015 | 66 | $14.1100 | ($931) | 10/12/2015 | (100) | $15.7280 | $1,573 | | | | |
| Hart, Robert | 10/28/2015 | 300 | $13.3300 | ($3,999) | 10/12/2015 | (123) | $16.0000 | $1,968 | | | | |
| Hart, Robert | 10/28/2015 | 100 | $13.7950 | ($1,380) | 10/13/2015 | (22) | $16.3070 | $359 | | | | |
| Hart, Robert | 10/28/2015 | 99 | $13.6890 | ($1,355) | 10/30/2015 | (72) | $17.5300 | $1,262 | | | | |
| Hart, Robert | 10/28/2015 | 99 | $14.0620 | ($1,392) | 10/30/2015 | (77) | $17.0070 | $1,310 | | | | |
| Hart, Robert | 10/28/2015 | 89 | $13.7860 | ($1,227) | 10/30/2015 | (85) | $17.1470 | $1,457 | | | | |
| Hart, Robert | 10/28/2015 | 88 | $13.6740 | ($1,203) | 10/30/2015 | (99) | $17.3100 | $1,714 | | | | |
| Hart, Robert | 10/28/2015 | 77 | $13.7960 | ($1,062) | 10/30/2015 | (100) | $18.0000 | $1,800 | | | | |
| Hart, Robert | 10/29/2015 | 77 | $13.4760 | ($1,038) | 10/30/2015 | (100) | $17.0200 | $1,702 | | | | |
| Hart, Robert | 12/9/2015 | 777 | $14.5910 | ($11,337) | 10/30/2015 | (150) | $17.0100 | $2,552 | | | | |
| Hart, Robert | 12/11/2015 | 77 | $14.5040 | ($1,117) | 10/30/2015 | (166) | $17.3600 | $2,882 | | | | |
| Hart, Robert | 12/14/2015 | 99 | $14.1000 | ($1,396) | 10/30/2015 | (800) | $17.0300 | $13,624 | | | | |
| Hart, Robert | 12/21/2015 | 300 | $13.9400 | ($4,182) | 12/10/2015 | (77) | $15.0350 | $1,158 | | | | |
| Hart, Robert | 12/21/2015 | 200 | $13.8750 | ($2,775) | 12/16/2015 | (178) | $15.3840 | $2,738 | | | | |
| Hart, Robert | 12/21/2015 | 122 | $13.6700 | ($1,668) | 12/17/2015 | (98) | $15.6540 | $1,534 | | | | |
| Hart, Robert | 12/31/2015 | 77 | $13.7030 | ($1,055) | 1/13/2016 | (1,000) | $10.2340 | $10,234 | | | | |
| Hart, Robert | 1/4/2016 | 80 | $13.9210 | ($1,114) | 1/19/2016 | (111) | $9.4110 | $1,045 | | | | |
| Hart, Robert | 1/6/2016 | 77 | $13.5100 | ($1,040) | 1/22/2016 | (111) | $10.5010 | $1,166 | | | | |
| Hart, Robert | 1/8/2016 | 133 | $12.5220 | ($1,665) | 3/7/2016 | (111) | $9.4200 | $1,046 | | | | |
| Hart, Robert | 1/8/2016 | 89 | $12.2320 | ($1,089) | 3/17/2016 | (100) | $9.7700 | $977 | | | | |
| Hart, Robert | 1/11/2016 | 122 | $11.7170 | ($1,429) | 3/17/2016 | (100) | $9.9000 | $990 | | | | |
| Hart, Robert | 1/19/2016 | 444 | $9.2600 | ($4,111) | 3/17/2016 | (105) | $9.6200 | $1,010 | | | | |
| Hart, Robert | 1/20/2016 | 111 | $8.1740 | ($907) | 3/18/2016 | (100) | $10.0600 | $1,006 | | | | |
| Hart, Robert | 1/25/2016 | 111 | $9.9780 | ($1,108) | 4/13/2016 | (100) | $9.3600 | $936 | | | | |
| Hart, Robert | 1/28/2016 | 77 | $9.9750 | ($768) | 4/27/2016 | (100) | $10.0100 | $1,001 | | | | |
