**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTINA LEWIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YRC WORLDWIDE INC., JAMES L. WELCH, JAMIE G. PIERSON, and STEPHANIE D. FISHER,<br><br>Defendants. | Case No. 1:19-cv-00001-GTS-ATB<br><br>**DECLARATION OF JEREMY A. LIEBERMAN IN FURTHER SUPPORT OF MOTION OF YRC INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL, AND IN OPPOSITION TO COMPETING MOTION** |

I, Jeremy A. Lieberman, hereby declare as follows:

1.     I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Sam Reynolds, Peter Szabo, Robert Hart, Robert Paradis and Rafael Gonzalez (collectively, the "YRC Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration (i) in further support of the YRC Investor Group's motion for appointment as Lead Plaintiff for the Class and approval of its selection of Pomerantz and Glancy Prongay & Murray LLP ("GPM") as Co-Lead Counsel for the Class, and (ii) in opposition to the competing motion of City of Warwick Retirement Fund.

2.     Attached hereto as Exhibit A is a true and correct copy of a Joint Declaration executed by the members of the YRC Investor Group.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 26, 2019, at New York, New York.

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman