**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTINA LEWIS, Individually and on Behalf of all others similarly situated,<br><br><br>Plaintiff,<br><br>v.<br><br>YRC WORLDWIDE INC., JAMES L. WELCH, JAMIE G. PIERSON, and STEPHANIE D. FISHER,<br><br>Defendants. | Civ. A. No. 1:19-cv-00001-GTS-ATB |

**DECLARATION OF JEFFREY P. CAMPISI IN FURTHER SUPPORT OF THE MOTION OF CITY OF WARWICK RETIREMENT FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND IN OPPOSITION TO COMPETING MOTIONS**

I, Jeffrey P. Campisi, declare the following under the penalty of perjury:

1.    I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP.  I am a member of the bar of the State of New York, admitted to practice in this District, and am in good standing.

2.    I respectfully submit this Declaration in Further Support of the Motion of City of Warwick Retirement Fund for: (1) Appointment as Lead Plaintiff; and (2) Approval of Lead Plaintiff's selection of Lead Counsel, and in opposition to competing motions.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit A:    Letter from Jeffrey P. Campisi to Jeremy A. Lieberman, Lesley Portnoy, and Philip Kim, dated March 11, 2019;

Exhibit B:    Order Re: Proposed Lead Plaintiffs, dated July 7, 2017, *Rabkin v. Lion Biotechnologies, Inc.*, Case. No. 17-cv-02086- SI, ECF No. 35 (N.D. Cal.);

Exhibit C:    Notice of Withdrawal of Motion of the Lion Investor Group for Consolidation, Appointment as Lead Plaintiff, and Approval of Counsel, dated July 17, 2017, *Rabkin v. Lion Biotechnologies, Inc.*, Case. No. 17-cv-02086-SI, ECF No. 37 (N.D. Cal.);

Exhibit D:    Hearing Transcript, dated October 10, 2017, *Garbowski v. Tokai Pharmaceuticals, Inc.*, Case No. 16-cv-11963-MLW, ECF No. 89 (D. Mass.).

Exhibit E:    Notice of Withdrawal of Motion of Steven Maxon for Appointment as Lead Plaintiff and Approval of Counsel, dated October 27, 2017, *Garbowski v. Tokai Pharmaceuticals, Inc.*, Case No. 16-cv-11963-MLW, ECF No. 91 (D. Mass.).

_/s/_          _Jeffrey P. Campisi_

Jeffrey P. Campisi
(Bar Roll Number: 700753)

## CERTIFICATE OF SERVICE

I, Jeffrey P. Campisi, hereby certify that, on March 26, 2019, I caused the foregoing to be

served on all counsel of record by filing the same with the Court using the CM/ECF system

which will send electronic notices of the filing to all counsel of record.

*/s/ Jeffrey P. Campisi*

Jeffrey P. Campisi
(Bar Roll Number: 700753)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: jcampisi@kaplanfox.com