# EXHIBIT A



Jeffrey P. Campisi
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, New York 10022
Phone: (212) 687-1980
Fax: (212) 687-7714
Email: jcampisi@kaplanfox.com

March 11, 2019

**VIA EMAIL**

| | | |
|---|---|---|
| Jeremy A. Liberman | Lesley Portnoy | Philip Kim |
| J. Alexander Hood II | Glancy Prongay & Murray LLP | The Rosen Law Firm, P.A. |
| Samuel J. Adams | 1925 Century Park East | 275 Madison Avenue |
| Pomerantz LLP | Suite 2100 | 34th Floor |
| 600 Third Avenue, 20th Floor | Los Angeles, CA 90067 | New York, NY 10016 |
| New York, NY 10016 | lportnoy@glancylaw.com | pkim@rosenlegal.com |
| jaliberman@pomlaw.com | | |
| ahood@pomlaw.com | | |
| sjadams@pomlaw.com | | |

        **Re:**    *Lewis v. YRC Worldwide Inc., et al.*, **Case 1:19-cv-00001-GTS-ATB (N.D.N.Y.)**

Dear Counsel:

        My firm represents the City of Warwick Retirement Fund in connection with its motion for appointment as lead plaintiff in the above-captioned securities class action.

        We have reviewed the motion papers filed by your firms on behalf of the so-called "YRC Investor Group" (ECF Nos. 9-11), and there is, in essence, no information in your motion papers that would permit us, or the Court, to accurately identify each member of the YRC Investor Group. To assist us and the Court in determining whether the members of the YRC Investor Group satisfy the adequacy and typicality requirements of Rule 23 of the Federal Rules of Civil Procedure, please provide to us as soon as possible, and no later than 5 p.m. EDT on March 14, 2019, the address and telephone number for each member of the YRC Investor Group, or other information that would permit us to identify them.

                        Sincerely,

                        /s/      *Jeffrey P. Campisi*

                        Jeffrey P. Campisi

*New York* ■ *Los Angeles* ■ *San Francisco* ■ *Morristown, New Jersey* ■ *Chicago*