# EXHIBIT C

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:      (818) 532-6449
jpafiti@pomlaw.com

(*additional counsel on signature page*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD DESILVIO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LION BIOTECHNOLOGIES, INC., MANISH SINGH, MICHAEL HANDELMAN, and ELMA HAWKINS,<br><br>Defendants. | No. 3:17-cv-02086-SI<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF THE LION INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Susan Illston<br>Hearing Date: July 28, 2017<br>Time: 9:00 a.m.<br>Ctrm: 1-17th Floor (San Francisco) |

*- caption continued on following page -*

1

NOTICE OF WITHDRAWAL OF MOTION
3:17-cv-02086-SI

<table>
<tr><td>AMRA KUC, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>       v.<br><br>LION BIOTECHNOLOGIES, INC., MANISH SINGH, MICHAEL HANDELMAN, and ELMA HAWKINS<br><br>       Defendants.</td><td>No. 3:17-cv-02188-SI<br><br>CLASS ACTION</td></tr>
</table>

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

Movants Su Yee Lynn Ho, Sriram Sundareswaran, Manfred E. Strauch, and Kevin Fong (collectively, "Movants") hereby withdraw their motion for consolidation of the above-captioned actions, appointment as lead plaintiff, and approval of their selection of lead counsel (Dkt. No. 20).  This notice of withdrawal shall have no impact on Movants' membership in the proposed Class of their right to share in any recovery obtained for the benefit of Class members.

Dated: July 17, 2017                    Respectfully submitted,


                                        **POMERANTZ LLP**

                                        */s/ Jeremy A. Lieberman*
                                        Jeremy A. Lieberman (*pro hac vice*)
                                        J. Alexander Hood II (*pro hac vice*)
                                        600 Third Avenue, 20th Floor
                                        New York, New York 10016
                                        Telephone:     (212) 661-1100
                                        Facsimile:     (212) 661-8665
                                        jalieberman@pomlaw.com
                                        ahood@pomlaw.com

                                        **POMERANTZ LLP**
                                        Jennifer Pafiti (SBN 282790)
                                        468 North Camden Drive
                                        Beverly Hills, CA 90210
                                        Telephone:     (818) 532-6449
                                        jpafiti@pomlaw.com

2

NOTICE OF WITHDRAWAL OF MOTION
3:17-cv-02086-SI

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movants*

3

NOTICE OF WITHDRAWAL OF MOTION
3:17-cv-02086-SI

**PROOF OF SERVICE**

I hereby certify that on July 17, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman

NOTICE OF WITHDRAWAL OF MOTION
3:17-cv-02086-SI