# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL GARBOWSKI and STEPHEN BUSHANSKY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOKAI PHARMACEUTICALS, INC. *et al.*,<br><br>Defendants. | No.: 1:16-cv-11963<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF STEVEN MAXON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |
| VAIBHAV DOSHI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>TOKAI PHARMACEUTICALS, INC. *et al.*,<br><br>Defendants. | No.: 1:16-cv-11992 |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, following the telephonic hearing before the Court on October 10, 2017, Steven Maxon ("Maxon") advised his counsel that he wished to withdraw his motion for appointment as Lead Plaintiff and approval of his selection of Pomerantz LLP as Lead

Counsel for the Class in the above-captioned related actions (the "Related Actions") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  Maxon hereby withdraws his motion.  This notice of withdrawal shall have no impact on Maxon's membership in the proposed class or his right to share in any recovery obtained for the benefit of class members.

Following the withdrawal of Maxon's motion, no motions for appointment as Lead Plaintiff in the Related Actions remain pending before the Court.  Under similar circumstances, courts often order a modified re-opening of the PSLRA lead plaintiff appointment process.  *See*, *e.g.*, *In re HealthSouth Sec. Litig.*, 2:03-cv-01500, Dkt. No. 287 at 3 (N.D. Ala. Dec. 1, 2004) (re-opening lead plaintiff appointment process and ordering motions to be filed within 38 days following withdrawal of previously appointed lead plaintiff); *In re Neopharm, Inc. Sec. Litig.*, 2004 U.S. Dist. LEXIS 5814 at *9 (N.D. Ill. Apr. 7, 2004) (re-opening lead plaintiff appointment process and ordering motions to be filed within 38 days following withdrawal of previously appointed lead plaintiff); *In re Sunpower Corp. Sec. Litig.*,  3:16-cv-04710, Dkt. No. 66 at *1 (N.D. Cal. May 15, 2017) (re-opening lead plaintiff appointment process following withdrawal of previously appointed lead plaintiff and requiring that "counsel issue a new PSLRA notice").  If the Court wishes to repeat a modified lead plaintiff selection process to identify other putative Class members who may wish to serve as Lead Plaintiff, counsel for Maxon will issue a new PSLRA notice, in accordance with 15 U.S.C. §78u-4(a)(3) and as directed by the Court, advising putative Class members that they may move the Court to serve as lead plaintiff of the putative Class within 30 days or such other time period set by the Court.  For the Court's consideration, a proposed press release is annexed hereto as Exhibit A.

Dated:   October 17, 2017

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman (admitted *pro hac vice*)
J. Alexander Hood II (admitted *pro hac vice*)
600 Third Avenue, 20th Floor

2

New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
        ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Movant and*
*Proposed Lead Counsel for the Class*

**GOLDBERG LAW PC**
Michael Goldberg
Brian Schall
1999 Avenue of the Stars
Los Angeles, California 90067
Suite 1100
Telephone: 1-800-977-7401
Fax: 1-800-536-0065
Email: michael@goldberglawpc.com
        brian@goldberglawpc.com

*Additional Counsel for Movant*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing on October 17, 2017.


_/s/ Jeremy A. Lieberman_
Jeremy A. Lieberman

4

# EXHIBIT A

**Pomerantz Law Firm Hereby Gives Notice of the Re-opening of the Lead Plaintiff Selection Process in the Securities Class Action Lawsuits Pending Against Tokai Pharmaceuticals, Inc. and Certain Officers – TKAI**

NEW YORK, [*date*], 2017 (GLOBENEWSWIRE) Pursuant to Court Order, Pomerantz LLP hereby gives notice of the re-opening of the lead plaintiff selection regarding the securities class action lawsuits pending against Tokai Pharmaceuticals, Inc. ("Tokai" or the "Company") (NASDAQ: TKAI) and certain of its officers (*Garbowski et al. v. Tokai Pharmaceuticals, Inc. et al.*, 1:16-cv-11963; *Doshi v. Tokai Pharmaceuticals, Inc. et al.*, 1:16-cv-11992). These actions are pending in the United States District Court for the District of Massachusetts before the Honorable Mark L. Wolf, U.S.D.J.

The first of the above-referenced actions against Tokai was initially filed on August 1, 2016. These lawsuits are on behalf of a proposed class consisting of all persons who purchased or otherwise acquired Tokai securities (i) pursuant and/or traceable to Tokai's initial public offering on or about September 17, 2014; and/or (ii) on the open market between September 17, 2014 and July 25, 2016, both dates inclusive (the "Class Period").

Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3), motions seeking appointment as lead plaintiff were initially due on September 30, 2017. On October 17, 2017, prior to the appointment of a lead plaintiff for the Class, the only class member with a motion for appointment still pending before the Court filed a Notice of Withdrawal of his motion. On [*date*], the Court ordered that counsel for the withdrawing movant issue a new Notice advising Class members of their right to seek appointment as lead plaintiff in the actions against Tokai.

If you are a shareholder who purchased Tokai securities during the Class Period, you have until [*date*], 2017 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll free, ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and number of shares purchased.

Tokai is a biopharmaceutical company focused on developing and commercializing innovative therapies for prostate cancer and other hormonally-driven diseases. The Company's lead drug candidate is galeterone, an oral small molecule that was, at all relevant times, in various clinical trials for the treatment of patients with metastatic castration-resistant prostate cancer.

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) there were significant structural problems with the trial design for Tokai's pivotal Phase 3 galeterone study, ARMOR3-SV; (ii) consequently, ARMOR3-SV was unlikely to succeed in meeting its primary endpoint; (iii) as a result, commercialization of galeterone was less likely and/or imminent than Tokai had led

Case 1:16-cv-11963-MLW   Document 91-1   Filed 10/17/17   Page 3 of 3

investors to believe; and (iv) as a result of the foregoing, the Company's financial statements, as well as Defendants' statements about Tokai's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

On November 2, 2015, Richard Pearson published an article on the investment website *Seeking Alpha*, entitled "What's Wrong With Tokai Pharmaceuticals?" (the "Pearson Report"). The Pearson Report described structural problems with the design of the Company's ARMOR3-SV trial.

On this news, Tokai's share price fell $0.07, or 0.63%, to close at $10.98 on November 2, 2015.

On July 26, 2016, Tokai announced plans "to discontinue the ARMOR3-SV clinical trial, our pivotal Phase 3 study" of galeterone.

On this news, Tokai's share price plummeted by $4.10, or nearly 79%, to close at $1.10 on July 26, 2016.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and Los Angeles, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com