## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

CHRISTINA LEWIS, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

YRC WORLDWIDE INC., JAMES L. WELCH, JAMIE G. PIERSON, and STEPHANIE D. FISHER,

Defendants.

Case No. 1:19-cv-00001-GTS-ATB

**NOTICE OF ERRATA**

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that due to a scrivener's error, the Joint Declaration filed on behalf of the YRC Investor Group on March 26, 2019 (Dkt. No. 35-2) erroneously stated that the YRC Investor Group had designated Pomerantz LLP and The Rosen Law Firm, P.A. as its selection of Co-Lead Counsel, rather than Pomerantz LLP and Glancy Prongay & Murray LLP.

A corrected and re-executed copy of the YRC Investor Group's Joint Declaration is submitted herewith, reflecting also the group's acknowledgment of the foregoing scrivener's error.

Dated: March 29, 2019

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Jonathan D. Lindenfeld
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
        ahood@pomlaw.com
        jlindenfeld@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

**GLANCY PRONGAY & MURRAY LLP**
Lesley Portnoy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

1

Telephone: 310-201-9150
Facsimile: 310-201-9160
Email: lportnoy@glancylaw.com

*Counsel for the YRC Investor Group and*
*Proposed Lead Counsel for the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Additional Counsel*