**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTINA LEWIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YRC WORLDWIDE INC., JAMES L. WELCH, JAMIE G. PIERSON, and STEPHANIE D. FISHER,<br><br>Defendants. | Case No. 1:19-cv-00001-GTS-ATB<br><br><br><br><br><br>**STIPULATION FOR APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL** |

WHEREAS, on the March 4, 2019 statutory deadline to seek appointment as Lead Plaintiff in the above-captioned action (the "Action") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), putative class members (i) Peter Szabo ("Szabo"), Robert Hart, Sam Reynolds, Robert Paradis, and Rafael Gonzalez (collectively, the "YRC Investor Group") and (ii) City of Warwick Retirement Fund ("Warwick") each filed a motion seeking appointment as Lead Plaintiff and approval of their respective selections of (i) Pomerantz LLP ("Pomerantz") and Glancy Prongay & Murray LLP and (ii) Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") as Lead Counsel (ECF Nos. 6, 9);

WHEREAS, also on March 4, 2019, putative class member Gary Orpana filed a motion for lead plaintiff, and on March 25, 2019 he withdrew his motion for appointment as Lead Plaintiff and approval of his selection of Lead Counsel (ECF No. 30);

WHEREAS, the YRC Investor Group and Warwick have both alleged significant financial interests in this litigation within the meaning of the PSLRA, and agree that the interests of the putative class will be best served by a combined group consisting of (i) Warwick and (ii) one

member of the YRC Investor Group, Szabo, utilizing the resources of both movants and their respective selections of counsel, thereby ensuring that the putative Class's leadership includes both individual and institutional investors;

WHEREAS, Warwick and Szabo are committed to supervising the conduct of this litigation by their counsel and to ensuring that counsel coordinate appropriately and avoid any duplication of effort in the conduct of the litigation;

IT IS HEREBY STIPULATED, that subject to the Court's approval, Warwick and Szabo agree to serve as Co-Lead Plaintiffs in the Action, and that Pomerantz and Kaplan Fox agree to serve as Co-Lead Counsel.

Respectfully submitted,

Dated: April 22, 2019

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Jonathan D. Lindenfeld
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
         ahood@pomlaw.com
         jlindenfeld@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Peter Szabo and*
*Proposed Co-Lead Counsel for the Class*

2

Dated:  April 22, 2019

KAPLAN FOX & KILSHEIMER LLP

*/s/ Jeffrey P. Campisi*

Jeffrey P. Campisi
  (Bar Roll Number: 700753)
Donald R. Hall (*pro hac vice* to be filed)
Jason Uris (*pro hac vice* to be filed)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: jcampisi@kaplanfox.com
       dhall@kaplanfox.com
       juris@kaplanfox.com

*Counsel Movant City of Warwick Retirement Fund and Proposed Co-Lead Counsel for the Class*

**IT IS SO ORDERED.**

Dated:  _____, 2019

       Syracuse, New York

_____

Hon. Glenn T. Suddaby, U.S.D.J.

3