**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTINA LEWIS, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>YRC WORLDWIDE INC., JAMES L. WELCH, JAMIE G. PIERSON, and STEPHANIE D. FISHER,<br><br>        Defendants. | Case No. 1:19-cv-00001-GTS-ATB<br><br><br><br>**RESPONSE TO ORDER (Dkt. No. 52)** |

On April 22, 2019, Peter Szabo and City of Warwick Retirement Fund submitted a Stipulation and Proposed Order providing for their appointment as Co-Lead Plaintiffs and approval of their respective selections of counsel as Co-Lead Counsel in this action (the "Lead Plaintiff Stipulation"). Dkt. No. 51.

On April 22, 2019, the Court entered an Order directing counsel for the YRC Investor Group—the group consisting of Mr. Szabo, Robert Hart, Rafael Gonzalez, Sam Reynolds, and Robert Paradis, which had initially filed a motion seeking appointment as Lead Plaintiff (Dkt. No. 9)—to confirm that the other members of the YRC Investor Group have been consulted about the Lead Plaintiff Stipulation and have no objection to it. Dkt. No. 52.

Counsel for the YRC Investor Group hereby confirm that Messrs. Hart, Gonzalez, Reynolds, and Paradis have been consulted about the Lead Plaintiff Stipulation and do not object to it.

Dated:  April 23, 2019

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*

Jeremy A. Lieberman
J. Alexander Hood II
Jonathan D. Lindenfeld
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
       ahood@pomlaw.com
       jlindenfeld@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

**GLANCY  PRONGAY  &  MURRAY  LLP**
Lesley Portnoy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160
Email: lportnoy@glancylaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Counsel for Peter Szabo, Robert Hart, Rafael Gonzalez, Sam Reynolds, and Robert Paradis*