POMERANTZ LLP                    KAPLAN FOX & KILSHEIMER LLP

May 15, 2019

**FILED AND SERVED VIA ECF**
Hon. Andrew T. Baxter
U.S. Magistrate Judge for the Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

Re:    *Lewis v. YRC Worldwide Inc., et al.*, **Case 1:19-cv-00001-GTS-ATB (N.D.N.Y.)**

Dear Magistrate Judge Baxter:

My firm, Kaplan Fox & Kilsheimer LLP, along with Pomerantz LLP, are the court-appointed lead counsel ("Lead Counsel") in the above-captioned securities class action for the lead plaintiffs, City of Warwick Retirement Fund and Peter Szabo ("Lead Plaintiffs"). I write under Rules 7.1(b)(2) and 7.1(d) of the Local Rules of Practice of this Court to request a conference in advance of Lead Plaintiffs' anticipated motion to partially lift the stay of discovery imposed by the Private Securities Litigation Reform Act of 1995. *See* 15 U.S.C. § 78u-4(b)(3)(B) (discovery generally stayed "during the pendency of any motion to dismiss.").

On May 13, 2019, Lead Counsel met and conferred with defendants' counsel by telephone to request that defendants agree to partially lift the stay of discovery to produce the following particular categories of documents: (1) the civil investigative demand issued by the U.S. Department of Justice ("DOJ") relating to the DOJ's investigation that led to its filing of a Complaint in Intervention in *Hannum v. YRC Freight, Inc., et al.*, Case No. 1:08-cv-00811-RJA-MJR (W.D.N.Y.) (*see* attached Exhibit A) (the "*Hannum* Action"); (2) documents already collected, reviewed, organized, and produced to the DOJ that concern the allegations in the *Hannum* Action; and (3) copies of approximately 20 deposition transcripts of testimony taken in connection with the DOJ's investigation concerning the *Hannum* Action.

Lead Plaintiffs assert that this particularized discovery is necessary to prevent undue prejudice to the proposed class, will aid in preserving evidence, and that there is little-to-no burden on defendants to produce these documents. *See, e.g.*, *In re Bank of Am. Corp. Securities, Derivative, and Empl. Ret. Income Sec. Act (ERISA) Litig.*, Case No. 09 MDL 2058 (DC), 2009 WL 4796169 (S.D.N.Y. Nov. 16, 2009) (Chin, J.); *Waldman v. Wachovia Corp.*, Case No. 08 CIV. 2913(SAS), 2009 WL 86763, at *1 (S.D.N.Y. Jan. 12, 2009).

May 15, 2019
Letter to Magistrate Judge Andrew T. Baxter
*Lewis v. YRC Worldwide Inc., et al.*,
Case 1:19-cv-00001-GTS-ATB (N.D.N.Y.)
Page 2 of 2

During the parties' telephonic meet and confer, defendants declined to partially lift the stay and stated that they would oppose Lead Plaintiffs' anticipated motion.  Accordingly, the parties are unable to resolve or reduce all differences relating to Lead Plaintiffs' anticipated motion to partially lift the PSLRA discovery stay.  Lead Plaintiffs respectfully request a pre-motion conference with Your Honor.

Respectfully submitted,

/s/      *Jeffrey P. Campisi*
Jeffrey P. Campisi

Cc: Counsel of Record (via email and ECF)