## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHRISTINA LEWIS, Individually and on Behalf of All Others Similarly Situated,**<br><br>                        **Plaintiff,**<br><br>    v.<br><br>**YRC WORLDWIDE INC.,** *et al.*,<br><br>                        **Defendants.** | No. 1-19-cv-00001-GTS-ATB |

## DECLARATION OF JULIA D. ALONZO
## IN CONNECTION WITH
## DEFENDANTS' MOTION TO DISMISS
## <u>LEAD PLAINTIFFS' AMENDED COMPLAINT</u>

Dan French
David G. Burch, Jr.
Barclay Damon LLP
125 East Jefferson Street
Syracuse, NY  13202
Tel:  (315) 425-3700
Fax:  (315) 425-2701

Ralph C. Ferrara (*pro hac vice*)
Ann M. Ashton (*pro hac vice*)
Proskauer Rose LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel:  (202) 416-6800
Fax:  (202) 416-6899

Jonathan E. Richman (*pro hac vice*)
Proskauer Rose LLP
11 Times Square
New York, New York  10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

Counsel for Defendants

July 15, 2019

I, Julia D. Alonzo, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a Senior Counsel with Proskauer Rose LLP, counsel for YRC Worldwide Inc. ("YRC") and the Individual Defendants in the above-captioned action, and a member of the Bar of the State of New York.

2.     I make this Declaration to provide the Court with information and documents relevant to defendants' motion to dismiss the Amended Complaint.

3.     I make this Declaration on personal knowledge, except as otherwise stated.

### SEC Filings

4.     Attached as Exhibit A is a true and correct copy of YRC's 2013 Form 10-K, as filed with the Securities and Exchange Commission (the "SEC").

5.     Attached as Exhibit B is a true and correct copy of YRC's 2014 Form 10-K, as filed with the SEC.

6.     Attached as Exhibit C is a true and correct copy of YRC's 2015 Form 10-K, as filed with the SEC.

7.     Attached as Exhibit D is a true and correct copy of YRC's 2016 Form 10-K, as filed with the SEC.

8.     Attached as Exhibit E is a true and correct copy of YRC's 2017 Form 10-K, as filed with the SEC.

9.     Attached as Exhibit F is a true and correct copy of YRC's Form 8-K report filed with the SEC on February 4, 2016, submitting YRC's full-year 2015 earnings release.

10.     Attached as Exhibit G is a true and correct copy of YRC's Form 8-K report filed with the SEC on February 6, 2017, submitting YRC's full-year 2016 earnings release.

2

11.    Attached as Exhibit H is a true and correct copy of YRC's Form 8-K report filed with the SEC on February 1, 2018, submitting YRC's full-year 2017 earnings release.

12.    Attached as Exhibit I is a true and correct copy of YRC's Form 8-K report filed with the SEC on January 31, 2019, submitting YRC's full-year 2018 earnings release.

### Court Filings

13.    Attached as Exhibit J is a true and correct copy of the docket in *United States of America ex rel. James Hannum v. Roadway Express, Inc.*, No. 1:08-cv-00811-RJA-MJR (W.D.N.Y.), as printed from PACER Pro on July 11, 2019.

14.    Attached as Exhibit K is a true and correct copy of an Order entered in *United States of America ex rel. James Hannum v. Roadway Express, Inc.*, No. 1:08-cv-00811-RJA-MJR (W.D.N.Y. Nov. 21, 2018), unsealing the case.

### Documents Relating to Defendants' Stock Transactions

15.    Attached as Exhibit L are a table titled "Summary of Saleable Holdings by Individual Defendants" and a more detailed table titled "Saleable Holdings by Individual Defendants." The first table summarizes the second one. Both tables derive from data contained in the Individual Defendants' SEC filings concerning their transactions in YRC stock and, in some cases, from YRC's Proxy Statements. Those SEC filings are attached as Exhibits O through V, as described below.

16.    Attached as Exhibit M is a table titled "Summary of Open-Market Sales and Purchases for Individual Defendants, March 10, 2014 – December 14, 2018." This table shows the Individual Defendants' *discretionary* purchases and sales *during the Class Period*. It does not include pre-period transactions or Class-Period grants or surrenders of shares, which take place automatically and thus are not discretionary transactions. The full set of transactions for

3

each Individual Defendant is shown in Exhibit N, as described below.  The transactions shown in Exhibit M thus are a subset of those shown in Exhibit N.

17.     Attached as Exhibit N are four tables that show *all* securities transactions for each Individual Defendant before and during the Class Period.  Unlike Exhibit M, Exhibit N shows all transactions, whether discretionary or nondiscretionary.  The tables derive from data in the Individual Defendants' SEC filings concerning their transactions in YRC stock and, in some cases, from YRC's Proxy Statements (Exhibits O through V).

18.     Attached as Exhibit O is a true and correct set of James L. Welch's filings with the SEC on Forms 4 from February 22, 2012 to February 27, 2018.

19.     Attached as Exhibit P is a true and correct set of Jamie G. Pierson's filings with the SEC on Forms 4 from August 10, 2012 to August 15, 2016.

20.     Attached Exhibit Q is a true and correct set of Darren D. Hawkins' filings with the SEC on Forms 3 and 4 from March 3, 2014 to May 15, 2018.

21.     Attached as Exhibit R is a true and correct set of Stephanie D. Fisher's filings with the SEC on Forms 3 and 4 from May 22, 2012 to February 27, 2018.

22.     Attached as Exhibit S is a true and correct copy of YRC's 2014 Proxy Statement as filed with the SEC.

23.     Attached as Exhibit T is a true and correct copy of YRC's 2015 Proxy Statement as filed with the SEC.

24.     Attached as Exhibit U is a true and correct copy of YRC's 2017 Proxy Statement as filed with the SEC.

25.     Attached as Exhibit V is a true and correct copy of YRC's 2019 Proxy Statement, as filed with the SEC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
      July 15, 2019

                                                 Julia D. Alonzo

5