# Exhibit J

https://app.pacerpro.com/cases/9028667/print?q=

**U.S. DISTRICT COURT**
**U.S. District Court, Western District of New York (Buffalo)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-00811-RJA-MJR**

| | |
|---|---|
| United States of America v. Roadway Express, Inc. et al | Date Filed: 11/03/2008 |
| Assigned to: Hon. Richard J. Arcara | Jury Demand: Plaintiff |
| Referred to: Hon. Michael J. Roemer | Nature of Suit: 890 Other Statutory Actions |
| Cause: 31:3729 False Claims Act | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**United States of America**
*ex rel. James Hannum*

represented by    **Benjamin Samuel Young**
U.S. Department of Justice
Civil Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
202-616-0291
Fax: 202-616-3085
Email: benjamin.s.young@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel C. Oliverio**
Hodgson Russ LLP
The Guaranty Building, Suite 100
140 Pearl Street
Buffalo, NY 14202-4040
716-848-1433
Fax: 716-849-0349
Email: doliveri@hodgsonruss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gretchen L. Wylegala**
U.S. Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
716-843-5822
Fax: 716-551-3052
Email: gretchen.wylegala@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Ann Lynch**
United States Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo, NY 14202
716-843-5830
Fax: 716-855-0203
Email: Kathleen.lynch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Leonard Sinatra , Jr.**
Hodgson Russ LLP
The Guaranty Building
140 Pearl Street
Suite 100
Buffalo, NY 14202
716 - 848 - 1414
Fax: 716 - 819-4600
Email: jsinatra@hodgsonruss.com
*ATTORNEY TO BE NOTICED*

**Joseph V. Sedita**
Hodgson Russ, LLP
The Guaranty Building
140 Pearl Street
Suite 100
Buffalo, NY 14202
716-848-1383
Fax: 716-819-4628
Email: jsedita@hodgsonruss.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Roadway Express, Inc.**          represented by    **Sean C. Cenawood**
Dentons US LLP
1221 Avenue of the Americas
24th Floor
New York, NY 10020-1089
212-768-6700
Fax: 212-768-6800
Email: sean.cenawood@dentons.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara Marie Holzschuh**
Dentons US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
816-460-2400
Fax: 816-531-7545
Email: sara.holzschuh@dentons.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen L. Hill**
Dentons US LLP
4520 Main Street
Suite 1100
Kansas City, MO 64111
816-460-2400
Fax: 816-531-7545
Email: stephen.hill@dentons.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yellow Transportation, Inc.**      represented by    **Sean C. Cenawood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara Marie Holzschuh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen L. Hill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**YRC Freight, Inc.**          represented by    **Sean C. Cenawood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara Marie Holzschuh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen L. Hill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| # | Docket Text | Date Filed |
|---|---|---|

| # | Docket Text | Date Filed |
|---|---|---|
