# Exhibit K

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
*ex. rel.* JAMES HANNUM,

                         Plaintiffs,

       v.

ROADWAY EXPRESS, INC.; and
YELLOW TRANSPORTATION, INC.

                        Defendants.

Civil No. 08-V-0811

<u>FILED UNDER SEAL</u>

## <u>ORDER</u>

The United States having intervened in this action, pursuant to the False Claims Act,
31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1.     the relator's Complaint, the Government's Notice of Intervention, and this
Order be unsealed;

2.     the United States serve its Complaint upon the defendants, together with this
Order, within 30 days;

3.     all other papers or Orders on file in this matter shall remain under seal; and

4.     the seal shall be lifted on all matters occurring in this action after the date of
this Order.

IT IS SO ORDERED,

This 21 day of _____, 2018.

_____
RICHARD J. ARCARA
United States District Judge