# Exhibit L

## YRC Worldwide Inc. Common Stock
## Summary of Saleable Holdings by Individual Defendants
## March 10, 2014 and December 14, 2018

| Name | Saleable Stock Holdings | | Change in Saleable Holdings | |
|---|---|---|---|---|
| | 03/10/14 | 12/14/18 | Shares | Percentage |
| Welch James L | 130,623 | 346,695 | +216,072 | 265% |
| Pierson Jamie G | 36,128 | 87,814 | +51,686 | 243% |
| Hawkins Darren D | 10,241 | 37,861 | +27,620 | 370% |
| Fisher Stephanie D | 13,349 | 36,829 | +23,480 | 276% |

## YRC Worldwide Inc. Common Stock
## Saleable Holdings by Individual Defendants
## March 10, 2014 and December 14, 2018

| Name | | Amount |
|---|---|---|
| **Welch James L** | | |
| RS held 12/31/13 | [A] | 104,638 |
| RS granted 1/1/14 - 3/9/14 | [B] | 153,393 |
| RS vested 1/1/14 - 3/9/14 | [C] | 115,247 |
| RS held 3/10/14 | [D] | 142,784 |
| Total Holdings 3/10/14 | [E] | 273,407 |
| Saleable Holdings 3/10/14 | [F] | 130,623 |
| Saleable Holdings 8/1/18 | [G] | 346,695 |
| **Change in Saleable Holdings** | [H] | **216,072** |
| **Percentage Change** | [I] | **265%** |
| | | |
| **Pierson Jamie G** | | |
| RS held 12/31/13 | [J] | 52,319 |
| RS granted 1/1/14 - 3/9/14 | [K] | 93,363 |
| RS vested 1/1/14 - 3/9/14 | [L] | 65,956 |
| RS held 3/10/14 | [M] | 79,726 |
| Total Holdings 3/10/14 | [N] | 115,854 |
| Saleable Holdings 3/10/14 | [O] | 36,128 |
| Total Holdings 12/31/16 | [P] | 191,981 |
| RS Held 12/31/16 | [Q] | 104,167 |
| Saleable Holdings 12/31/16 | [R] | 87,814 |
| **Change in Saleable Holdings** | [S] | **51,686** |
| **Percentage Change** | [T] | **243%** |
| | | |
| **Hawkins Darren D** | | |
| RS held 3/10/14 | [U] | 27,500 |
| Total Holdings 3/10/14 | [V] | 37,741 |
| Saleable Holdings 3/10/14 | [W] | 10,241 |
| Total Holdings 12/14/18 | [X] | 187,446 |
| RS Held 12/14/18 | [Y] | 149,585 |
| Saleable Holdings 12/14/18 | [Z] | 37,861 |
| **Change in Saleable Holdings** | [AA] | **27,620** |
| **Percentage Change** | [AB] | **370%** |
| | | |
| **Fisher Stephanie D** | | |
| RS granted prior to 3/10/14 | [AC] | 43,133 |
| RS vested prior to 3/10/14 | [AD] | 19,566 |
| RS held 3/10/14 | [AE] | 23,567 |
| Total Holdings 3/10/14 | [AF] | 36,916 |
| Saleable Holdings 3/10/14 | [AG] | 13,349 |
| Total Holdings 12/14/18 | [AH] | 66,424 |
| RS Held 12/14/18 | [AI] | 29,595 |
| Saleable Holdings 12/14/18 | [AJ] | 36,829 |
| **Change in Saleable Holdings** | [AK] | **23,480** |
| **Percentage Change** | [AL] | **276%** |

Notes:

[A] Reflects Mr. Welch's unvested restricted shares held as of 12/31/13. *See* Proxy filed 3/18/14, p. 53.

[B] Reflects 153,393 shares of restricted stock awarded 2/25/14 (see Form 4 for 2/25/14).

