# Exhibit M

**Summary of Open-Market Sales and Purchases**
**Individual Defendants**
**March 10, 2014 - December 14, 2018**

| Name | Trans. Date | Trans. Code | Acq./ Disp. | Amount | Price | Value of Transaction |
|---|---|---|---|---|---|---|
| Welch James L | 11/14/14 | S | D | (10,000) | $23.7500 | $237,500 |
| Welch James L | 11/24/14 | S | D | (10,194) | $23.5155 | $239,717 |
| Welch James L | 11/25/14 | S | D | (10,000) | $23.8049 | $238,049 |
| Welch James L | 11/28/14 | S | D | (1,700) | $24.2638 | $41,248 |
| Welch James L | 12/01/14 | S | D | (8,300) | $24.0064 | $199,253 |
| Welch James L | 08/04/15 | S | D | (40,000) | $20.1322 | $805,288 |
| Welch James L | 08/06/15 | S | D | (41,107) | $20.0809 | $825,466 |
| Welch James L | 08/05/16 | S | D | (42,346) | $12.3200 | $521,703 |
| Welch James L | 08/31/16 | S | D | (19,918) | $11.6100 | $231,248 |
| Welch James L | 02/17/17 | S | D | (100,000) | $13.1400 | $1,314,000 |
| Welch James L | 11/10/17 | S | D | (50,000) | $12.1600 | $608,000 |
| Welch James L | 11/13/17 | S | D | (50,000) | $12.3200 | $616,000 |
| **2014 Total** | | | | **(40,194)** | **$23.7789** | |
| **2015 Total** | | | | **(81,107)** | **$20.1062** | |
| **2016 Total** | | | | **(62,264)** | **$12.0929** | |
| **2017 Total** | | | | **(200,000)** | **$12.6900** | |
| **2018 Total** | | | | **NA** | | |
| **Class Period Total** | | | | **(383,565)** | | |
| Pierson Jamie G | 03/11/14 | S | D | (19,700) | $24.3483 | $479,662 |
| Pierson Jamie G | 11/20/14 | S | D | (10,596) | $22.4732 | $238,126 |
| Pierson Jamie G | 08/04/15 | S | D | (84,155) | $20.4003 | $1,716,787 |
| Pierson Jamie G | 02/11/16 | P | A | 35,000 | $6.7225 | ($235,288) |
| Pierson Jamie G | 08/12/16 | S | D | (49,000) | $11.2800 | $552,720 |
| **2014 Total** | | | | **(30,296)** | **$23.6925** | |
| **2015 Total** | | | | **(84,155)** | **$20.4003** | |
| **2016 Total** | | | | **(14,000)** | **$22.6738** | |
| **2017 Total** | | | | **NA** | | |
| **2018 Total** | | | | **NA** | | |
| **Class Period Total** | | | | **(128,451)** | | |
| Hawkins Darren D | 11/05/14 | S | D | (2,241) | $23.5639 | $52,807 |
| Hawkins Darren D | 11/21/14 | S | D | (8,000) | $23.3495 | $186,796 |
| Hawkins Darren D | 02/13/15 | S | D | (1,571) | $19.8700 | $31,216 |
| Hawkins Darren D | 08/14/15 | S | D | (3,705) | $19.4708 | $72,139 |
| Hawkins Darren D | 11/06/15 | S | D | (5,000) | $17.4851 | $87,426 |
| Hawkins Darren D | 08/02/16 | S | D | (18,896) | $11.5900 | $219,005 |
| Hawkins Darren D | 02/24/17 | S | D | (7,500) | $12.5000 | $93,750 |
| Hawkins Darren D | 02/28/17 | S | D | (7,500) | $12.8100 | $96,075 |
| **2014 Total** | | | | **(10,241)** | **$23.3964** | |
| **2015 Total** | | | | **(10,276)** | **$18.5656** | |
| **2016 Total** | | | | **(18,896)** | **$11.5900** | |
| **2017 Total** | | | | **(15,000)** | **$12.6550** | |
| **2018 Total** | | | | **0** | | |
| **Class Period Total** | | | | **(54,413)** | | |

| Name | Trans. Date | Trans. Code | Acq./ Disp. | Amount | Price | Value of Transaction |
|---|---|---|---|---|---|---|
| Fisher Stephanie D | 11/07/14 | S | D | (5,000) | $23.5000 | $117,500 |
| **2014 Total** | | | | **(5,000)** | **$23.5000** | |
| **2015 Total** | | | | **0** | | |
| **2016 Total** | | | | **0** | | |
| **2017 Total** | | | | **0** | | |
| **2018 Total** | | | | **0** | | |
| **Class Period Total** | | | | **(5,000)** | | |

Source:  SEC Form 4 filings

2