# Exhibit N

**Summary of Form 4 Data**
**Welch James L**
**2012 - 2018**

| Trans. Date | Trans. Code | Trans. | Acq./ Disp. | Amount | Price | Value of Transaction | Security | Total Holdings Following Transaction | Note |
|---|---|---|---|---|---|---|---|---|---|
| **Prior to the Class Period** | | | | | | | | | |
| 02/20/12 | A | Grant | A | 72,436 | $0.0000 | $0 | RSA | 194,842 | [2] |
| 08/30/12 | P | Purchase | A | 2,000 | $5.6100 | ($11,220) | Common | 196,842 | |
| 08/30/12 | P | Purchase | A | 2,000 | $5.3500 | ($10,700) | Common | 198,842 | |
| 08/31/12 | P | Purchase | A | 2,000 | $5.6800 | ($11,360) | Common | 200,842 | |
| 08/31/12 | P | Purchase | A | 2,000 | $5.6000 | ($11,200) | Common | 202,842 | |
| 01/02/13 | F | Surrender | D | (11,442) | $6.7600 | $77,348 | Common | 191,400 | [1] |
| 02/20/13 | F | Surrender | D | (22,949) | $6.3300 | $145,267 | Common | 168,451 | [1] |
| 02/26/13 | A | Grant | A | 4,665 | $0.0000 | $0 | RSA | 173,116 | [2] |
| 02/26/13 | A | Grant | A | 9,767 | $0.0000 | $0 | RSA | 182,883 | [2] |
| 02/26/13 | A | Grant | A | 77,101 | $0.0000 | $0 | RSA | 259,984 | [2] |
| 02/28/13 | F | Surrender | D | (1,486) | $6.1300 | $9,109 | Common | 258,498 | [1] |
| 02/28/13 | F | Surrender | D | (778) | $6.1300 | $4,769 | Common | 257,720 | [1] |
| 02/28/13 | F | Surrender | D | (12,279) | $6.1300 | $75,270 | Common | 245,441 | [1] |
| 07/22/13 | F | Surrender | D | (14,215) | $32.9900 | $468,953 | Common | 231,226 | [1] |
| 07/22/13 | F | Surrender | D | (1,135) | $32.9900 | $37,444 | Common | 230,091 | [1] |
| 02/25/14 | A | Grant | A | 120,060 | $0.0000 | $0 | RSA | 350,151 | [2] |
| 02/25/14 | A | Grant | A | 33,333 | $0.0000 | $0 | RSA | 383,484 | [2] |
| 02/26/14 | F | Surrender | D | (16,327) | $22.6300 | $369,480 | Common | 367,157 | [1] |
| 02/27/14 | S | Sale | D | (10,000) | $25.3500 | $253,500 | Common | 357,157 | |
| 03/03/14 | S | Sale | D | (20,000) | $25.0218 | $500,436 | Common | 337,157 | |
| 03/03/14 | S | Sale | D | (8,000) | $25.3600 | $202,880 | Common | 329,157 | |
| 03/03/14 | F | Surrender | D | (27,925) | $24.5000 | $684,163 | Common | 301,232 | [1] |
| 03/03/14 | F | Surrender | D | (7,825) | $24.5000 | $191,713 | Common | 293,407 | [1] |
| 03/04/14 | S | Sale | D | (20,000) | $24.8834 | $497,668 | Common | 273,407 | |
| **During the Class Period** | | | | | | | | | |
| 07/22/14 | F | Surrender | D | (14,215) | $27.8500 | $395,888 | Common | 259,192 | [1] |
| 07/22/14 | F | Surrender | D | (1,135) | $27.8500 | $31,610 | Common | 258,057 | [1] |
| 11/14/14 | S | Sale | D | (10,000) | $23.7500 | $237,500 | Common | 248,057 | |
| 11/24/14 | S | Sale | D | (10,194) | $23.5155 | $239,717 | Common | 237,863 | |
| 11/25/14 | S | Sale | D | (10,000) | $23.8049 | $238,049 | Common | 227,863 | |
| 11/28/14 | S | Sale | D | (1,700) | $24.2638 | $41,248 | Common | 226,163 | |
| 12/01/14 | S | Sale | D | (8,300) | $24.0064 | $199,253 | Common | 217,863 | |
| 12/30/14 | A | Grant | A | 280,615 | $0.0000 | $0 | RSA | 498,478 | [2] |
| 02/25/15 | F | Surrender | D | (27,848) | $20.0000 | $556,960 | Common | 470,630 | [1] |
| 02/25/15 | F | Surrender | D | (7,742) | $20.0000 | $154,840 | Common | 462,888 | [1] |
| 03/02/15 | F | Surrender | D | (26,042) | $19.3800 | $504,694 | Common | 436,846 | [1] |
| 03/09/15 | A | Grant | A | 70,794 | $0.0000 | $0 | RSA | 507,640 | [2] |
| 07/21/15 | F | Surrender | D | (14,215) | $13.3200 | $189,344 | Common | 493,425 | [1] |
| 07/21/15 | F | Surrender | D | (1,135) | $13.3200 | $15,118 | Common | 492,290 | [1] |
| 07/31/15 | F | Surrender | D | (78,208) | $19.3000 | $1,509,414 | Common | 414,082 | [1] |
| 08/04/15 | S | Sale | D | (40,000) | $20.1322 | $805,288 | Common | 374,082 | |
| 08/06/15 | S | Sale | D | (41,107) | $20.0809 | $825,466 | Common | 332,975 | |
| 02/15/16 | A | Grant | A | 138,756 | $0.0000 | $0 | PSU | 471,731 | [3] |

