## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHRISTINA LEWIS, Individually and on Behalf of All Others Similarly Situated,** | No. 1-19-cv-00001-GTS-ATB |
| **Plaintiff,** | |
| v. | |
| **YRC WORLDWIDE INC.,** *et al.*, | |
| **Defendants.** | |

## DECLARATION OF JONATHAN E. RICHMAN
## IN CONNECTION WITH
## DEFENDANTS' REPLY BRIEF FOR MOTION TO DISMISS
## LEAD PLAINTIFFS' AMENDED COMPLAINT

Dan French
David G. Burch, Jr.
Barclay Damon LLP
125 East Jefferson Street
Syracuse, NY  13202
Tel:  (315) 425-3700
Fax:  (315) 425-2701

Ralph C. Ferrara (*pro hac vice*)
Ann M. Ashton (*pro hac vice*)
Proskauer Rose LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel:  (202) 416-6800
Fax:  (202) 416-6899

Jonathan E. Richman (*pro hac vice*)
Proskauer Rose LLP
11 Times Square
New York, New York  10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

Counsel for Defendants

I, Jonathan E. Richman, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a member of the law firm of Proskauer Rose LLP, counsel for YRC Worldwide Inc. ("YRC") and the Individual Defendants in the above-captioned action.  I am a member of the Bar of the State of New York.

2.      I make this Declaration to provide the Court with documents relevant to the reply brief filed in connection with Defendants' motion to dismiss the Amended Complaint.

3.      I make this Declaration on personal knowledge, except as otherwise stated.

### SEC Filings

4.      Attached as Exhibit A is a true and correct copy of YRC's 2016 Proxy Statement, as filed with the Securities and Exchange Commission (the "SEC").

5.      Attached as Exhibit B is a true and correct copy of YRC's 2018 Proxy Statement, as filed with the SEC.

### Documents Relating to Use of the Phrase "Right Price" or Similar Language in the Trucking Industry and Elsewhere

6.      Attached as Exhibit C is a true and correct pdf of a JOC webpage concerning Covenant Transportation, with the relevant language highlighted.  The webpage can be found at https://www.joc.com/trucking-logistics/truckload-freight/covenant-transportation-loses-25-million_20110505.html.

7.      Attached as Exhibit D is a true and correct pdf of a FedEx webpage, with the relevant language highlighted.  The webpage can be found at https://www.fedex.com/en-us/shipping/freight-services.html.

8.      Attached as Exhibit E is a true and correct pdf of a FedEx webpage, with the relevant language highlighted.  The webpage can be found at http://www.fedex.com/us/promo/freightmultimedia/pdf/Volume%20Services.pdf.

2

9.    Attached as Exhibit F is a true and correct pdf of a FedEx webpage, with the relevant language highlighted.  The webpage can be found at https://about.van.fedex.com/blog/fedex-trade-networks-is-a-bundle-of-value-for-customers/.

10.    Attached as Exhibit G is a true and correct pdf of a Fleet Equipment Magazine webpage concerning Kottke Trucking, with the relevant language highlighted.  The webpage can be found at https://www.fleetequipmentmag.com/kottke-trucking-operation-analytics-equipment/.

11.    Attached as Exhibit H is a true and correct pdf of a Primary Logistics Services webpage, with the relevant language highlighted.  The webpage can be found at http://www.primarylogisticsservices.com.

12.    Attached as Exhibit I is a true and correct pdf of a Roadrunner Transportation Systems webpage, with the relevant language highlighted.  The webpage can be found at https://www.rrts.com/active-on-demand/.

13.    Attached as Exhibit J is a true and correct pdf of an R+L Carriers webpage, with the relevant language highlighted.  The webpage can be found at https://www2.rlcarriers.com/images/media/mediakit/global-logistics.pdf.

14.    Attached as Exhibit K is a true and correct pdf of a Schneider National webpage, with the relevant language highlighted.  The webpage can be found at https://schneider.com/our-services/brokerage.

15.    Attached as Exhibit L is a true and correct pdf of a Supply Chain 24/7 webpage, with the relevant language highlighted.  The webpage can be found at https://www.supplychain247.com/article/taking_advantage_of_truckload_less_than_truckload_and_intermodal_strategies/intermodal.

3

16.    Attached as Exhibit M is a true and correct pdf of a thinkSTG webpage, with the relevant language highlighted.  The webpage can be found at http://thinkstg.com/#Freight.

17.    Attached as Exhibit N is a true and correct pdf of a TechCrunch.com webpage concerning Trucker Path, with the relevant language highlighted.  The webpage can be found at https://techcrunch.com/2016/06/14/trucker-path-just-lined-up-30-million-in-debt-to-lend-to-the-truckers-on-its-platform/.

18.    Attached as Exhibit O is a true and correct pdf of a UShip webpage, with the relevant language highlighted.  The webpage can be found at https://about.uship.com/media-coverage/economic-recovery-and-work-truck-opportunity-vehicle-transport/.

19.    Attached as Exhibit P is a true and correct pdf of a Logistics Management webpage concerning XPO Logistics, with the relevant language highlighted.  The webpage can be found at https://www.logisticsmgmt.com/article/xpo_announces_q4_and_full_year_2012_earnings_makes_another_acquisition.

20.    Attached as Exhibit Q is a true and correct pdf of a Logistics Management webpage, with the relevant language highlighted.  The webpage can be found at https://www.logisticsmgmt.com/article/transportation_best_practices_solving_the_transportation_network_puzzle.

21.    Attached as Exhibit R is a true and correct pdf of a Purdue University webpage, with the relevant language highlighted.  The webpage can be found at https://www.extension.purdue.edu/extmedia/ec/ec-730.pdf.

4

22. Attached as Exhibit S is a true and correct pdf of a Carrefour Group webpage, with the relevant language highlighted. The webpage can be found at http://www.carrefour.com/act-for-you/the-right-product-at-the-right-price-in-the-right-place.

23. Attached as Exhibit T is a true and correct pdf of a Baker Marketing webpage, with the relevant language highlighted. The webpage can be found at https://bakermarketingservices.com/2017/06/how-do-you-create-the-perfect-marketing-offer/.

24. Attached as Exhibit U is a true and correct pdf of an Oracle webpage, with the relevant language highlighted. The webpage can be found at http://www.oracle.com/us/products/applications/siebel/047125.pdf.

25. Attached as Exhibit V is a true and correct pdf of an Equifax webpage, with the relevant language highlighted. The webpage can be found at https://www.equifax.com/business/next-best-offer/.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
      August 29, 2019

                                      Jonathan E. Richman

110373943v4