FedEx

(https://www.fedex.com/en-home.html)

# FedEx Freight® Services

## FedEx Freight® Services

Explore air and less-than-truckload (LTL) freight service options and take advantage of tools from our shipping desk.

Explore air and less-than-truckload (LTL) freight service options and take advantage of tools from our shipping desk.

**SHIP NOW (HTTPS://WWW.FEDEX.COM/SHIPPING/SHIPENTRYACTION.DO?METHOD=DOENTRY&LINK=1&LOCALE=EN_US&URLPARAMS=US&STYPE=F)**

**SHIP NOW (HTTPS://WWW.FEDEX.COM/SHIPPING/SHIPENTRYACTION.DO?METHOD=DOENTRY&LINK=1&LOCALE=EN_US&URLPARAMS=US&STYPE=F)**

Menu ⋮

# LTL Freight Shipping Made Easy

Whether speedy delivery is vital for your LTL shipments or you can trade time for savings, FedEx Freight makes it happen. In fact, FedEx Freight is the first and only nationwide LTL carrier to offer pallet-level tracking and visibility for your multiple-pallet shipments and domestic shipping without a paper Bill of Lading.* So you can count on our reliable service choices — plus value-added and specialized options — to take care of your LTL freight shipments and your customers.

*Except for shipments containing hazardous materials.

FedEx Freight® Priority

Provides fast-transit delivery of time-sensitive freight to meet your supply chain needs.

**GET DETAILS (HTTPS://WWW.FEDEX.COM/EN-US/SHIPPING/FREIGHT-SERVICES/LTL.HTML#FEDEX_FREIGHT_PRIORITY)**

## FedEx Freight® Economy

Offers reliable, cost-effective delivery when you can trade time for savings.

**SEE SERVICE FEATURES (HTTPS://WWW.FEDEX.COM/EN-US/SHIPPING/FREIGHT-SERVICES/LTL.HTML#FEDEX_FREIGHT_ECONOMY)**

# Freight Services



### Day- & Time-Definite & Guaranteed Services

When your less-than-truckload (LTL) freight must arrive by a certain day and even a certain time, choose reliable, fast and day- and time-definite delivery from FedEx Freight.

**MATCH YOUR NEEDS (HTTPS://WWW.FEDEX.COM/EN-US/SHIPPING/FREIGHT-SERVICES/LTL/GUARANTEED-SERVICES.HTML)**

○  ○



International Services

Grow your customer base by doing business in Canada and Mexico, and keep a competitive edge by relying on the fast transit times of FedEx Freight for your LTL shipments.

**MATCH YOUR NEEDS** (HTTPS://WWW.FEDEX.COM/EN-US/SHIPPING/FREIGHT-SERVICES/LTL/INTERNATIONAL-SERVICES.HTML)

○ ○

# Size Up Your Supply Chain

- For large-volume shipments (https://www.fedex.com/en-us/shipping/freight-services/ltl/volume-services.html) that weigh greater than 4,000 lbs. and use from 10 feet of trailer space up to a full (28-foot) trailer, check out our flexible pricing and transit times. ==We'll put your volume shipments in the right lane at the right price.==

- Whether you're in need of distribution and consolidation services or you have an exact release-to-market date for your latest product and require a total-solutions approach to supply chain management, choose **FedEx Freight Customer Solutions Support** (https://www.fedex.com/en-us/shipping/freight-services/customer-solutions-support.html).

# Shipping Desk

Manage Your Freight Shipping with FedEx Ship Manager® (http://www.fedex.com/us/freight/ship-desk/ship-manager-for-freight.html)
Save valuable time and money by making freight shipping as fast and easy as possible with automation tools.

Required Shipping Forms (https://www.fedex.com/en-us/shipping/freight-services/required-forms.html)
View, print or download various shipping forms for both U.S. and international shipping.

Freight Central (https://www.fedex.com/en-us/shipping/freight-services/class-calculator.html)
Find the answers you need for an easy, seamless LTL freight shipping experience and the solutions you want to take your business beyond.

Fuel Surcharge (https://www.fedex.com/en-us/shipping/fuel-surcharge.html)
View the current FedEx Freight fuel surcharge in effect.

FedEx Freight Shipping Rules Tariff (https://www.fedex.com/en-us/shipping/freight-services/tariff.html)
Get specifics on FedEx Freight standard and special services charges and exceptions to government classification rules.

Optional and Additional Services Quicksheet (/content/dam/fedex/us-united-states/services/FXF_Quicksheet_2019.pdf)
View the extras from the experts.

Pack Your Freight Like a Pro (https://www.fedex.com/en-us/service-guide/packing-ltl-freight.html)
At FedEx, we know proper packaging of your freight is the best way to ensure that your goods arrive safely at their destination. See our guide to shipping and get expert tips for FedEx Freight shipments.

Rate Download (https://www.fedex.com/en-us/shipping/freight-services/rate-download.html)
Download the current FedEx Freight shipping rates and conveniently get rates even when you're not connected to the internet.

Holiday Schedule (https://www.fedex.com/en-us/service-guide/holiday-schedule.html)
See the list of holiday dates that are recognized as non-service days.

Electronic Data Interchange (EDI) (https://www.fedex.com/en-us/shipping/freight-services/edi.html)
Our highly efficient, computer-to-computer communications system is based on nationally recognized language standards, providing quick, easy access to accurate and timely information in a paper-free environment.

# Quick Links

FedEx Freight Shipping Services



(https://www.fedexfreight.fedex.com/servicemaps.jsp)

## FEDEX FREIGHT® TRANSIT MAPS (HTTPS://WWW.FEDEXFREIGHT.FEDEX.COM/SERVICEMAPS.JSP)

○ ○ ○ ○

**OUR COMPANY**

About FedEx (https://about.van.fedex.com/)

Our Portfolio (https://about.van.fedex.com/our-story/company-structure/)

Investor Relations (http://investors.fedex.com/investor-home/default.aspx)

Careers (https://careers.fedex.com/fedex/)

FedEx Blog (https://about.van.fedex.com/blog/)

Corporate Responsibility (https://about.van.fedex.com/social-responsibility/csr-policy-statements/)

Newsroom (https://about.van.fedex.com/newsroom/global-english/)

Contact Us (http://www.fedex.com/us/customersupport/email/index.html)

**MORE FROM FEDEX**

FedEx Compatible (https://www.fedex.com/en-us/compatible.html)

Developer Resource Center (https://www.fedex.com/en-us/developer.html)

FedEx Logistics (https://www.fedex.com/en-us/logistics.html)

**LANGUAGE**

United States (http://www.fedex.com/?location=home)

English

**FOLLOW FEDEX**

‹        ›

(http://www.fedex.com/us/email)(https://www.facebook.c

© FedEx 1995-2019

Feedback (http://www.fedex.com/us/customersupport/email/index.html) |

Site Map (http://www.fedex.com/us/sitemap.html) |
Terms of Use (https://www.fedex.com/en-us/terms-of-use.html) |
Privacy & Security (https://www.fedex.com/en-us/trust-center.html)