

# Size up your shipment – then call us.

## Truckload and LTL Spot Market Quotes

FedEx Freight and FedEx National LTL offer competitive pricing on large-volume shipments and LTL (less-than-truckload) spot market quotes. In certain lanes, traditional-volume shipments (4,000 lbs. or more and 10 linear feet) may be eligible for special quotes depending on lane capacity. If you want reliability, direct market coverage and competitive prices for your volume shipments, FedEx can help.

You may be eligible for special savings. Why?
- Lane capacity in our network changes daily.
- Managing your load size up to full truckload or spot quote may save you money and could match perfectly with our headhaul or backhaul lane destinations.
- In addition to LTL freight and spot quotes, we handle heavy hauls and excess dimension loads through our nationwide network of trusted carriers.

### It Doesn't Hurt to Check.

Here are two examples of special savings:
- Consider a shipment of 12,000 lbs., class 125, that takes up 10 feet of the trailer and is moving from Denver to Kansas City. Depending on lane capacity, a spot quote from FedEx Freight or FedEx National LTL could save this shipper 93 percent off his standard shipping costs. Remember, spot market quotes do not look at class.

- With a spot quote from FedEx Freight or FedEx National LTL, a 19,000 lb. shipment from Cleveland to Chicago, class 150, using 22 feet of trailer, could save this shipper up to 81 percent off her standard shipping costs. In addition, under standard LTL pricing, this customer would pay a premium for freight class.

Size up your shipment and look at your load patterns. Then go to **fedex.com**, select FedEx Freight or FedEx National LTL, and from the Ship menu in red, select Get Rates and then select the Truckload Rate tab. It's fast and can put your freight in the right lane at the right price. Or, call FedEx Freight and FedEx National LTL Truckload Services at 1.888.465.5646.

All services subject to terms and conditions of the FXF and FXNL 100 Series Rules Tariffs.



MK343/409-ALL
33047PL