Primary Logistics

This HTML5 Template comes with Several Combinations. Here are some of them.BUY ITEM ⇒

- LIGHT VERSION
- DARK VERSION
- BLUE VERSION

- 6545 Caballero Blvd. Buena Park, CA 90620
- contact@primarylogistics.net

- 714-523-7200

Flash

- Home
- About
- Services
- Tracking
- Log In
- Contact
-

**Primary Logistics**
**Visionary Leaders in Logistics with Service Beyond Expectation**

**About Us**



Supply Chain Optimization

Your business is constantly changing. You face difficult challenges on a daily basis. Ultimately, the most important issue is achieving the delicate balance between cost and service. Rules, regulations, capacity constraints, economic pressures, shortages, and surpluses are a confusing array of obstacles standing in your path to success. The talented team of transportation experts at Primary Logistics is ready to work with you in order to eliminate these issues and help to achieve your company's goals. We will work collaboratively with your organization in order to eliminate gaps in business processes and improve bottom line results with measureable success.



Hospitality Managment

With busy schedules and fast paced projects, it can be difficult to have updated information on each project that you are working on. We make the calls, manage the PO's, pick up the cargo, updated the system and provide full transparency for you and your staff to see. We have dedicated and professional staff to ensure t hat cargo arrives seamlessly to its destination 24 hours a day 7 days a week.



Less-Than-Truckload

Primary Logistics

Less-Than-Truckload

Are you confused by LTL classification and pricing structures? You are not alone. The LTL experts at Primary Logistics can help you see your options clearly so that you can make the best possible decision for your business. No LTL provider offers the right service for every part of the country. We will partner your shipment with the best possible option, for that particular lane, at the right price. Primary Logistics also offers your company the ability to view every shipment detail. Put our talent and our tools to the test! We look forward to helping you better service your customers!

## Services Beyond Expectation



### Supply Chain

Our skilled team of Supply Chain professionals will help streamline everything from sourcing to logistics. We will help you develop and achieve a sustainable competitive advantage in addition to providing the information systems needed to coordinate the process.



### Hospitality

Our PO Management System provides a single location for your PO'S, documents, follow up calls, shipping( Domestic and International) and all transactions, allowing your entire team full visibility on all your projects.



### Warehousing & Distribution

With millions upon millions of warehousing square feet available nationwide, there's no assignment too large or small for us to assist with.



### Ocean Freight

With our comprehensive Ocean freight services, we are your company's connection between the U.S., Europe, Asia, Australia and all points of the world



### Air Freight

Primary Freight Services is a fully certified and licensed Indirect Air Carrier (IAC), and this designation allows us to move your air freight quickly and cost-effectively



### Project Cargo
### Special Handling

Whether it be moving an entire power plant to sending personal yacht craft around the globe, you can be rest assured we can get the job done.

**Tracking**



close

- Trucking
- Ocean
- Air

Select ▼ | | Track

# Online Services

**Log In**

Purchase Order Managment
Sign In to PO Managment
Warehousing Trucking

**Systems**

- PO Managment
- Warehousing
- Trucking

Our PO Management System is available 24/7 to ensure The latest information is available when you need it. Each account receives individual attention and our programs can be customized for your specific requirements.

**Services Graph**

- **9%**Distribution

- **26%**Hospitality

- **18%**Warehousing

- **47%**Domestic Trucking

# VISIT OUR OFFICE ON
# 6545 Caballero Blvd. Buena Park, CA 90620
# See us on the map

**Get in Touch with us**

**Drop us a line**

Thank you, your message has been sent.

Name | E-Mail | Subject



Message | SEND

**Other Contacts**

- 6545 Caballero Blvd. Buena Park, CA 90620
- contact@primarylogistics.net

- 714-523-7200
- 714-523-7201

Primary Logistics



## TRANSPORTATION
### LESS-THAN & FULL TRAILER LOAD

Primary Logistics provides superior service to all points within
the domestic United Stated. Excellent transit times,
superior customer service, and state of the art technology
for both full truckloads as well as Less-than-truckload shipments.

Primary Logistics

-