

## Ground Expedite

Active On-Demand targets 100% coverage, on-time performance and visibility for clients' North American ground expedite shipments at

## Air Charter

Active On-Demand boasts the largest on-demand cargo charter network of asset-based carriers in North America, including our own aircraft

## International Airfreight

Active On-Demand's portal immediately connects clients with numerous International forwarders, providing spot market pricing for your global

## Hand Carry

Active On-Demand offers hand carry services worldwide through dedicated professionals who maintain constant contact with our clients' cargo. All

**Active On-Demand is the premier provider of expedite transportation for ground, air charter, airfreight and hand carry.**

Active On-Demand has leveraged over 25 years of managing on-demand air

CONTACT OUR TEAM

charter to create a culture with an extreme sense of urgency across all service offerings. Active On-Demand is committed to laser focused customer service and the flawless execution of each and every mission.

Active On-Demand's portal solution provides market-driven pricing for clients on every shipment through proprietary spot bid technology. Active On-Demand's Internet-based systems were built by an IT team with extensive expertise in expedited transportation management. Beyond technology and more importantly, our Customer Service Problem Solving Agents (CSPSA) possess significant experience managing critical, expedited freight movements. This combination of smart systems and experienced CSPSAs provides our clients with the comfort of knowing that their urgent freight is in the best hands in the industry.

CONTACT US



GROUND EXPEDITE
888-786-4321
PTM@ACTIVEAERO.COM



AIR CHARTER
800-872-5387
ACHOPERATIONS@ACTIVE
OM



INTL/HAND CARRY
877-247-9119
INTLOPS@ACTIVEAERO.CO



MEXICO OPERATIONS
52-449-910-6800 / 01-800-9
263
MXOPERACIONES@ACTIVE
MAND.COM

Active On-Demand Customer Service offices are located in Belleville, MI at Willow Run Airport (HQ) and Aguascalientes, Mexico. These key locations allow Active On-Demand to streamline all expedite transportation services for our clients.

Last year, Active On-Demand managed over 170,000,000 miles of expedited ground and air transportation.

# Locations

BELLEVILLE, MI

AGUASCALIENTES, AGU, MÉXICO

# Ground Expedite

Active On-Demand helps our clients find the right vehicle in the right place at the right time for the right price. Because our procurement system operates in full view of our clients, you'll know exactly what you're getting for every dollar you spend on expedited services with Active On-Demand. There's nothing we do that you can't see and approve. That way, Active On-Demand manages your expedite shipment without you giving up control.

Through Active On-Demand's proprietary spot-bid technology, the first carrier bid is generally received within 2 minutes with an average of over 6 bids per shipment total, quickly locating the most efficient solutions for you based on timing, price, and carrier quality. Shipment milestones are proactively managed by Active On-Demand's Customer Service Problem Solving Agents from RFQ through POD to ensure on-time delivery. The Active On-Demand portal provides complete shipment visibility by continually refreshing data for real-time status updates. Full shipment details are also available via

the portal, ActiveTrack™ links and the Active On-Demand mobile app.

# Air Charter

With more resources than any competitor, Active On-Demand offers the industry's fastest, most reliable, cost-effective on-demand cargo air charter service. Through the Active On-Demand portal, you can expect to have more asset-based carriers competing for your shipment, providing the benefit of lower pricing and greater flexibility. You also have visibility to see every bid, allowing you to make the best sourcing decision for your business. Active On-Demand's bid portal solution is back by a fleet of controlled assets, USA Jet Airlines, retained for contracted customers during peak periods of constrained capacity.

Active On-Demand's elite Customer Service team has managed charters across six continents. Whether you need to charter cargo from Detroit to Laredo or from London to Sydney, Active On-Demand's skilled Customer Service Problem Solving Agents are available 24 hours a day, seven days a week to manage this most critical mode of transportation for you.

# International Airfreight

Whether your needs are door-to-door, airport-to-door, or any combination thereof, you can confidently procure world class service and maintain cost effectiveness through the Active On-Demand portal. Active On-Demand partners with multiple Forwarders who competitively bid on unscheduled International Airfreight expedites providing fast, dependable solutions.

Our experienced Customer Service Problem Solving Agents ensure that once a Forwarder is selected your shipment stays on schedule by monitoring and managing key milestone updates within the portal. You can stay updated on the progress by viewing the shipment in the portal, receiving automated milestone email alerts and/or tracking through Active On-Demand's mobile app.

# Hand Carry

Moving freight quickly across or between continents can be a significant challenge. From initial packaging to customs clearance to final delivery, clients are faced with knowing complicated international regulations, individual baggage restrictions, ever changing airline schedules and much more.

Active On-Demand alleviates these hurdles by offering hand carry (on-board courier) services utilizing dedicated TSA certified professionals who maintain constant contact with the client's cargo. These couriers continuously communicate updates regarding their position and status into the Active On-Demand portal, providing clients with peace of mind knowing key milestones are being met. Active On-Demand's hand carry service is available 24 hours a day, seven days a week, seamlessly delivering on time, every time.

## Contact Us

**First Name**

**Last Name**

**Email Address**

**Phone Number**

**Message**

SUBMIT

ACTIVE ON-DEMAND HOME OFFICE

## Address

2068 E Street

Belleville, Michigan 48111

## Main

(734) 547-7200

# Learn More

VISIT RICH LOGISTICS WEBSITE

