# R+L GLOBAL LOGISTICS

*Transportation and Logistics Solutions!*

**R+L Global** provides a wide range of domestic and international services designed to meet the challenging global transportation and logistics needs.

By leveraging our global network of commercial airlines, charter services, ocean going vessels, and ground providers, we are able to deliver on-time shipments in all major trade lanes.



## GLOBAL LOGISTICS FEATURE BENEFITS

- *Air & Ocean*
- *Time Definite Services*
- *Dedicated EUV Services (Expedited Utility Van)*
- *Same Day and NFO - Business Critical (NFO: Next Flight Out)*
- *Government Services*

- *Warehousing*
- *Project/Inventory Management*
- *Custom House Brokerage*
- *White Glove Service*
- *Gateways: Atlanta, Chicago, Dallas, Los Angeles, and Miami*

  *and much more....*



*We are committed to providing the highest quality transportation and logistics solutions and services!*

## 866-314-7750

0906.07

*Your Global Transportation Provider*    **www.rlglobal.com**

# Consistently Exceeding Customers' Expectations

Our mission at R+L Carriers is to "consistently exceed our customers' expectations by providing excellence in logistics solutions and transportation services." The fulfillment of this mission requires solutions and services that are reliable, flexible, and predictable regardless of the situation. It also requires a leadership and organizational structure that is value-driven, change-oriented, and customer-focused.

***Our extensive international shipping experience, allows us to quickly satisfy charter requirements by identifying the right carrier with the right schedule at the right price.***

**Air** – We understand that air freight is a premium and costly service, so our program focuses on quick transit and constant communication combined with the ability to seize cost saving opportunities.

**Ocean** – We are a licensed Ocean Transport Intermediary (OTI). Our NVOCC is uniquely positioned to handle all aspects of ocean shipping. Through our Ocean department we provide complete, professional service with a "can-do" attitude.

**Import** – We are focused on the most efficient methods of moving shipments into the United States as quickly as possible, while minimizing log jams in the supply chain.

**Export** – We are able to provide full-service export capabilities and handle all details of your export shipments. These capabilities include, but are not limited to, letter of credit preparation, legalization, certificates of origin, and banking documentation preparation.

**Charters** – We are an experienced provider of international charters providing a viable alternative to scheduled airline lifts. Our charter program provides customized solutions when commercial air capacity alone will not adequately service our customer's special requirements.

## CERTIFICATIONS

- Affiliated with partner who holds membership with the International Freight and Logistics Network (IFLN)
- Ocean Transportation Intermediary (Licensed by the Federal Maritime Commission, Washington, DC)
- Member of the Customs Trade Partnership Against Terrorism (C-TPAT)
- Member of Cargo Network Services Corporation (An IATA Company)
- Member of Airfreight Forwarders Association
- SmartWay Partnership with EPA



**R+L GLOBAL LOGISTICS**
975 Cobb Place Boulevard, Suite 101 | Kennesaw, GA 30144

# 866-314-7750