

# RELIABLE ANSWERS THAT MAKE LIFE EASIER.

When you need to know all your options and time is short, count on Schneider Transportation Management.

We draw upon a prequalified pool of more than 20,000 carriers held to the strictest qualification standards in the industry. We get the best possible rates thanks to the buying power of more than $200 million of transportation services annually. By treating our carriers well and knowing what they need — since we're a carrier ourselves — we build strong relationships, so your moves are efficient and reliable.

We assign a single point of contact for your business to give you the accountability you deserve. Plus our multimodal options ensure your load gets moved the way you want. At Schneider Transportation Management, we're committed to helping you achieve results with every load – no matter which carrier's name is on the truck.



## FULL TRUCKLOAD

## No one does it better.

We keep your full truckload freight en route and on time anywhere in North America. Our freight brokerage experts carefully prescreen thousands of carriers for safety and reliability, so you can count on 24/7 visibility and a hardwired commitment to come through.

Our expertise means we'll identify the ideal carrier for your particular load and our buying power delivers the best pricing. We'll keep our eyes on your freight to ensure we stick to your schedule. We'll get your freight where it needs to be in **Contact Us** North America — anywhere and anytime.

Call 800-255-2972 or click below to get a rate.



## TRACK SHIPMENTS

search load number

# LESS-THAN-TRUCKLOAD (LTL)

## We make it easy.

**SCHNEIDER**®

Buying LTL service on your own can be a complex headache. OrangeHub™ powered by Schneider connects you to any and every type of LTL service you might need: Standard LTL, expedited LTL, expedited, guaranteed service LTL, over-dimensional LTL, exhibit services and trade shows and high value and high security.

The OrangeHub™ powered by Schneider, our easy DIY online tool, lets you arrange for LTL service in a heartbeat. With an intuitive menu that puts you in control from any device — PC, tablet or phone — you can get quotes, choose the best terms for your business from cost-effective, pre-negotiated rates and track and trace shipments with real-time delivery estimates.

==Our vast network of prequalified carriers and our purchasing power ensure you get the right carrier at the right price. We make LTL easy. It's just that simple.==



**Contact Us**

## INTERMODAL

## Unmatched capacity, reach and convenience.

When you book intermodal through Schneider, you gain direct access to the largest intermodal carriers, plus access to all North American Class 1 railroads and the four largest intermodal marketing companies on the continent.

Booking through Schneider saves cost, time and hassle. Our purchasing power and close relationships with our providers means you get a better price and preferential treatment. We also handle the entire intermodal move — door to door — which saves you time and worry over managing the move.

With Schneider, one call truly handles it all.



## TEMPERATURE CONTROL

## Hot or cold, you're set.

Our extensive carrier base gives you unmatched access to temperature-controlled equipment anywhere in North America:

- 53' reefers
- 53' space saver trailers
- 48' reefers
- Freeze protected trailers
- Temperature controlled intermodal

## Contact Us

One call connects you to our experts in purchasing reefer and temperature-controlled capacity. Our strong relationships and purchasing power earn your freight preferential treatment, nimble response time and better pricing options.

Call 800-255-2972 or click below to get a rate.



## FLATBED

## Heavy, big or tall, we handle it all.

We have rock-solid working relationships with thousands of prescreened flatbed carriers with the expertise and ideal equipment to handle your freight. They arrive prepared to help your team efficiently load your freight and take if off the trailer once it arrives safely at its destination. Just one call is all it takes to get set with:

- Basic flats
- Step decks
- Double drops
- Maxis
- Expandable trailers
- Goosenecks and other specialized equipment

Call 800-255-2972 or click below to get a rate.



Contact Us

# WHILE YOUR MIND'S ON FREIGHT, CONSIDER THIS.

As a premier transportation and logistics provider, Schneider offers tailored Dry Van Truckload solutions, truck-like Intermodal, Bulk and Dedicated solutions with 19 equipment configurations that keep your freight safe, secure and on time.