Make the **LANDSTAR ADVANTAGE** YOUR ADVANTAGE — Learn More

Truckload/LTL/Expedited
Heavy Haul/Specialized
Air/Ocean/Rail Intermodal
Transportation Management Solutions

(https://oasc05050.247realmedia.com/RealMedia/ads/click_lx.ads/peerless.ehpub.com/247/intermodal/L33/189142116/Top/Ehpub/SC247_Landstar_To

Transportation News

# Taking Advantage of 2018 Truckload, Less-than-Truckload, and Intermodal Strategies

Learn more about what's influencing your truckload, less-than-truckload, and Intermodal surface transportation strategies in 2018 and how to overcome the challenges.

February 27, 2018 · By Steve Raetz

### Less-than-Truckload Resources

📄 SMC³'s Cost Intelligence System: 3 Case Studies


In these 3 case studies, Old Dominion Freight Line, Averitt, and Groendyke Transport, we take a deep dive into the activity-based solution and how SMC³ improves the LTL motor carrier's costing capabilities and enhances profitability.
(/paper/cost_intelligence_system_3_case_studies)
⊕ Download

📄 2018 Sustainability Report (/paper/2018_sustainability_report)

📄 Bid$ense: Streamlined Transportation Sourcing (/paper/bidense_streamlined_transportation_sourcing)

📄 The Move to Less-than-Truckload Digital Shipping (/paper/the_move_to_less_than_truckload_digital_shipping)

📄 Strategic LTL Bidding for Minimum Cost & Maximum Efficiency (/paper/strategic_ltl_bidding_for_minimum_cost_maximum_efficiency)

All Resources (/topic/category/resources)

### Companies

(https://www.supplychain247.com/company/csx)
CSX Corporation, together with its subsidiaries based in Jacksonville, Fla., is one of the nation's leading transportation suppliers. The company's rail and intermodal businesses provide rail-based

Case 1:19-cv-00001-GTS-ATB　Document 84-13　Filed 08/30/19　Page 2 of 9

transportation services including traditional rail service and the transport of intermodal containers…

(https://www.supplychain247.com/company/pitt_ohio)
We are driven by our customers, people and our commitment to quality in every part of our business. We excel at listening to your challenges and turning these opportunities into customized solutions. Together we will engage in a strategic conversation to pinpoint an opportune moment to make a real…

(https://www.supplychain247.com/company/smc3)
SMC³ (http://www.smc3.com/) is the one-stop knowledge hub for less than truckload technology, data and education. The API-powered SMC³ Platform delivers unrivaled LTL analytical capabilities and shipment visibility data. Best known for its trusted (http://www.smc3.com/czarlite.htm)

(http://www.smc3.com/czarlite.htm)
(http://www.smc3.com/czarlite.htm)Company Quicklook (/quicklook/CSX/PITT_OHIO/SMC3)



(https://oasc05050.247realmedia.com/RealMedia/ads/click_lx.ads/peerless.ehpub.

## Less-than-Truckload News

❋ Writing Our Sustainability Story (/article/writing_our_sustainability_story)

❋ Improving Communications between Carrier and Shipper (/article/improving_communications_between_carrier_and_shipper)

❋ Leonard's Express Uses Cost Intelligence to Uncover Truckload… (/article/leonards_express_uses_cost_intelligence)

All Less-than-Truckload News (/topic/tag/Less-than-Truckload)

✈ (mailto:?subject=Taking Advantage of 2018 Truckload, Less-than-Truckload, and Intermodal Strategies&body=Taking Advanta

Supply chains are not limited by a specific mode or service.

Freight migrates from one service to the next in the broad freight economy, seeking where it is served best.

Accordingly, we now need to watch trends in a multitude of services to best understand what is affecting each service and be open to change if necessary.

In this article, we'll look at three surface transportation services, less-than-truckload (https://www.chrobinson.com/en-US/Logistics/Over-The-Road/LTL/) (LTL), intermodal service (https://www.chrobinson.com/en-US/Logistics/Intermodal-Rail/), and full truckload (https://www.chrobinson.com/en-us/logistics/over-the-road/truckload/) to see what's really happening in the market today.

