thinkSTG





HELPING YOU REALIZE YOUR BUSINESS GOALS

# PROVIDING FIRST CLASS FREIGHT SERVICES

# OUR SERVICES

## Tradeshows/Conventions

We handle everything – from scheduling the carrier pickup, to proactive freight tracking, to show site delivery and back – so that you do not have to! We are familiar with the pre-show pressure and work to eliminate it by ensuring:

- The right carriers are booked at the right time
- The freight arrives properly and in good condition
- The order is complete, on the show floor and ready to install
- All your needs are met before, during and after the show through continual communication

And on the way out, we walk you through the Material Handling Agreement (MHA) and any decorator-provided post show paperwork to ensure your goods are delivered on time and on budget to the correct next destination.

## Business to Business

Inbound for consumption, manufacturing components, finished goods or for outbound sales to customers, distribution centers or supply-chain partners —thinkSTG has the resources to meet your needs. Whether your business requires LTL, FTL, dedicated, intermodal, local cartage, specialized, air, ocean or white glove service, thinkSTG is responsive and committed to quickly providing you the right transportation solution at the right price.

In addition to providing the right freight solutions, thinkSTG can utilize its extensive logistics resources and strategic partnerships to add value to your supply chain by handling the following for your business:

## Freight Services

- All-inclusive, price guaranteed rate quotes prepared quickly – No hidden fees

- Bill of lading preparation/shipping labels provided – We understand the nuances of shipping documentation so that you don't have to

- Dispatch your pickup – Ensures carriers are booked and scheduled for the correct dates and times

- Post show paperwork assistance – Prevents expensive forced freight charges and shipping errors

- 24/7 availability for any questions – Personal contact dedicated to your business. No calling an 800 #

## ABOUT OUR COMPANY



## CONTACT INFO

**Address:**
**thinkSTG**
**5075 Arville Street**
**Las Vegas, NV  89118**
**Phone Number: 844-484-**

Our passion is providing our clients exceptional value and a personalized customer service experience.

Whether handling critical trade show, convention, or business-to-business deliveries; short-term or long-term warehousing, thinkSTG can be trusted to listen to your needs and give you solid advice to help ensure your success. Our specialists use their knowledge of the industry and extensive contacts to provide the most cost effective way to take care of your logistics needs.

Whether you represent a Fortune 500 company or are a budding entrepreneur, we are committed to establishing a "trusted advisor" relationship and lasting partnership.

Our reputation is built on excellence in client service – Period.

©2017 thinkSTG - All Rights Reserved