Login



# Trucker Path just lined up $30 million in debt to lend to the truckers on its platform

**Connie Loizos**  @cookie  /  5:37 pm EDT • June 14, 2017    💬 Comment

Startups

Apps

Gadgets

Videos

Audio

Extra Crunch

Newsletters

Events

Advertise

—

Crunchbase

More

**Search** 🔍

**Facebook privacy**
**Transportation**
**Enterprise**
**Def Con 2019**



f  🐦  in  ✉  ↥

**Login**

AdChoices


carriers, has just lined up $30 million in debt funding so it can start loaning some of those truckers money right after they deliver their freight.

It's seemingly a win-win. It means truckers needn't wait 30 to 60 days to get paid by the vendors who hire them. In the meantime, the loans are a new revenue opportunity for **Trucker Path,** ⁱ which is charging its customers slightly more in interest than it's paying its debt provider: Flexible Funding, a lower-flying, 25-year-old lending institution in San Francisco.

It's the latest twist in the war to win over the hearts of the 1.6 million long-haul truckers in the U.S., a somewhat stunning 550,000 of whom are already using Trucker Path's app, according to cofounder and CEO IvanTsybaev.

Why do they use it? Well, partly to communicate to their peers where parking is, and isn't, available. In fact, it's one of the stickiest features of the app, which began as a navigational tool but now features everything from

Startups

Apps

Gadgets

Videos

Audio

Extra Crunch

Newsletters

Events

Advertise

—

Crunchbase

More

**Search** 🔍

**Facebook privacy**
**Transportation**
**Enterprise**
**Def Con 2019**

Login

AdChoices

While people outside the industry might not grasp what a pain in the butt it is to park a truck, a survey by the Department of Transportation has shown that 75 percent of drivers say they regularly have trouble finding a safe place to park when they need to rest. Meanwhile, using Trucker Path, drivers save 11 hours, or $600, each month, insists Tsybaev. And you can imagine the savings for enterprise customers like Pepsi and FedEx that send out thousands of trucks every day.

Trucker Path is not the only shiny new option in the industry, of course. You've probably read about the growing spate of startups looking to elbow aside traditional trucking companies, including Turvo, which we wrote about here, and Uber Freight — a freight broker that's eventually expected, like Trucker Path, to offer a single platform where brokers, shippers, and carriers can work together in real time.

Tsybaev says his company already has the kind of network

Startups
Apps
Gadgets
Videos
Audio
Extra Crunch
Newsletters
Events
Advertise
—

Crunchbase
More

**Search**

**Facebook privacy**
**Transportation**
**Enterprise**
**Def Con 2019**



**Login**

AdChoices ▷

raised $21.5 million from Renren and Wicklow Capital of Chicago, among others — says it's right now talking with investors about a Series B round. (It says it's already fielding sheets, actually.)

The new funding should help on a number of fronts. One new feature the company has been working on is an insurance marketplace for its trucking customers; they'll gain access to numerous providers that would otherwise have trouble connecting with these individuals but can reach them more easily with Trucker Path's help.

Trucker Path also says it wants to beef up its enterprise sales force, and to create a fully automated marketplace so truckers won't have to worry about negotiating with shippers or freight brokers. Indeed, ultimately, says Tsybaev, a trucker will be able to tell Trucker Path's app how long he or she will be on the road, and it will immediately provide that person with the "right freight at the right price."

Then, thanks to its new debt facility, it can offer that

Startups

Apps

Gadgets

Videos

Audio

Extra Crunch

Newsletters

Events

Advertise

—

Crunchbase

More

**Search** 🔍

**Facebook privacy**
**Transportation**
**Enterprise**
**Def Con 2019**

**Login**

AdChoices

provides capital for most of every invoice, but Trucker Path also covers a small percentage.

"To scale into a multi-billion dollar business," adds Tsybaev, and naturally it means to, "we need more capital."

Startups

Apps

Gadgets

Videos

Audio

Extra Crunch

Newsletters

Events

Advertise

—

Crunchbase

More

**Search**

**Add a Comment**

# Sign up for Newsletters

☐ The Daily Crunch

☐ Week in Review

☐ Startups Weekly

☐ The Station

☐ Extra Crunch Roundup

☐ Event Updates

☐ Sponsorship Insider

☐ Crunchbase Daily

**Facebook privacy**
**Transportation**
**Enterprise**
**Def Con 2019**

Login

 AdChoices

http://tcrn.ch/2sBpZ77        Copy

## Tags

**Apps**          **Automotive**

**Finance**       **debt**

**Flexible Funding**   **silicon valley bank**

**trucker path**

Startups

Apps

Gadgets

Videos

Audio

Extra Crunch

Newsletters

Events

Advertise

## Trucker Path just lined up $30 million in debt to lend to the truckers on its platform

Connie Loizos

5:37 pm EDT • June 14, 2017

**Disrupt SF 2019**

**Just 5 days left before prices increase**

Crunchbase

**San Francisco**

Oct 2 - 4

More

Search 🔍

Save $1300 Today

Facebook privacy

Transportation

Enterprise

Def Con 2019

### Ⓔ Extra Crunch

## Why now is the time to get ready for quantum computing

Frederic Lardinois

12:02 pm EDT • August 26, 2019



YAHOO!

Top SUVs for 2018!

Search now

AdChoices ▷

**Login**

AdChoices ▷

10:32 am EDT • August 26, 2019

## Bedding startup Boll & Branch raises $100M



**Anthony Ha**
9:11 am EDT • August 26, 2019

## Watch the first look at 'Star Wars: The Rise of Skywalker' from Disney's big fan event



**Darrell Etherington**
8:59 am EDT • August 26, 2019

## VMware is bringing VMs and containers together, taking advantage of Heptio acquisition



**Ron Miller**
8:26 am EDT • August 26, 2019

Startups

Apps

Gadgets

Videos

Audio

Extra Crunch

Newsletters

Events

Advertise

—

Crunchbase

More

Search ⌕

**Facebook privacy**
**Transportation**
**Enterprise**
**Def Con 2019**

Terms of

TechCrunch    Privacy Policy    About Our Ads    Code of Conduct    Service

METROPOLITAN COLLEGE OF NEW YORK
## ON THE SPOT DECISION DAYS
**August 26-September 7**     GET CLOSER TO YOUR FUTURE CAREER — APPLY TODAY! ▶



ACCELERATE YOUR FUTURE.

AdChoices ▷

Login

Startups

Apps

Gadgets

Videos

Audio

Extra Crunch

Newsletters

Events

Advertise

—

Crunchbase

More

**Search** 🔍

**Facebook privacy**
**Transportation**
**Enterprise**
**Def Con 2019**

Case 1:19-cv-00001-GTS-ATB     Document 84-15     Filed 08/30/19     Page 9 of 12

Case 1:19-cv-00001-GTS-ATB     Document 84-15     Filed 08/30/19     Page 10 of 12

Case 1:19-cv-00001-GTS-ATB    Document 84-15    Filed 08/30/19    Page 11 of 12

Case 1:19-cv-00001-GTS-ATB    Document 84-15    Filed 08/30/19    Page 12 of 12