www.carrefour.com

ALL THE FILES (/ACT-FOR-    OUR STORES (/ACT-FOR-YOU/OUR-    OUR PRODUCTS (/ACT-FOR-    OUR EMPLOYEES (/ACT-FOR-    OUR PERFORMANCES (/ACT-FOR-



More responsible sourcing(/act-for-you/more-responsible-sourcing)    Tackling wastage: Everybody is involved!    (/act-for-you/tackling-wastage-everybody-involved)

# THE RIGHT PRODUCT, AT THE RIGHT PRICE, IN THE RIGHT PLACE

In our various stores, you'll find a wide selection of quality products at attractive prices. These basics are the solid foundation for Carrefour's business model and the guiding principle of our commitment to offer a well-balanced mix that suits your needs.

Offering solutions for every customer's budget, taste and needs throughout the store while ensuring top quality are daily demands which require the skills of Carrefour's teams. Our commitment is simple: enable customers to find the products they are looking for in the Group's various stores.

## PRODUCTS FOR ALL TASTES

Fresh produce, non-food products, consumer goods, national brands and Carrefour brands... It's about offering a balanced selection to suit our customers' needs at every store and in every local situation. Urban or rural, large families or singles, young people or seniors - Carrefour serves customers of all kinds. To address their diverse needs, Carrefour selects products that best meet local expectations. The goal is always the same - to satisfy and build loyalty among all of its customers.

The Group's strength resides in the complementary nature of its formats, each of which responds to a multitude of needs and purchasing habits: hypermarkets, supermarkets, convenience stores, multichannel retail and cash & carry stores. Each format offers a generous selection, depending on its specific characteristics, aiming for the ideal balance between food and non-food products, between major brands, local products and own-brand products, between permanent and seasonal products, etc. This balance can vary within a single format.

An urban hypermarket, which is compact and near the city centre, will not offer the same products as a store located in the suburbs. In each store, teams have the autonomy they need to adjust their product and service mix, tailoring it to meet local expectations and needs.

## PROMOTING PRODUCTS IN ALL DEPARTMENTS

Customer choice is also expanded through innovation, both with respect to products and services as well as the showcasing of departments and product ranges. Carrefour is committed to promoting new products offered by national, international and Carrefour brands. For example, in 2013 the Tex range was put on show in French and Romanian stores, as employees paraded through the store to present the latest collections. To support new product launches in Argentina, in certain stores Carrefour has designed exclusive temporary space to promote suppliers' products, with a variety of product promotions and events for customers. Offering a wide selection to customers also means being attentive to the way the product mix is presented, so that customers can easily find the products they are looking for.

In this way, each store highlights its products through straightforward and market-oriented merchandising, according to its customer base. Initiatives carried out in 2013 include highlighting local products in every country, entirely redesigned stationery departments, "courses éco" sections in certain French stores for low-price products, and new non-food departments in Taiwan, with functional products and designer furnishings showcasing customers' favourite brands.

## PRODUCT QUALITY AND SAFETY ARE DAILY COMMITMENTS

At the same time, Carrefour incorporates product quality and safety requirements at every level and at every stage. All product ranges must meet demanding, inviolable prerequisites. Carrefour's suppliers are committed to compliance with strict specifications, which specify the standards to be met, the nature and origin of raw materials used and production methods. .

As it improves its products and procedures, the Group conducts constant monitoring and listens to its customers through its consumer services department. A comprehensive and responsive recall procedure has been implemented so that, in the event of a problem, all stores are informed and, when necessary, can remove the products from their shelves as soon as possible.

Upstream from the stores, Carrefour teams and independent bodies perform audits of supplier production facilities each year. The teams also rely on a network of scientists who help them anticipate risks. For example, before new regulations came into effect, Carrefour prohibited the use of bisphenol A in its baby bottles and sales receipts. In addition, the Group is constantly working to reformulate recipes to reduce the amount of sugar, salt and trans fats in its products.

Likewise, before reaching the stores, products must pass through an extensive sanitary analysis system. In 2013, Carrefour strengthened its control systems. For example, in China it created four laboratories to test fresh produce, and established 45 mini-laboratories in its stores. Backed by this approach, Carrefour received for the 3rd time the "National Food Safety 7-star award", which recognises companies with the greatest commitment to quality and food safety.

The Group is also committed to providing clear and detailed information to its customers, developing effective labels that include nutritional information and product origins. Carrefour's commitment to product quality and safety is also supported by awareness campaigns which promote the importance of a varied, balanced diet. More than 32,000 Argentinian schoolchildren learned about healthy nutrition and sports activities as part of the "alimentarse y aprender" national programme, conducted with the Conin Foundation.

**Reach the PDF version**

(/sites/default/files/RA_VGB_OK_BD.pdf)