| Hart, Robert | 2/5/2016 | 122 | $7.2400 | ($883) | 5/18/2016 | (100) | $8.3280 | $833 | | | | |
| Hart, Robert | 2/19/2016 | 55 | $8.0700 | ($444) | 6/6/2016 | (100) | $9.5500 | $955 | | | | |
| Hart, Robert | 2/23/2016 | 66 | $7.9400 | ($524) | 6/20/2016 | (100) | $9.7800 | $978 | | | | |
| Hart, Robert | 2/24/2016 | 25 | $7.6140 | ($190) | 6/22/2016 | (100) | $9.3500 | $935 | | | | |
| Hart, Robert | 3/23/2016 | 200 | $9.4700 | ($1,894) | 7/8/2016 | (100) | $9.5500 | $955 | | | | |
| Hart, Robert | 3/24/2016 | 100 | $9.0900 | ($909) | 7/8/2016 | (100) | $9.4000 | $940 | | | | |
| Hart, Robert | 3/24/2016 | 100 | $9.1900 | ($919) | 7/11/2016 | (100) | $9.7550 | $976 | | | | |
| Hart, Robert | 3/28/2016 | 99 | $9.1600 | ($907) | 7/12/2016 | (100) | $10.0200 | $1,002 | | | | |
| Hart, Robert | 3/29/2016 | 200 | $8.9900 | ($1,798) | 7/22/2016 | (100) | $9.7450 | $975 | | | | |
| Hart, Robert | 3/29/2016 | 100 | $8.7700 | ($877) | 7/25/2016 | (100) | $9.9500 | $995 | | | | |
| Hart, Robert | 3/29/2016 | 100 | $9.0400 | ($904) | 7/29/2016 | (100) | $10.9800 | $1,098 | | | | |

*Avg Closing Prices from Dec 15 2018 to Mar 1 2019

**YRC Worldwide Inc. (2018) (YRCW)**
**Class Period: Mar 10, 2014 through Dec 14, 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 75-Day* Mean Price $5.6380 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hart, Robert | 4/5/2016 | 100 | $8.9600 | ($896) | 7/29/2016 | (100) | $11.0200 | $1,102 | | | | |
| Hart, Robert | 4/6/2016 | 100 | $8.6900 | ($869) | 8/2/2016 | (100) | $11.9800 | $1,198 | | | | |
| Hart, Robert | 4/12/2016 | 66 | $8.7340 | ($576) | 8/2/2016 | (100) | $11.8500 | $1,185 | | | | |
| Hart, Robert | 4/28/2016 | 99 | $8.8800 | ($879) | 8/2/2016 | (122) | $12.0400 | $1,469 | | | | |
| Hart, Robert | 5/3/2016 | 100 | $8.6700 | ($867) | 8/3/2016 | (100) | $12.1500 | $1,215 | | | | |
| Hart, Robert | 6/24/2016 | 100 | $8.7100 | ($871) | 8/4/2016 | (100) | $12.2100 | $1,221 | | | | |
| Hart, Robert | 6/24/2016 | 100 | $8.6100 | ($861) | 8/5/2016 | (100) | $12.2740 | $1,227 | | | | |
| Hart, Robert | 6/27/2016 | 100 | $8.2200 | ($822) | 8/5/2016 | (111) | $12.5500 | $1,393 | | | | |
| Hart, Robert | 6/27/2016 | 100 | $8.4400 | ($844) | 8/8/2016 | (100) | $12.4200 | $1,242 | | | | |
| Hart, Robert | 11/1/2016 | 1,200 | $8.9990 | ($10,799) | 9/16/2016 | (100) | $11.9000 | $1,190 | | | | |
| Hart, Robert | 11/1/2016 | 266 | $8.5050 | ($2,262) | 9/22/2016 | (100) | $12.1000 | $1,210 | | | | |