| 1 | COMPLAINT against Roadway Express, Inc., Yellow Transportation, Inc. ( Filing fee $ 350 receipt number 10010.), filed by United States of America.(SG) (Entered: 11/04/2008) | 11/03/2008 |
| 2 | MOTION to Seal Case by United States of America.(SG) (Entered: 11/04/2008) | 11/03/2008 |
| | Summons Issued as to Roadway Express, Inc., Yellow Transportation, Inc.. (SG) (Entered: 11/04/2008) | 11/03/2008 |
| | AUTOMATIC REFERRAL to Mediation (SG) (Entered: 11/05/2008) | 11/03/2008 |
| 3 | Sealed Document. (JDK) (Entered: 11/10/2008) | 11/06/2008 |
| 4 | Sealed Document. (JDK) (Entered: 11/10/2008) | 11/06/2008 |
| 5 | Sealed Document. (JDK) (Entered: 01/05/2009) | 01/05/2009 |
| 6 | Sealed Document. (JDK) (Entered: 01/05/2009) | 01/05/2009 |
| 7 | Sealed Document. (JDK) (Entered: 01/05/2009) | 01/05/2009 |
| 8 | Sealed Document. (DR) (Entered: 07/08/2009) | 07/06/2009 |
| 9 | Sealed Document. (DR) (Entered: 07/08/2009) | 07/06/2009 |
| 10 | Sealed Document. (DR) (Entered: 07/08/2009) | 07/06/2009 |
| 11 | Sealed Document. (DR) (Entered: 01/05/2010) | 01/04/2010 |
| 12 | Sealed Document. (DR) (Entered: 01/05/2010) | 01/04/2010 |
| 13 | Sealed Document. (DR) (Entered: 01/05/2010) | 01/04/2010 |
| 14 | Sealed Document. (DR) (Entered: 06/14/2010) | 06/11/2010 |
| 15 | Sealed Document. (DR) (Entered: 06/14/2010) | 06/11/2010 |
| 16 | Sealed Document. (DR) (Entered: 06/22/2010) | 06/21/2010 |
| 17 | Sealed Document. (DR) (Entered: 06/22/2010) | 06/21/2010 |
| 18 | Sealed Document. (DR) (Entered: 06/22/2010) | 06/21/2010 |
| 19 | Sealed Document. (DR) (Entered: 12/17/2010) | 12/14/2010 |
| 20 | Sealed Document. (DR) (Entered: 12/17/2010) | 12/14/2010 |
| 21 | Sealed Document. (DR) (Entered: 12/17/2010) | 12/14/2010 |
| 22 | Sealed Document. (DR) (Entered: 06/21/2011) | 06/17/2011 |
| 23 | Sealed Document. (DR) (Entered: 06/21/2011) | 06/17/2011 |
| 24 | Sealed Document. (DR) (Entered: 06/21/2011) | 06/17/2011 |
| 25 | Sealed Document. (DR) (Entered: 01/11/2012) | 01/09/2012 |
| 26 | Sealed Document. (DR) (Entered: 01/11/2012) | 01/09/2012 |
| 27 | Sealed Document. (DR) (Entered: 01/11/2012) | 01/09/2012 |
| 28 | Sealed Document. (DR) (Entered: 06/22/2012) | 06/21/2012 |
| 29 | Sealed Document. (DR) (Entered: 06/22/2012) | 06/21/2012 |
| 30 | Sealed Document. (DR) (Entered: 06/22/2012) | 06/21/2012 |
| 31 | Sealed Document. (DR) (Entered: 07/24/2012) | 07/23/2012 |
| 32 | MOTION for Extension of Time to Consider Electing to Intervene by United States of America.(DLC) (Entered: 11/30/2012) | 11/29/2012 |
| 33 | MEMORANDUM in support 32 MOTION for Extension of Time to File Response/Reply by United States of America. (DLC) (Entered: 11/30/2012) | 11/29/2012 |
| 34 | ORDER granting 32 Motion for Extension of Time to intervene Responses due by 6/21/2013. Signed by Hon. Richard J. Arcara on 11/29/2012. (DLC) (Entered: 11/30/2012) | 11/29/2012 |
| 35 | Sealed Document. (SG) (Entered: 06/18/2013) | 06/14/2013 |

| # | Docket Text | Date Filed |
|---|---|---|
| 36 | Sealed Document. (SG) (Entered: 06/18/2013) | 06/14/2013 |
| 37 | Sealed Document. (SG) (Entered: 06/18/2013) | 06/14/2013 |
| 38 | Sealed Document. (DLC) (Entered: 12/20/2013) | 12/18/2013 |
| 39 | Sealed Document. (DLC) (Entered: 12/20/2013) | 12/18/2013 |