[C] Includes 38,551 restricted shares vesting 2/26/14, and 76,696 restricted shares vesting 2/25/14. See Form 4 for 2/26/14 at footnote 1, and Form 4 for 3/3/14 at footnotes 1-2.

[D] = [A] + [B] - [C]

[E] Reflects holdings following 3/4/14 transaction. See Form 4 for 3/3/14.

[F] = [E] - [D]

[G] See Proxy filed 4/25/19, p. 11, showing Mr. Welch's total holdings as of 8/1/18, and at p. 41, showing that Mr. Welch forfeited all previously-granted shares that remained unvested as of his retirement date.

[H] = [G] - F]

[I] = [G] / [F]

[J] Reflects Mr. Pierson's unvested restricted shares held as of 12/31/13. *See* Proxy filed 3/18/14, p. 53.

[K] Reflects 93,363 restricted shares awarded 2/25/14 (see Form 4 for 2/25/14).

[L] Includes 19,275 restricted shares vesting 2/26/14, and 46,681 restricted shares vesting 2/25/14. See Form 4 for 2/25/14 at footnote 2, and Form 4 for 3/4/14 at footnotes 3-4.

[M] = [J] + [K] - [L]

[N] Reflects holdings following 3/4/14 transaction. See Form 4 for 3/4/14.

[O] = [N] - [M]

[P] Reflects holdings following 8/12/16 transaction. See Form 4 for 8/12/16.

[Q] Includes 70,864 shares of restricted stock and 33,303 Performance Stock Units that had not vested as of December 31, 2016. See Proxy filed 3/21/17, p. 42.

[R] = [P] - [Q]

[S] = [R] - [O]

[T] = [R] / [O]

[U] Includes 15,000 restricted shares granted 3/4/14, 7,500 restricted shares granted 1/14/13, and 5,000 restricted shares granted 2/26/13. See Proxy filed 3/17/15, p. 47.

[V] Reflects holdings following 3/6/14 transaction. See Form 4 for 3/6/14.

[W] = [V] - [U]

[X] Reflects holdings following 5/14/18 transaction. See Form 4 for 5/14/18.

[Y] Reflects unvested restricted stock held as of 12/31/18. See Proxy filed 4/25/19, p. 44.

[Z] = [X] - [Y]

[AA] = [Z] - [W]

[AB] = [Z] / [W]

[AC] Includes 133 restricted shares granted prior to 5/16/12 (see Form 3 for 5/16/12), 8,000 restricted shares granted 5/18/12 (see Form 4 for 5/18/12), 15,000 restricted shares granted 2/26/13 (see Form 4 for 2/26/13), 10,000 restricted shares granted 2/25/14 (see Form 4 for 2/25/14), and 10,000 restricted shares granted 3/4/14 (see Form 4 for 3/3/14).

[AD] Includes 33 shares vesting 12/2/12 (see Form 3 at footnote 1), 2,000 shares vesting 5/16/13 (see Form 4 for 5/16/13 and Form 4 for 5/18/12 at footnote 1), 33 shares vesting 12/2/13 (see Form 4 for 12/2/13 at footnote 1), 7,500 shares vesting 2/26/14 (see Form 4 for 2/25/14 at footnote 2), 5,000 shares vesting 2/25/14 (see Form 4 for 3/3/14 at footnote 1), and 5,000 shares vesting 3/4/14 (see Form 4 for 3/6/14 at footnote 1).

[AE] = [AC] - [AD]

[AF] Reflects holdings following 3/6/14 transaction. See Form 4 for 3/6/14.

[AG] = [AF] = [AE]

[AH] Reflects holdings following 2/26/18 transaction. See Form 4 for 2/23/18.

[AI] Reflects unvested restricted stock held as of 12/31/18. See Proxy filed 4/25/19, p. 44.

[AJ] = [AH] - [AI]

[AK] = [AJ] - [AG]

[AL] = [AJ] / [AG]