1

| Trans. Date | Trans. Code | Trans. | Acq./ Disp. | Amount | Price | Value of Transaction | Security | Total Holdings Following Transaction | Note |
|---|---|---|---|---|---|---|---|---|---|
| 02/26/16 | A | Grant | A | 149,648 | $0.0000 | $0 | RSA | 621,379 | [2] |
| 08/05/16 | S | Sale | D | (42,346) | $12.3200 | $521,703 | Common | 579,033 | |
| 08/31/16 | S | Sale | D | (19,918) | $11.6100 | $231,248 | Common | 559,115 | |
| 02/17/17 | S | Sale | D | (100,000) | $13.1400 | $1,314,000 | Common | 459,115 | |
| 02/22/17 | A | Grant | A | 96,360 | $0.0000 | $0 | RSA | 555,475 | [2] |
| 02/23/17 | F | Surrender | D | (10,962) | $12.5600 | $137,683 | Common | 544,513 | [1] |
| 02/23/17 | F | Surrender | D | (21,525) | $12.5600 | $270,354 | Common | 522,988 | [1] |
| 02/27/17 | F | Surrender | D | (23,171) | $12.5800 | $291,491 | Common | 499,817 | [1] |
| 11/10/17 | S | Sale | D | (50,000) | $12.1600 | $608,000 | Common | 449,817 | |
| 11/13/17 | S | Sale | D | (50,000) | $12.3200 | $616,000 | Common | 399,817 | |
| 02/13/18 | A | Grant | A | 146,243 | $0.0000 | $0 | RSA | 546,060 | [2] |
| 02/23/18 | F | Surrender | D | (20,532) | $9.3600 | $192,180 | Common | 525,528 | [1] |
| 02/23/18 | F | Surrender | D | (10,466) | $9.3600 | $97,962 | Common | 515,062 | [1] |
| 02/26/18 | F | Surrender | D | (22,124) | $9.4200 | $208,408 | Common | 492,938 | [1] |

Notes:

[1] The automatic surrender of newly-vested shares is the Company's default process for paying tax withholding

[2] Represents granting of a restricted stock award.

[3] Represents performance stock units earned by the reporting person.

Source:  SEC Form 4 filings.