Using this information could help you adapt quickly to changing market conditions.

### A CLOSE LOOK AT LTL CONDITIONS

Operating in the LTL space (/topic/tag/SMC3) today likely comes with significant challenges.

#### *Increased demand for LTL*

The ATA probably shows it best in this graph, but essentially, demand for LTL is higher than we've seen it in nearly 10 years.

This shift is especially significant change when paired with supply changes.

Taking Advantage of Truckload, Less-than-Truckload, and Intermodal Strategies - Supply Chain 247

Both manufacturing and ecommerce are extremely strong right now and both have close ties to LTL.

## Less-than-Truckload Supply/Demand



**Source:** *American Trucking Association, Stifel estimates; data through November 2017*

Online orders are driving smaller shipments to the LTL space. And not just in the final mile area either, but smaller orders are becoming more common for the middle mile - from one distribution center to another.

### Limits to LTL capacity

Off the bat, LTL capacity is tight because carriers have not added a significant amount of equipment to their fleets in recent years. But even if there was an influx of tractors, there aren't enough drivers available.

Historically, the driver shortages that affected the truckload market remained mostly out of the LTL space, but even that is changing. Growth in other sectors that have a shared labor force with truck drivers (e.g., construction, manufacturing, and oil fields) mean more LTL drivers are leaving for options that are more lucrative.

### Carriers are optimizing networks

As LTL carriers look to be more productive, we're seeing carriers placing a large emphasis on optimizing their networks. With the data, analytics, and tools like dimensionalizers available to them, LTL carriers are paying more attention to accepting the right freight in the right lanes at the right time. More isn't absolutely better anymore.

## INTERMODAL SERVICE IS SET TO GROW

The intermodal industry (/topic/tag/CSX) is forecasted to grow 6-9% over 2018 and 2019. Operating in this space is mostly positive, but not without challenges:

### Potentially positive outlook for intermodal drivers

Typically, dray routes have been a positive landing spot for drivers - home every night, solid experience, etc. But driver pay for dray shipments is lower than other types of deliveries. Accordingly, like LTL and truckload, carriers are losing drivers to shared labor pools where they can make more money.

### Inventory management is key

When it comes to consistent deliveries of products or speed of delivery, we're seeing more shippers look for the consistent and reliable deliveries. Intermodal is a great opportunity for this, but the added time in transit tends to require tighter control over inventory to offset shipping times.

### New dray service times due to ELDs

Case 1:19-cv-00001-GTS-ATB   Document 84-13   Filed 08/30/19   Page 4 of 9

It has always remained true of intermodal service that the closer you are to ramps (at both pickup and destination), the better the price will be. That's still true today. But the electronic logging device (/topic/tag/Electronic_Logging_Device) (ELD) mandate is causing some freight to take longer to move than before.

**Read:** Electronic Logging Device Mandate Adds to Truck Driver Shortage Woes (/article/eld_mandate_adds_to_truck_driver_shortage_woes/kuebix)

## WHAT TO EXPECT WITH TRUCKLOAD SERVICE

Perhaps most influenced by the ELD mandate, the full truckload space is certainly in flux:

### *HOS haven't changed, but flexibility has*

It's true that hours of service (HOS) haven't changed. However, ELDs have eliminated any flexibility drivers may previously have taken with paper logs. For the first time, lane waste and efficiency are being documented on a massive scale. We're learning that congestion is just one area that's more impactful on drive time than we imagined.

### *Plan differently for 400-700 mile routes*

As flexibility diminishes, you need to plan differently for "tweener" shipments - loads between 400 and 700 miles. While drivers are on the clock for 10 hours, we're learning that congestion and wait times mean that only 7-8 hours are actually spent driving. This may mean that a shipment that was previously one-day transit time becomes two, and rates may need to shift accordingly so carriers can earn the revenue per day needed to be at healthy financial levels. Flexibility in scheduling - at both the origin and destination - may be one way to combat this.

### *Equipment utilization is near 100%*

Because of ELDs, carriers are rebalancing their portfolios with the goal of increasing fleet yield. The only way they can stay profitable is by increasing productivity (revenue generating miles and hours) while remaining appealing to drivers. And since FTR estimates that equipment utilization is near 100%, we can expect rates to fluctuate until we establish a new normal.