| Hart, Robert | 11/1/2016 | 222 | $8.3150 | ($1,846) | 10/4/2016 | (133) | $12.5100 | $1,664 | | | | |
| Hart, Robert | 11/1/2016 | 200 | $8.5540 | ($1,711) | 10/24/2016 | (100) | $13.0200 | $1,302 | | | | |
| Hart, Robert | 11/1/2016 | 166 | $8.7650 | ($1,455) | 10/26/2016 | (72) | $13.7350 | $989 | | | | |
| Hart, Robert | 11/1/2016 | 133 | $8.3350 | ($1,109) | 10/26/2016 | (100) | $13.4300 | $1,343 | | | | |
| Hart, Robert | 11/1/2016 | 111 | $8.2640 | ($917) | 11/7/2016 | (100) | $9.4000 | $940 | | | | |
| Hart, Robert | 11/1/2016 | 100 | $8.6550 | ($866) | 11/7/2016 | (100) | $9.6000 | $960 | | | | |
| Hart, Robert | 11/1/2016 | 100 | $8.3900 | ($839) | 11/7/2016 | (400) | $9.6050 | $3,842 | | | | |
| Hart, Robert | 11/1/2016 | 100 | $8.4900 | ($849) | 11/10/2016 | (111) | $10.2500 | $1,138 | | | | |
| Hart, Robert | 11/1/2016 | 100 | $8.3390 | ($834) | 11/10/2016 | (239) | $10.2500 | $2,450 | | | | |
| Hart, Robert | 11/1/2016 | 100 | $8.3310 | ($833) | 11/11/2016 | (111) | $11.2200 | $1,245 | | | | |
| Hart, Robert | 11/3/2016 | 444 | $8.0900 | ($3,592) | 11/11/2016 | (122) | $11.5100 | $1,404 | | | | |
| Hart, Robert | 4/12/2017 | 500 | $10.2980 | ($5,149) | 11/11/2016 | (200) | $10.6500 | $2,130 | | | | |
| Hart, Robert | 4/13/2017 | 108 | $10.1900 | ($1,101) | 11/11/2016 | (200) | $10.5500 | $2,110 | | | | |
| Hart, Robert | 4/13/2017 | 100 | $10.1450 | ($1,015) | 11/11/2016 | (222) | $10.8900 | $2,418 | | | | |
| Hart, Robert | 5/15/2017 | 5,600 | $7.9740 | ($44,654) | 11/14/2016 | (156) | $11.6200 | $1,813 | | | | |
| Hart, Robert | 5/17/2017 | 200 | $7.6100 | ($1,522) | 11/15/2016 | (200) | $11.8800 | $2,376 | | | | |
| Hart, Robert | 5/17/2017 | 120 | $7.6840 | ($922) | 11/15/2016 | (222) | $12.0400 | $2,673 | | | | |
| Hart, Robert | 2/28/2018 | 444 | $8.8600 | ($3,934) | 11/21/2016 | (126) | $11.4910 | $1,448 | | | | |
| Hart, Robert | 2/28/2018 | 222 | $8.7040 | ($1,932) | 11/23/2016 | (136) | $12.4400 | $1,692 | | | | |
| Hart, Robert | 2/28/2018 | 200 | $8.7650 | ($1,753) | 11/25/2016 | (123) | $12.6440 | $1,555 | | | | |
| Hart, Robert | 2/28/2018 | 22 | $8.7690 | ($193) | 11/30/2016 | (33) | $12.7240 | $420 | | | | |
| Hart, Robert | 3/1/2018 | 400 | $8.7690 | ($3,508) | 11/30/2016 | (67) | $12.7250 | $853 | | | | |
| Hart, Robert | 3/2/2018 | 229 | $8.5400 | ($1,956) | 11/30/2016 | (71) | $12.7200 | $903 | | | | |
| Hart, Robert | 3/9/2018 | 669 | $10.0060 | ($6,694) | 11/30/2016 | (100) | $12.7240 | $1,272 | | | | |
| Hart, Robert | 3/9/2018 | 200 | $9.9040 | ($1,981) | 11/30/2016 | (200) | $12.7020 | $2,540 | | | | |