| 40 | Sealed Document. (DLC) (Entered: 12/20/2013) | 12/18/2013 |
| 41 | Sealed Document. (SG) (Entered: 06/17/2014) | 06/16/2014 |
| 42 | Sealed Document. (SG) (Entered: 06/17/2014) | 06/16/2014 |
| 43 | Sealed Document. (SG) (Entered: 06/17/2014) | 06/16/2014 |
| 44 | Sealed Document. (CMD) (Entered: 12/10/2014) | 12/09/2014 |
| 45 | Sealed Document. (CMD) (Entered: 12/10/2014) | 12/09/2014 |
| 46 | ORDER that the United States shall have until and including June 11, 2015, to intervene or to notify the Court that it declines to do so. FURTHER ORDERED, that Complaint and all other pleadings and filing shall remain under seal until that date unless the United States requests that the seal be lifted prior to that date. Signed by Hon. Richard J. Arcara on 1/12/2015. (DLC) (Entered: 01/13/2015) | 01/12/2015 |
| 47 | EX PARTE APPLICATION FOR A 180-DAY EXTENSION OF TIME TO CONSIDER ELECTING TO INTERVENE by United States of America. (CMD) (Entered: 06/12/2015) | 06/11/2015 |
| 48 | MEMORANDUM in Support re 47 EX PARTE APPLICATION FOR A 180-DAY EXTENSION OF TIME TO CONSIDER ELECTING TO INTERVENE filed by United States of America. (CMD) (Entered: 06/12/2015) | 06/11/2015 |
| 49 | ORDER granting 47 Motion for Extension of Time to File. Signed by Hon. Richard J. Arcara on 7/9/2015. (DLC) (Entered: 07/09/2015) | 07/09/2015 |
| 50 | EX PARTE APPLICATION FOR A 180-DAY EXTENSION OF TIME TO CONSIDER ELECTING TO INTERVENE by United States of America. (DLC) (Entered: 12/04/2015) | 11/25/2015 |
| 51 | MEMORANDUM IN SUPPORT 50 EX PARTE APPLICATION FOR A 180-DAY EXTENSION OF TIME TO CONSIDER ELECTING TO INTERVENE by United States of America. (DLC) (Entered: 12/04/2015) | 11/25/2015 |
| 52 | ORDER granting 50 Motion for Extension of Time to File. Signed by Hon. Richard J. Arcara on 11/30/15. (SG) (Entered: 12/14/2015) | 12/11/2015 |
| 53 | MOTION for Extension of Time to Intervene by United States of America.(SG) (Entered: 05/31/2016) | 05/27/2016 |
| 54 | MEMORANDUM in Support re 53 MOTION for Extension of Time to Intervene filed by United States of America. (SG) (Entered: 05/31/2016) | 05/27/2016 |
| 55 | ORDER granting 53 Motion for Extension of Time to Intervene. Signed by Hon. Richard J. Arcara on 5/27/16. (SG) (Entered: 05/31/2016) | 05/27/2016 |
| 56 | NOTICE of Appearance by Kathleen Ann Lynch on behalf of United States of America (SG) (Entered: 06/06/2016) | 06/03/2016 |
| 57 | Sealed Document. (NRE) (Entered: 11/28/2016) | 11/23/2016 |
| 58 | Sealed Document. (NRE) (Entered: 11/28/2016) | 11/23/2016 |
| 59 | Sealed Document. (NRE) (Entered: 11/28/2016) | 11/23/2016 |
| 60 | EX PARTE APPLICATION FOR A 180-DAY EXTENSION OF TIME TO CONSIDER ELECTING TO INTERVENE by United States of America.(NRE) (Entered: 05/26/2017) | 05/24/2017 |
| 61 | MEMORANDUM in Support re 60 EX PARTE APPLICATION FOR A 180-DAY EXTENSION OF TIME TO CONSIDER ELECTING TO INTERVENE filed by United States of America. (NRE) (Entered: 05/26/2017) | 05/24/2017 |
| 62 | ORDER granting 60 EX PARTE APPLICATION FOR A 180-DAY EXTENSION OF TIME TO CONSIDER ELECTING TO INTEVENE. Signed by Hon. Richard J. Arcara on 5/22/2017. (NRE) (Entered: 05/26/2017) | 05/24/2017 |