**Summary of Form 4 Data**
**Pierson Jamie G**
**2012 - 2016**

| Trans. Date | Trans. Code | Trans. | Acq./ Disp. | Amount | Price | Value of Transaction | Security | Total Holdings Following Transaction | Note |
|---|---|---|---|---|---|---|---|---|---|
| Prior to the Class Period | | | | | | | | | |
| 08/08/12 | P | Purchase | A | 1,000 | $5.2000 | ($5,200) | Common | 62,203 | |
| 08/09/12 | P | Purchase | A | 2,000 | $5.1999 | ($10,400) | Common | 64,203 | |
| 08/10/12 | P | Purchase | A | 1,000 | $5.2100 | ($5,210) | Common | 65,203 | |
| 01/02/13 | F | Surrender | D | (5,455) | $6.7600 | $36,876 | Common | 59,748 | [1] |
| 02/26/13 | A | Grant | A | 4,883 | $0.0000 | $0 | RSA | 64,631 | [2] |
| 02/26/13 | A | Grant | A | 38,550 | $0.0000 | $0 | RSA | 103,181 | [2] |
| 03/04/13 | F | Surrender | D | (6,102) | $6.0700 | $37,039 | Common | 97,079 | [1] |
| 03/04/13 | F | Surrender | D | (389) | $6.0700 | $2,361 | Common | 96,690 | [1] |
| 11/04/13 | F | Surrender | D | (4,874) | $8.4700 | $41,283 | Common | 91,816 | [1] |
| 11/04/13 | F | Surrender | D | (389) | $8.4700 | $3,295 | Common | 91,427 | [1] |
| 02/25/14 | A | Grant | A | 60,030 | $0.0000 | $0 | RSA | 151,457 | [2] |
| 02/25/14 | A | Grant | A | 33,333 | $0.0000 | $0 | RSA | 184,790 | [2] |
| 02/26/14 | F | Surrender | D | (8,163) | $22.6300 | $184,729 | Common | 176,627 | [1] |
| 03/04/14 | S | Sale | D | (700) | $25.0261 | $17,518 | Common | 175,927 | |
| 03/04/14 | S | Sale | D | (39,300) | $24.3379 | $956,479 | Common | 136,627 | |
| 03/04/14 | F | Surrender | D | (12,948) | $20.9900 | $271,779 | Common | 123,679 | [1] |
| 03/04/14 | F | Surrender | D | (7,825) | $20.9900 | $164,247 | Common | 115,854 | [1] |
| During the Class Period | | | | | | | | | |
| 03/11/14 | S | Sale | D | (19,700) | $24.3483 | $479,662 | Common | 96,154 | |
| 11/03/14 | F | Surrender | D | (7,184) | $22.2900 | $160,131 | Common | 88,970 | [1] |
| 11/03/14 | F | Surrender | D | (574) | $22.2900 | $12,794 | Common | 88,396 | [1] |
| 11/20/14 | S | Sale | D | (10,596) | $22.4732 | $238,126 | Common | 77,800 | |
| 12/30/14 | A | Grant | A | 178,859 | $0.0000 | $0 | RSA | 256,659 | [2] |
| 02/25/15 | F | Surrender | D | (13,952) | $20.0000 | $279,040 | Common | 242,707 | [1] |
| 02/25/15 | F | Surrender | D | (7,742) | $0.0000 | $0 | Common | 234,965 | [1] |
| 03/02/15 | F | Surrender | D | (16,617) | $19.3800 | $322,037 | Common | 218,348 | [1] |
| 03/09/15 | A | Grant | A | 25,486 | $0.0000 | $0 | RSA | 243,834 | [2] |
| 07/31/15 | F | Surrender | D | (49,848) | $19.3000 | $962,066 | Common | 193,986 | [1] |
| 08/04/15 | S | Sale | D | (84,155) | $20.4003 | $1,716,787 | Common | 109,831 | |
| 11/03/15 | F | Surrender | D | (7,108) | $17.0400 | $121,120 | Common | 102,723 | [1] |
| 11/03/15 | F | Surrender | D | (568) | $17.0400 | $9,679 | Common | 102,155 | [1] |
| 02/11/16 | P | Purchase | A | 35,000 | $6.7225 | ($235,288) | Common | 137,155 | |
| 02/15/16 | A | Grant | A | 49,953 | $0.0000 | $0 | PSU | 187,108 | [3] |
| 02/26/16 | A | Grant | A | 53,873 | $0.0000 | $0 | RSA | 240,981 | [2] |
| 08/12/16 | S | Sale | D | (49,000) | $11.2800 | $552,720 | Common | 191,981 | |

Notes:

[1] The automatic surrender of newly-vested shares is the Company's default process for paying tax withholding

[2] Represents granting of a restricted stock award.

[3] Represents performance stock units earned by the reporting person.

Source: SEC Form 4 filings.