## HOW TO HANDLE THESE CHANGES

The trends we're seeing in each mode are having a similar effect across all services - namely higher rates and tighter capacity. That's why it's more important than ever to align your goals with your transportation provider's goals. Being a favored shipper (http://blog.chrobinson.com/carriers/chapter-3-decrease-truckload-costs-by-cutting-dwell-times/) will continue to pay off.

**Source:** C.H. Robinson Blog (http://blog.chrobinson.com/transportation-market/making-the-most-of-truckload-ltl-and-intermodal-strategies-in-2018/)

**Related:** Transportation and Logistics CEOs Discuss Various Industry Issues at SMC³ Jump Start 2018 (/article/transportation_and_logistics_ceos_discuss_industry_issues/smc3)

---

### Related Resources



**Why eShipping Selected the SMC³ Platform for Transactional LTL API Connectivity** *New!* **(/paper/why_eshipping_selected_smc_platform/smc3)**
In this case study, Chad Earwood, CEO of eShipping, describes how they integrated the SMC³ platform for transactional LTL API connectivity, and by using the analytical APIs RateWare XL and CarrierConnect XL they are able to obtain immediate LTL rates

(/paper/why_eshipping_selected_smc_platform/smc3)
and audit LTL pricing. Download Now! (/paper/why_eshipping_selected_smc_platform/smc3)



**Improving Packaging: The Cost of Shipping Air is Going Up**

(/paper/improving_packaging_the_cost_of_shipping_air_is_going_up/pitt_ohio)
**(/paper/improving_packaging_the_cost_of_shipping_air_is_going_up/pitt_ohio)**

Case 1:19-cv-00001-GTS-ATB    Document 84-13    Filed 08/30/19    Page 5 of 9

Retailers and Manufacturers that insist on using inefficient and sloppy packaging methods - oversized boxes, inefficient packaging, poorly constructed palletized contents - are paying for their mistakes in sharply higher freight rates. Download Now! (/paper/improving_packaging_the_cost_of_shipping_air_is_going_up/pitt_ohio)



**Practical Steps for Highway to Intermodal Rail**

(/paper/practical_steps_for_highway_to_intermodal_rail/csx)
**(/paper/practical_steps_for_highway_to_intermodal_rail/csx)**
Learn how to increase access to capacity, reduce transportation costs and mitigate exposure to future trucking regulations. Download Now! (/paper/practical_steps_for_highway_to_intermodal_rail/csx)

**More:** Less-than-Truckload Papers (/search/results/search&category=papers&keywords=Less-than-Truckload/)

SMC³ Announces Connections 2018 Speaker Lineup (/article/smc3_announces_connections_2018_speaker_lineup/smc3)



(/article/smc3_announces_connections_2018_speaker_lineup/smc3)



## Article Topics

🏷 Best Practices (https://www.supplychain247.com/topic/category/best_practices)  🏷 Transportation (https://www.supplychain247.com/topic/category/transportation)  🏷 Transportation Management (https://www.supplychain247.com/topic/category/tms)  🏷 Electronic Logging Device (https://www.supplychain247.com/topic/tag/Electronic_Logging_Device)  🏷 Intermodal (https://www.supplychain247.com/topic/tag/Intermodal)  🏷 Less-than-Truckload (https://www.supplychain247.com/topic/tag/Less-than-Truckload)  🏷 LTL (https://www.supplychain247.com/topic/tag/LTL)  🏷 Truckload (https://www.supplychain247.com/topic/tag/Truckload)  ➲ All topics (https://www.supplychain247.com/topic/all)

## Comments

💬 Be the first to post a comment.
You must be logged in to post a comment. Login (/site/login/article/taking_advantage_of_truckload_less_than_truckload_and_intermodal_strategies/intermodal#postcomment).

Case 1:19-cv-00001-GTS-ATB   Document 84-13   Filed 08/30/19   Page 6 of 9

Latest Transportation News

## How to Tackle Last-Mile Delivery Challenges Using Technology

August 27, 2019 · 🖼 ✴

(/article/how_to_tackle_last_mile_delivery_challenges_using_technology)
When the latest technology tells you how to logistically deliver to a location faster while minimizing fuel costs, it isn't taking over your drivers job; it's simply improving it.