| Hart, Robert | 3/9/2018 | 111 | $9.8200 | ($1,090) | 12/7/2016 | (2) | $15.8450 | $32 | | | | |
| Hart, Robert | 3/13/2018 | 400 | $9.8850 | ($3,954) | 4/24/2017 | (208) | $10.9300 | $2,273 | | | | |
| Hart, Robert | 3/13/2018 | 600 | $9.9050 | ($5,943) | 4/24/2017 | (500) | $10.9910 | $5,496 | | | | |
| Hart, Robert | 3/16/2018 | 266 | $9.6000 | ($2,554) | 6/5/2017 | (2,000) | $9.7050 | $19,410 | | | | |
| Hart, Robert | 3/22/2018 | 200 | $9.6050 | ($1,921) | 6/19/2017 | (300) | $10.6500 | $3,195 | | | | |
| Hart, Robert | 3/22/2018 | 129 | $9.5000 | ($1,226) | 6/23/2017 | (300) | $10.1400 | $3,042 | | | | |
| Hart, Robert | 3/22/2018 | 111 | $9.5300 | ($1,058) | 6/28/2017 | (50) | $10.7740 | $539 | | | | |
| Hart, Robert | 3/23/2018 | 222 | $9.2700 | ($2,058) | 6/28/2017 | (100) | $10.7700 | $1,077 | | | | |
| Hart, Robert | 3/26/2018 | 222 | $9.2190 | ($2,047) | 6/28/2017 | (420) | $10.5100 | $4,414 | | | | |
| Hart, Robert | 3/26/2018 | 222 | $9.4390 | ($2,095) | 6/29/2017 | (300) | $11.0000 | $3,300 | | | | |
| Hart, Robert | 3/26/2018 | 177 | $9.3790 | ($1,660) | 6/29/2017 | (300) | $11.2600 | $3,378 | | | | |
| Hart, Robert | 3/26/2018 | 177 | $9.1000 | ($1,611) | 7/3/2017 | (300) | $11.6600 | $3,498 | | | | |
| Hart, Robert | 3/26/2018 | 144 | $8.9500 | ($1,289) | 7/10/2017 | (350) | $12.3200 | $4,312 | | | | |
| Hart, Robert | 3/26/2018 | 129 | $8.8890 | ($1,147) | 7/14/2017 | (200) | $12.3450 | $2,469 | | | | |
| Hart, Robert | 3/26/2018 | 129 | $8.7600 | ($1,130) | 7/24/2017 | (150) | $12.4790 | $1,872 | | | | |

**YRC Worldwide Inc. (2018) (YRCW)**
**Class Period: Mar 10, 2014 through Dec 14, 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 75-Day* Mean Price $5.6380 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hart, Robert | 3/28/2018 | 199 | $8.5200 | ($1,695) | 7/24/2017 | (300) | $12.5900 | $3,777 | | | | |
| Hart, Robert | 3/28/2018 | 144 | $8.6490 | ($1,245) | 7/25/2017 | (100) | $13.0000 | $1,300 | | | | |
| Hart, Robert | 3/28/2018 | 123 | $8.3900 | ($1,032) | 7/27/2017 | (100) | $13.5000 | $1,350 | | | | |
| Hart, Robert | 4/4/2018 | 222 | $8.4200 | ($1,869) | 8/11/2017 | (650) | $12.1650 | $7,907 | | | | |
| Hart, Robert | 4/4/2018 | 144 | $8.3700 | ($1,205) | 3/9/2018 | (118) | $9.6250 | $1,136 | | | | |
| Hart, Robert | 4/4/2018 | 123 | $8.3390 | ($1,026) | 3/9/2018 | (200) | $9.8450 | $1,969 | | | | |
| Hart, Robert | 4/6/2018 | 222 | $8.2800 | ($1,838) | 3/9/2018 | (201) | $9.9500 | $2,000 | | | | |