| 63 | EX PARTE APPLICATION FOR A 180-DAY EXTENSION OF TIME TO CONSIDER ELECTING TO INTERVENE by United States of America.(NRE) (Entered: 11/22/2017) | 11/20/2017 |
| 64 | MEMORANDUM in Support re 63 EX PARTE APPLICATION FOR A 180-DAY EXTENSION OF TIME TO CONSIDER ELECTING TO INTERVENE filed by United States of America. (NRE) (Entered: 11/22/2017) | 11/20/2017 |
| 65 | ORDER granting 63 EX PARTE APPLICATION FOR A 180-DAY EXTENSION OF TIME TO CONSIDER ELECTING TO INTERVENE. Signed by Hon. Richard J. Arcara on 11/20/2017. (NRE) (Entered: 11/22/2017) | 11/20/2017 |

| # | Docket Text | Date Filed |
|---|---|---|
| 66 | EX PARTE APPLICATION FOR A 180-DAY EXTENSION OF TIME TO CONSIDER ELECTING TO INTERVENE by United States of America.(NRE) (Entered: 05/29/2018) | 05/24/2018 |
| 67 | MEMORANDUM in Support re 66 EX PARTE APPLICATION FOR A 180-DAY EXTENSION OF TIME TO CONSIDER ELECTING TO INTERVENE by United States of America. (NRE) (Entered: 05/29/2018) | 05/24/2018 |
| 68 | ORDER granting 66 EX PARTE APPLICATION FOR A 180-DAY EXTENSION OF TIME TO CONSIDER ELECTING TO INTERVENE. Signed by Hon. Richard J. Arcara on 5/24/2018. (NRE) (Entered: 05/29/2018) | 05/24/2018 |
| 69 | *Disregard entry - documents split and filed at #70 and #71.* Sealed Document. (NRE) Modified on 12/13/2018 (KLH). (Entered: 11/26/2018) | 11/26/2018 |
| 70 | NOTICE of Election to Intervene by United States of America. (KLH) (Entered: 12/13/2018) | 11/26/2018 |
| 71 | ORDER regarding 70 Notice of Election to Intervene filed by United States of America: that the Relator's Complaint, the Government's Notice of Election to Intervene and this Order be unsealed; that the United States serve its Complaint, together with this order upon defendants within 30 days; that all other papers or Orders filed shall remain under seal; and that the seal be lifted on all other matters occurring in this action after the date of this Order. Signed by Hon. Richard J. Arcara on 11/21/2018. (KLH) (Entered: 12/13/2018) | 11/26/2018 |
| 72 | UNITED STATES' COMPLAINT IN INTERVENTION against Roadway Express, Inc., Yellow Transportation, Inc., YRC Freight, Inc., filed by United States of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(KLH) (Entered: 12/13/2018) | 12/12/2018 |
|  | Summons Issued as to Roadway Express, Inc., YRC Freight, Inc., Yellow Transportation, Inc. (KLH) (Entered: 12/13/2018) | 12/12/2018 |
| 73 | NOTICE of Appearance by Benjamin Samuel Young on behalf of United States of America (Young, Benjamin) (Entered: 12/17/2018) | 12/17/2018 |
| 74 | WAIVER OF SERVICE Returned Executed by United States of America. Roadway Express, Inc. waiver sent on 12/14/2018, answer due 2/12/2019. (Lynch, Kathleen) (Entered: 12/21/2018) | 12/21/2018 |
| 75 | WAIVER OF SERVICE Returned Executed by United States of America. Yellow Transportation, Inc. waiver sent on 12/14/2018, answer due 2/12/2019. (Lynch, Kathleen) (Entered: 12/21/2018) | 12/21/2018 |
| 76 | WAIVER OF SERVICE Returned Executed by United States of America. YRC Freight, Inc. waiver sent on 12/14/2018, answer due 2/12/2019. (Lynch, Kathleen) (Entered: 12/21/2018) | 12/21/2018 |
| 77 | NOTICE of Appearance by Sean C. Cenawood on behalf of Roadway Express, Inc., YRC Freight, Inc., Yellow Transportation, Inc. (Cenawood, Sean) (Entered: 02/07/2019) | 02/07/2019 |