**Summary of Form 3 and Form 4 Data**
**Hawkins Darren D**
**2014 - 2018**

| Trans. Date | Trans. Code | Trans. | Acq./ Disp. | Amount | Price | Value of Transaction | Security | Total Holdings Following Transaction | Note |
|---|---|---|---|---|---|---|---|---|---|
| Prior to the Class Period | | | | | | | | | |
| 02/27/14 | NA | NA | NA | NA | NA | NA | Common/RSA | 17,505 | [4] |
| 03/04/14 | A | Grant | A | 30,000 | $0.0000 | $0 | RSA | 47,505 | [2] |
| 03/04/14 | S | Sale | D | (5,005) | $24.5555 | $122,900 | Common | 42,500 | |
| 03/06/14 | F | Surrender | D | (4,759) | $25.3100 | $120,450 | Common | 37,741 | [1] |
| | | | | | | | | | |
| During the Class Period | | | | | | | | | |
| 11/05/14 | S | Sale | D | (2,241) | $23.5639 | $52,807 | Common | 35,500 | |
| 11/21/14 | S | Sale | D | (8,000) | $23.3495 | $186,796 | Common | 27,500 | |
| 01/14/15 | F | Surrender | D | (929) | $18.4300 | $17,121 | Common | 26,571 | [1] |
| 02/13/15 | S | Sale | D | (1,571) | $19.8700 | $31,216 | Common | 25,000 | |
| 02/26/15 | F | Surrender | D | (1,556) | $20.0200 | $31,151 | Common | 23,444 | [1] |
| 03/04/15 | F | Surrender | D | (4,739) | $18.7200 | $88,714 | Common | 18,705 | [1] |
| 03/09/15 | A | Grant | A | 12,493 | $0.0000 | $0 | RSA | 31,198 | [2] |
| 08/14/15 | S | Sale | D | (3,705) | $19.4708 | $72,139 | Common | 27,493 | |
| 11/06/15 | S | Sale | D | (5,000) | $17.4851 | $87,426 | Common | 22,493 | |
| 01/15/16 | F | Surrender | D | (929) | $9.9400 | $9,234 | Common | 21,564 | [1] |
| 02/15/16 | A | Grant | A | 24,486 | $0.0000 | $0 | PSU | 46,050 | [3] |
| 02/26/16 | A | Grant | A | 28,228 | $0.0000 | $0 | RSA | 74,278 | [2] |
| 08/02/16 | S | Sale | D | (18,896) | $11.5900 | $219,005 | Common | 55,382 | |
| 01/17/17 | F | Surrender | D | (929) | $14.3000 | $13,285 | Common | 54,453 | [1] |
| 02/22/17 | A | Grant | A | 18,915 | $0.0000 | $0 | RSA | 73,368 | [2] |
| 02/23/17 | F | Surrender | D | (1,324) | $12.5600 | $16,629 | Common | 72,044 | [1] |
| 02/23/17 | F | Surrender | D | (2,690) | $12.5600 | $33,786 | Common | 69,354 | [1] |
| 02/24/17 | S | Sale | D | (7,500) | $12.5000 | $93,750 | Common | 61,854 | |
| 02/27/17 | F | Surrender | D | (2,997) | $12.5800 | $37,702 | Common | 58,857 | [1] |
| 02/28/17 | S | Sale | D | (7,500) | $12.8100 | $96,075 | Common | 51,357 | |
| 02/13/18 | A | Grant | A | 43,433 | $0.0000 | $0 | RSA | 94,790 | [2] |
| 02/23/18 | F | Surrender | D | (3,473) | $9.3600 | $32,507 | Common | 91,317 | [1] |
| 02/23/18 | F | Surrender | D | (1,602) | $9.3600 | $14,995 | Common | 89,715 | [1] |
| 02/26/18 | F | Surrender | D | (3,697) | $9.4200 | $34,826 | Common | 86,018 | [1] |
| 04/30/18 | A | Grant | A | 116,741 | $0.0000 | $0 | RSA | 202,759 | [2] |
| 05/14/18 | F | Surrender | D | (15,313) | $10.6200 | $162,624 | Common | 187,446 | [1] |

Notes:
[1] The automatic surrender of newly-vested shares is the Company's default process for paying tax withholding
[2] Represents granting of a restricted stock award.
[3] Represents performance stock units earned by the reporting person.
[4] Reflects Mr. Hawkins's 2/27/14 amended Form 3 reported holdings (initial statement of beneficial ownership of securities).

Source: SEC Form 3 and Form 4 filings.