## Freight Shipping Solutions For Your Ecommerce Business

August 26, 2019 · 🖼 ✴

(/article/freight_shipping_solutions_for_your_ecommerce_business)
This article provides your business with an introduction to freight transportation and how EasyPost empowers your brand with enhanced visibility, accurate transit times and individualized solutions.

## Selecting the Best Shipping Carrier for Every Order Every Time

August 24, 2019 · 🖼 ✴

(/article/selecting_the_best_shipping_carrier_for_every_order)
This article helps eCommerce business owners understand the importance of selecting the best carrier to deliver products in a way that celebrates cost savings for businesses.

## End Delivery Nightmares by Addressing Verification & Shipment Tracking APIs

August 23, 2019 · 🖼 ✴

(/article/end_delivery_nightmares_by_addressing_verification_shipment_tracking_apis)
Simple solution APIs that address verification and shipment tracking use the latest technology to tackle the everyday pain points of supply chains across the globe.

❯ More Transportation (/topic/category/transportation)

Case 1:19-cv-00001-GTS-ATB Document 84-13 Filed 08/30/19 Page 7 of 9



(https://oasc05050.247realmedia.com/RealMedia/ads/click_lx.ads/peerless.ehpub.com/247/intermodal/L33/2033301632/Middle1/Ehpub/SC247_Landst

24│7 Pro Team Picks



FedEx's Breakup with Amazon Draws Battle Lines in the Fight for Next-Day Shipping Services
(/article/fedexs_breakup_with_amazon_draws_battle_lines)



Peak Logistics Season vs. Peak Baseball Season
(/article/peak_logistics_season_vs_peak_baseball_season)



Logistics Executives Grapple With Worsening Driver Shortage Situation
(/article/logistics_executives_grapple_with_worsening_driver_shortage)



Can Robots Help Build A Better Supply Chain Future?
(/article/can_robots_help_build_a_better_supply_chain_future)

24│7 Company Profiles

- Report Highlights Importance of Logistics for Consumer Packaged Goods Shippers
  (/article/report_highlights_importance_of_logistics_for_cpg_shippers/nulc

(/company/nulogy)
Nulogy's cloud-based Agile Customization Platform allows consumer brands to respond with ease and speed to a volatile retail and consumer environment while…

- How to Strengthen Your Position With Consumer Packaged Goods (/paper/how_to_strengthen_your_position_with_cpgs/nulogy)
- Building Strategic Partnerships Across North America (/paper/building_strategic_partnerships_across_north_america/nulogy)
- More Nulogy (/company/nulogy)



How to Strengthen Your Position With Consumer Packaged Goods (/paper/how_to_strengthen_your_position_with_cpgs/nulogy)

Consumer Packaged Goods suppliers that are growing alongside their customers are the ones setting themselves up for success.

# 24|7 Resources

## Research & Downloads



### What Do You Need From a 3PL?
(/paper/what_do_you_need_from_a_3pl)
This paper helps you find the common markers of a good 3PL and details how your 3PL should…

Final Mile Considerations Shippers Must Make to Develop a Sound… (/paper/final_mile_considerations_shippers_must_make)

2019-2050 Bay Area Seaport Forecast (/paper/2019_2050_bay_area_seaport_forecast)

Accelerate Your Distribution Center's Digital Transformation (/paper/accelerate_your_dc_digital_transformation)

All Resources (/topic/category/resources)

## Special Coverage



### Special:
### Autonomous Vehicles
(/special/autonomous_vehicles)
Autonomous vehicles have great potential for improving existing, high-demand transportation services, moving everything from passengers to packages. While most attention is focused on cars and…

Connectivity (/special/connectivity)

Industry Trends (/special/trends)

NAFTA (/special/nafta)

MODEX (/special/modex)

All Specials (/topic/specials)

## Company Profiles

### Company Profile:
### Accenture
(/company/accenture)
Accenture is a global management consulting, technology services and outsourcing…