| Hart, Robert | 4/6/2018 | 200 | $8.2990 | ($1,660) | 3/9/2018 | (222) | $9.3730 | $2,081 | | | | |
| Hart, Robert | 4/6/2018 | 123 | $8.2350 | ($1,013) | 3/9/2018 | (222) | $9.1200 | $2,025 | | | | |
| Hart, Robert | 4/6/2018 | 100 | $8.2900 | ($829) | 3/9/2018 | (222) | $9.4250 | $2,092 | | | | |
| Hart, Robert | 4/6/2018 | 100 | $8.2920 | ($829) | 3/9/2018 | (333) | $9.2500 | $3,080 | | | | |
| Hart, Robert | 4/9/2018 | 129 | $8.1000 | ($1,045) | 3/9/2018 | (400) | $9.5500 | $3,820 | | | | |
| Hart, Robert | 4/9/2018 | 123 | $8.1800 | ($1,006) | 3/12/2018 | (222) | $9.7850 | $2,172 | | | | |
| Hart, Robert | 4/19/2018 | 123 | $8.9200 | ($1,097) | 4/16/2018 | (123) | $8.7100 | $1,071 | | | | |
| Hart, Robert | 4/19/2018 | 123 | $8.8300 | ($1,086) | 4/16/2018 | (123) | $8.7600 | $1,077 | | | | |
| Hart, Robert | 4/19/2018 | 115 | $8.9990 | ($1,035) | 4/17/2018 | (123) | $8.8600 | $1,090 | | | | |
| Hart, Robert | 4/19/2018 | 8 | $8.9720 | ($72) | 4/18/2018 | (123) | $9.0400 | $1,112 | | | | |
| Hart, Robert | 4/23/2018 | 123 | $8.6900 | ($1,069) | 4/18/2018 | (123) | $9.1000 | $1,119 | | | | |
| Hart, Robert | 4/24/2018 | 169 | $8.4900 | ($1,435) | 4/18/2018 | (123) | $8.9800 | $1,105 | | | | |
| Hart, Robert | 4/24/2018 | 123 | $8.3900 | ($1,032) | 4/18/2018 | (444) | $8.9200 | $3,960 | | | | |
| Hart, Robert | 4/24/2018 | 123 | $8.5900 | ($1,057) | 5/3/2018 | (300) | $10.2550 | $3,077 | | | | |
| Hart, Robert | 4/26/2018 | 123 | $8.2900 | ($1,020) | 5/3/2018 | (400) | $10.4300 | $4,172 | | | | |
| Hart, Robert | 5/1/2018 | 259 | $8.1340 | ($2,107) | 5/21/2018 | (200) | $11.0100 | $2,202 | | | | |
| Hart, Robert | 8/10/2018 | 177 | $8.8800 | ($1,572) | 6/5/2018 | (300) | $10.6800 | $3,204 | | | | |
| Hart, Robert | 8/10/2018 | 169 | $8.9100 | ($1,506) | 6/5/2018 | (300) | $10.5700 | $3,171 | | | | |
| Hart, Robert | 8/15/2018 | 188 | $8.7100 | ($1,637) | 6/7/2018 | (120) | $10.7900 | $1,295 | | | | |
| Hart, Robert | 8/15/2018 | 170 | $8.4400 | ($1,435) | 6/7/2018 | (140) | $10.8800 | $1,523 | | | | |
| Hart, Robert | 8/15/2018 | 160 | $8.4900 | ($1,358) | 6/8/2018 | (50) | $11.0000 | $550 | | | | |
| Hart, Robert | 9/28/2018 | 140 | $8.9300 | ($1,250) | 6/8/2018 | (100) | $10.9900 | $1,099 | | | | |
| Hart, Robert | 10/1/2018 | 144 | $8.8900 | ($1,280) | 7/2/2018 | (244) | $10.0600 | $2,455 | | | | |
| Hart, Robert | 10/2/2018 | 177 | $8.7300 | ($1,545) | 7/3/2018 | (100) | $10.2350 | $1,024 | | | | |
| Hart, Robert | 10/11/2018 | 200 | $8.6900 | ($1,738) | 7/9/2018 | (100) | $10.7750 | $1,078 | | | | |