| 78 | Corporate Disclosure Statement by Roadway Express, Inc., YRC Freight, Inc., Yellow Transportation, Inc. identifying Corporate Parent YRC Worldwide Inc. for Roadway Express, Inc., YRC Freight, Inc., Yellow Transportation, Inc... (Cenawood, Sean) (Entered: 02/07/2019) | 02/07/2019 |
| 79 | MOTION to appear pro hac vice of Stephen L. Hill, Jr. ( Filing fee $ 150 receipt number 0209-3358085.) by Roadway Express, Inc., YRC Freight, Inc., Yellow Transportation, Inc.. (Attachments: # 1 Pro Hac Vice Admission Paperwork)(Cenawood, Sean) (Entered: 02/08/2019) | 02/08/2019 |
| 80 | MOTION to appear pro hac vice for Sara M. Holzschuh ( Filing fee $ 150 receipt number 0209-3358093.) by Roadway Express, Inc., YRC Freight, Inc., Yellow Transportation, Inc.. (Attachments: # 1 Pro Hac Vice Admission Paperwork)(Cenawood, Sean) (Entered: 02/08/2019) | 02/08/2019 |
|  | Verified admissions to the Missouri State Bar for Attorney Sara M. Holzschuh and Attorney Stephen L. Hill. (NRE) (Entered: 02/11/2019) | 02/11/2019 |
| 81 | TEXT ORDER granting 79 Motion for Pro Hac Vice admission by Stephen L. Hill, Jr. SO ORDERED. Issued by Hon. Richard J. Arcara on 2/11/2019. (LAS) (Entered: 02/11/2019) | 02/11/2019 |
| 82 | TEXT ORDER granting 80 Motion for Pro Hac Vice admission by Sara M. Holzschuh. SO ORDERED. Issued by Hon. Richard J. Arcara on 2/11/2019. (LAS) (Entered: 02/11/2019) | 02/11/2019 |
| 83 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Roadway Express, Inc., YRC Freight, Inc., Yellow Transportation, Inc.. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Certificate of Service)(Cenawood, Sean) (Entered: 02/12/2019) | 02/12/2019 |
| 84 | MOTION to Change Venue by Roadway Express, Inc., YRC Freight, Inc., Yellow Transportation, Inc.. (Attachments: # 1 Declaration, # 2 Memorandum in Support, # 3 Affidavit, # 4 Text of Proposed Order, # 5 Certificate of Service)(Cenawood, Sean) (Entered: 02/12/2019) | 02/12/2019 |
| 85 | TEXT ORDER: Defendants have filed 83 motion to dismiss, and 84 motion to change venue. Plaintiff shall respond to the motions on or before March 8, 2019. Reply papers are due no later than March 22, 2019. SO ORDERED. Issued by Hon. Richard J. Arcara on 2/13/2019. (LAS) (Entered: 02/13/2019) | 02/13/2019 |

| # | Docket Text | Date Filed |
|---|---|---|
| 86 | RESPONSE in Opposition re 84 MOTION to Change Venue filed by United States of America. (Attachments: # 1 Memorandum in Opposition to Defendants' Motion to Transfer Venue, # 2 Exhibit A - Manfredonia Affidavit, # 3 Certificate of Service)(Lynch, Kathleen) (Entered: 03/08/2019) | 03/08/2019 |
| 87 | MEMORANDUM in Opposition re 83 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by United States of America. (Attachments: # 1 Certificate of Service)(Lynch, Kathleen) (Entered: 03/08/2019) | 03/08/2019 |
| 88 | MEMORANDUM in Support re 83 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Roadway Express, Inc., YRC Freight, Inc., Yellow Transportation, Inc.. (Attachments: # 1 Certificate of Service)(Cenawood, Sean) (Entered: 03/22/2019) | 03/22/2019 |