4

**Summary of Form 3 and Form 4 Data**
**Fisher Stephanie D**
**2012 - 2018**

| Trans. Date | Trans. Code | Trans. | Acq./ Disp. | Amount | Price | Value of Transaction | Security | Total Holdings Following Transaction | Note |
|---|---|---|---|---|---|---|---|---|---|
| **Prior to the Class Period** | | | | | | | | | |
| 05/16/12 | NA | NA | NA | NA | NA | NA | RSA | 133 | [4] |
| 05/18/12 | A | Grant | A | 8,000 | $0.0000 | $0 | RSA | 8,133 | [2] |
| 11/30/12 | F | Surrender | D | (12) | $7.0200 | $84 | Common | 8,121 | [1] |
| 02/26/13 | A | Grant | A | 15,000 | $0.0000 | $0 | RSA | 23,121 | [2] |
| 05/16/13 | F | Surrender | D | (619) | $18.6700 | $11,557 | Common | 22,502 | [1] |
| 12/02/13 | F | Surrender | D | (11) | $9.5800 | $105 | Common | 22,491 | [1] |
| 02/25/14 | A | Grant | A | 10,000 | $0.0000 | $0 | RSA | 32,491 | [2] |
| 02/26/14 | F | Surrender | D | (2,389) | $22.6300 | $54,063 | Common | 30,102 | [1] |
| 03/03/14 | F | Surrender | D | (1,593) | $24.5000 | $39,029 | Common | 28,509 | [1] |
| 03/04/14 | A | Grant | A | 10,000 | $0.0000 | $0 | RSA | 38,509 | [2] |
| 03/06/14 | F | Surrender | D | (1,593) | $25.3100 | $40,319 | Common | 36,916 | [1] |
| **During the Class Period** | | | | | | | | | |
| 05/16/14 | F | Surrender | D | (638) | $20.9300 | $13,353 | Common | 36,278 | [1] |
| 11/07/14 | S | Sale | D | (5,000) | $23.5000 | $117,500 | Common | 31,278 | |
| 12/01/14 | F | Surrender | D | (11) | $22.9500 | $252 | Common | 31,267 | [1] |
| 02/25/15 | F | Surrender | D | (2,528) | $20.0000 | $50,560 | Common | 28,739 | [1] |
| 02/26/15 | F | Surrender | D | (3,667) | $20.0200 | $73,413 | Common | 25,072 | [1] |
| 03/04/15 | F | Surrender | D | (2,323) | $18.7200 | $43,487 | Common | 22,749 | [1] |
| 03/09/15 | A | Grant | A | 6,655 | $0.0000 | $0 | RSA | 29,404 | [2] |
| 05/18/15 | F | Surrender | D | (929) | $14.9000 | $13,842 | Common | 28,475 | [1] |
| 11/30/15 | F | Surrender | D | (16) | $16.9300 | $271 | Common | 28,459 | [1] |
| 02/15/16 | A | Grant | A | 13,044 | $0.0000 | $0 | PSU | 41,503 | [3] |
| 02/23/16 | F | Surrender | D | (1,148) | $8.1200 | $9,322 | Common | 40,355 | [1] |
| 02/23/16 | F | Surrender | D | (2,250) | $8.1200 | $18,270 | Common | 38,105 | [1] |
| 02/26/16 | A | Grant | A | 14,965 | $0.0000 | $0 | RSA | 53,070 | [2] |
| 02/22/17 | A | Grant | A | 10,707 | $0.0000 | $0 | RSA | 63,777 | [2] |
| 02/23/17 | F | Surrender | D | (1,148) | $12.5600 | $14,419 | Common | 62,629 | [1] |
| 02/23/17 | F | Surrender | D | (2,250) | $12.5600 | $28,260 | Common | 60,379 | [1] |
| 02/27/17 | F | Surrender | D | (2,313) | $12.5800 | $29,098 | Common | 58,066 | [1] |
| 02/13/18 | A | Grant | A | 13,899 | $0.0000 | $0 | RSA | 71,965 | [2] |
| 02/23/18 | F | Surrender | D | (2,160) | $9.3600 | $20,218 | Common | 69,805 | [1] |
| 02/23/18 | F | Surrender | D | (1,102) | $9.3600 | $10,315 | Common | 68,703 | [1] |
| 02/26/18 | F | Surrender | D | (2,279) | $9.4200 | $21,468 | Common | 66,424 | [1] |

Notes:

[1] The automatic surrender of newly-vested shares is the Company's default process for paying tax withholding

[2] Represents granting of a restricted stock award.

[3] Represents performance stock units earned by the reporting person.

[4] Reflects Ms. Fisher's 5/16/12 Form 3 reported holdings (initial statement of beneficial ownership of securities

Source:  SEC Form 3 and Form 4 filings.