Rockfarm Supply Chain Solutions (/company/rockfarm_supply_chain_solutions)

One Network Enterprises (/company/one_network_enterprises)

Bain and Company (/company/bain_and_company)

LEGACY Supply Chain Services (/company/legacy_supply_chain_services)

TAKE Supply Chain (/company/take_supply_chain)

3PL Central (/company/3pl_central)

All Companies (/companies/all)

## Photos & Media



### SATO Launches Next-gen IoT Mobile Printer
(/article/sato_launches_next_gen_iot_mobile_printer)
New rugged mobile combines high speed and expandability optimized for retail, logistics and more.

How to Seamlessly Execute Your Company's Digital Transformation… (/article/how_to_seamlessly_execute_your_digital_transformation_initiatives)

Self-Driving Technology for Commercial Trucking (/article/self_driving_technology_for_commercial_trucking)

OpenText & BlockEx Partner to Develop Blockchain Based Supply… (/article/opentext_blockex_partner_to_develop_blockchain_supply_chain)

All Media (/topic/category/media)

## Transportation

- Air (/topic/category/air)
- Intermodal (/topic/category/intermodal)
- Motor (/topic/category/motor)
- Ocean (/topic/category/ocean)
- Rail (/topic/category/rail)
- 3PL (/topic/category/3pl)
- TMS (/topic/category/tms)

## Warehouse/DC

- Auto ID / Data (/topic/category/data_capture)
- AGVs (/topic/category/agv)
- Automation (/topic/category/automation)
- Conveyor & Sortation (/topic/category/conveyors)
- Lift Trucks (/topic/category/lift_trucks)
- Loading Dock (/topic/category/loading_dock)
- Packaging & Labeling (/topic/category/packaging)
- Pallets & Containers (/topic/category/pallets)
- Shelving & Racking (/topic/category/shelving)
- WMS (/topic/category/wms)

## Supply Chain

- ERP (/topic/category/erp)
- Global Trade (/topic/category/global_trade)
- Inventory Management (/topic/category/inventory)
- Optimization (/topic/category/supply_chain_optimization)
- Risk Management (/topic/category/risk_management)
- Sales & Operations (/topic/category/sales_operations_planning)
- Sourcing & Procurement (/topic/category/procurement)
- Sustainability (/topic/category/sustainability)

## Technology

- Big Data (/topic/category/big_data)
- Cloud (/topic/category/cloud)
- IoT (/topic/category/iot)
- Mobile & Wireless (/topic/category/wireless)
- Robotics (/topic/category/robotics)
- Security (/topic/category/security)
- Software (/topic/category/software)
- Voice (/topic/category/voice)

## Business

- E-commerce (/topic/category/e_commerce)
- Executive Education (/topic/category/education)
- Government (/topic/category/govt)
- Leadership (/topic/category/leadership)
- Manufacturing (/topic/category/manufacturing)
- Mergers & Acquisitions (/topic/category/mergers)
- Retail (/topic/category/retail)
- Research (/topic/category/research)

## Resources

- News (/topic/category/news)
- Photos (/topic/category/photos)
- Products (/topic/category/products)
- White Papers (/topic/category/papers)
- Webcasts (/topic/category/webcasts)
- Companies (/companies/all)
- Specials (/topic/specials/)
- Research (/topic/category/research)
- All Topics (/topic/all)

## Popular

- 📊 10 Supply Chain Trends (/article/10_supply_chain_trends_for_the_next_10_years)
- 🚚 Tesla Enters Freight Hauling Business (/article/watch_elon_musk_unveil_teslas_semi_truck)
- 📊 Top 10 Strategic Technology Trends for 2018 (/article/top_10_strategic_technology_trends_for_2018)
- 📅 Warehouse Automation Virtual Summit (/summit)
- Education Center (https://www.supplychain247.com/education_center)

About Us (/site/about_us) · Contact Us (/site/contact_us) · Advertise (/site/advertise) · Privacy Policy (/site/privacy_policy) · Newsletters (/site/newsletters) · RSS (/site/rss)

© SupplyChain247.com is owned and produced by Peerless Media, LLC. All rights reserved.