| Hart, Robert | 10/12/2018 | 4,600 | $8.6160 | ($39,634) | 7/9/2018 | (100) | $10.7450 | $1,075 | | | | |
| Hart, Robert | 10/12/2018 | 260 | $8.5120 | ($2,213) | 11/28/2018 | (190) | $6.1020 | $1,159 | | | | |
| Hart, Robert | 10/18/2018 | 340 | $8.4500 | ($2,873) | 11/28/2018 | (389) | $6.1150 | $2,379 | | | | |
| Hart, Robert | 10/18/2018 | 130 | $8.3900 | ($1,091) | 11/28/2018 | (510) | $6.1000 | $3,111 | | | | |
| Hart, Robert | 10/19/2018 | 188 | $8.2900 | ($1,559) | 12/18/2018 | (500) | $3.5600 | $1,780 | | | | |
| Hart, Robert | 10/23/2018 | 170 | $8.0700 | ($1,372) | 12/18/2018 | (7,100) | $3.5600 | $25,276 | | | | |
| Hart, Robert | 10/23/2018 | 133 | $7.9900 | ($1,063) | 12/21/2018 | (3,217) | $3.6720 | $11,813 | | | | |
| Hart, Robert | 10/24/2018 | 190 | $7.9500 | ($1,511) | | | | | | | | |
| Hart, Robert | 10/24/2018 | 179 | $7.8200 | ($1,400) | | | | | | | | |
| Hart, Robert | 11/1/2018 | 400 | $6.1940 | ($2,478) | | | | | | | | |
| Hart, Robert | 11/6/2018 | 100 | $6.7460 | ($675) | | | | | | | | |
| Hart, Robert | 11/8/2018 | 500 | $6.8840 | ($3,442) | | | | | | | | |
| Hart, Robert | 11/26/2018 | 100 | $6.1840 | ($618) | | | | | | | | |
| **Hart, Robert** | | **57,832** | | **($656,816)** | | **(57,832)** | | **$617,240** | **10,817** | | **($39,576)** | **($39,576)** |
| **Paradis, Robert** | | | | | | | | | | | | |
| Account 1 | 7/9/2015 | 150 | $12.6200 | ($1,893) | 8/19/2015 | (150) | $18.7130 | $2,807 | | | | |
| Account 1 | 2/5/2016 | 900 | $7.3180 | ($6,586) | 3/28/2016 | (300) | $9.1900 | $2,757 | | | | |

*Avg Closing Prices from Dec 15 2018 to Mar 1 2019

**YRC Worldwide Inc. (2018) (YRCW)**
**Class Period: Mar 10, 2014 through Dec 14, 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 75-Day* Mean Price $5.6380 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 1 | 11/2/2016 | 300 | $8.5090 | ($2,553) | 9/26/2016 | (300) | $12.2110 | $3,663 | | | | |
| Account 1 | 5/16/2017 | 1,000 | $7.8400 | ($7,840) | 10/28/2016 | (300) | $10.5900 | $3,177 | | | | |
| Account 1 | 8/8/2018 | 1,000 | $9.6190 | ($9,619) | 12/19/2016 | (300) | $14.1000 | $4,230 | | | | |
| Account 1 | 11/2/2018 | 1,000 | $6.0700 | ($6,070) | 6/7/2017 | (1,000) | $9.7310 | $9,731 | | | | |
| Account 1 | 11/5/2018 | 1,500 | $6.4200 | ($9,630) | 12/21/2018 | (4,750) | $3.2743 | $15,553 | | | | |
| Account 1 | 11/12/2018 | 1,250 | $6.0400 | ($7,550) | | | | | | | | |
| Account 1 | | | | | | | | | | | | |
| **Account 1** | | **7,100** | | **($51,741)** | | **(7,100)** | | **$41,918** | **4,750** | | **($9,823)** | **($9,823)** |