| 89 | MEMORANDUM in Support re 84 MOTION to Change Venue filed by Roadway Express, Inc., YRC Freight, Inc., Yellow Transportation, Inc.. (Attachments: # 1 Certificate of Service)(Cenawood, Sean) (Entered: 03/22/2019) | 03/22/2019 |
| 90 | TEXT ORDER REFERRING CASE to Magistrate Judge Hon. H. Kenneth Schroeder Jr. The Magistrate Judge is hereby designated to act in this case as follows: Pursuant to 28 U.S.C. Section 636(b)(1)(A) and (B), all pre-trial matters in this case are referred to the above-named United States Magistrate Judge, including but not limited to: (1) conduct of a scheduling conference and entry of a scheduling order pursuant to Fed. R. Civ. P. 16, (2) hearing and disposition of all non-dispositive motions or applications, (3) supervision of discovery, and (4) supervision of all procedural matters involving the aforementioned or involving the preparation of the case or any matter therein for consideration by the District Judge. The Magistrate Judge shall also hear and report upon dispositive motions for the consideration of the District Judge pursuant to 28 U.S.C. Section 636(b)(1)(B) and (C). All motions or applications shall be filed with the Clerk and made returnable before the Magistrate Judge. The parties are encouraged to consider the provisions of 28 U.S.C. Section 636(c) governing consent to either partial or complete disposition of the case, including trial if necessary, by the Magistrate Judge. Consent forms are available from the office of the Magistrate Judge or the office of the Clerk of Court. IT IS SO ORDERED. Issued by Hon. Richard J. Arcara on 3/25/2019. (LAS) (Entered: 03/25/2019) | 03/25/2019 |
| 91 | TEXT ORDER OF RECUSAL. Hon. H. Kenneth Schroeder Jr. recused. SO ORDERED. Issued by the Hon. H. Kenneth Schroeder Jr. on 4/1/2019. (LMG) (Entered: 04/01/2019) | 04/01/2019 |
|  | Case Reassigned to Hon. Michael J. Roemer. (NRE) (Entered: 04/02/2019) | 04/02/2019 |
|  | SCHEDULING NOTICE as to 83 Motion To Dismiss For Failure To State a Claim and 84 Motion to Change Venue. Oral Argument set for 7/30/2019 10:30 AM before Hon. Michael J. Roemer. (RAZ) (Entered: 05/15/2019) | 05/15/2019 |
| 92 | MOTION to Adjourn Letter filed by United States of America as to Yellow Transportation, Inc., YRC Freight, Inc., Roadway Express, Inc. requesting adjournment of oral argument on defendant's Motion to Dismiss for Failure to State a Claim and Motion to Transfer Venue. (Lynch, Kathleen) Modified on 6/11/2019 to change to a pending motion. (NRE). (Entered: 06/10/2019) | 06/10/2019 |
|  | E-Filing Notification: regarding 92 MOTION to Adjourn. Incorrect event used to electronically file document. For future reference, use the Motion event. No action required, changes made by the Clerk's Office. (NRE) (Entered: 06/11/2019) | 06/11/2019 |
| 93 | TEXT ORDER granting 92 Motion to Adjourn oral argument on defendant's motion to dismiss. SO ORDERED. Issued by Hon. Michael J. Roemer on 6/14/2019. (RAZ) (Entered: 06/14/2019) | 06/14/2019 |
|  | RESCHEDULING NOTICE as to 83 Motion To Dismiss For Failure To State a Claim and 84 Motion to Change Venue. Oral Argument set for 7/30/2019 at 10:30 AM is RESCHEDULED to 8/12/2019 at 1:00 PM before Hon. Michael J. Roemer. (RAZ) (Entered: 06/14/2019) | 06/14/2019 |