| | | | | | | | | | | | | |
| Account 2 | 10/2/2015 | 80 | $14.0900 | ($1,127) | 10/8/2015 | (80) | $14.8700 | $1,190 | | | | |
| Account 2 | 10/8/2015 | 70 | $15.6000 | ($1,092) | 10/28/2016 | (70) | $10.5114 | $736 | | | | |
| Account 2 | 3/29/2018 | 300 | $8.5832 | ($2,575) | 12/21/2018 | (3,900) | $3.4640 | $13,510 | | | | |
| Account 2 | 8/10/2018 | 3,000 | $9.1308 | ($27,392) | | | | | | | | |
| Account 2 | 11/12/2018 | 600 | $6.0457 | ($3,627) | | | | | | | | |
| **Account 2** | | **4,050** | | **($35,814)** | | **(4,050)** | | **$15,435** | **3,900** | | **($20,379)** | **($20,379)** |
| | | | | | PreClass | 350 | | | | | | |
| Account 3 | 9/12/2014 | 100 | $20.7450 | ($2,075) | 7/22/2016 | (500) | $9.9699 | $4,985 | | | | |
| Account 3 | 2/2/2015 | 100 | $16.0650 | ($1,607) | 12/21/2018 | (1,350) | $3.4640 | $4,676 | | | | |
| Account 3 | 5/7/2015 | 100 | $14.1500 | ($1,415) | | | | | | | | |
| Account 3 | 2/5/2016 | 500 | $7.3178 | ($3,659) | | | | | | | | |
| Account 3 | 3/6/2018 | 500 | $9.0220 | ($4,511) | | | | | | | | |
| Account 3 | 3/26/2018 | 200 | $8.8300 | ($1,766) | | | | | | | | |
| **Account 3** | | **1,500** | | **($15,032)** | | **(1,850)** | | **$9,661** | **1,350** | | **($15,032)** | **($6,583)** |
| | | | | | | | | | | | | |
| Summary | | | | | | | | | | | | |
| Account 1 | | 7,100 | | ($51,741) | | (7,100) | | $41,918 | 4,750 | | ($9,823) | ($9,823) |
| Account 2 | | 4,050 | | ($35,814) | | (4,050) | | $15,435 | 3,900 | | ($20,379) | ($20,379) |
| Account 3 | | 1,500 | | ($15,032) | | (1,850) | | $9,661 | 1,350 | | ($15,032) | ($6,583) |
| **Paradis, Robert** | | **12,650** | | **($102,587)** | | **(13,000)** | | **$67,014** | **10,000** | | **($45,234)** | **($36,785)** |
| | | | | | | | | | | | | |
| Summary | | | | | | | | | | | | |
| Gonzalez, Rafael | | 205,000 | | ($2,565,845) | | (191,966) | | $2,307,162 | 24,300 | | ($185,197) | ($185,197) |
| Reynolds, Sam | | 20,015 | | ($200,550) | | 0 | | $0 | 20,015 | | ($87,705) | ($87,705) |
| Szabo, Peter | | 40,505 | | ($282,733) | | (34,900) | | $207,430 | 15,305 | | ($43,702) | ($43,702) |
| Hart, Robert | | 57,832 | | ($656,816) | | (57,832) | | $617,240 | 10,817 | | ($39,576) | ($39,576) |
| Paradis, Robert | | 12,650 | | ($102,587) | | (13,000) | | $67,014 | 10,000 | | ($45,234) | ($36,785) |
| **Total** | | **336,002** | | **($3,808,532)** | | **(297,698)** | | **$3,198,847** | **80,437** | | **($401,414)** | **($392,965)** |

*Avg Closing Prices from Dec 15 2018 to Mar 1 2019