Case 1:19-cv-00001-GTS-ATB   Document 84-21   Filed 08/30/19   Page 1 of 6



# How Do You Create The Perfect Marketing Offer?

by Baker Marketing Editorial Team | Jun 16, 2017 | Baker Marketing News, Marketing Strategy | 1 comment

In order to create your perfect marketing offer, we need to define what actually constitutes this idea of the perfect marketing offer.

One of the best definitions of the perfect offer I have seen goes like this;

A perfect offer is a combination of the:

- Right product, at the
- Right price, for the
- Right person, with the
- Right messaging, at exactly the

- Right moment

It's worth having a look at the individual elements of this definition one by one.

## The right product

The right product means that your product has what people want. It's a great product. There is something unique about your product that resonates with your target market. The right product doesn't mean that your product is perfect nor does a great product alone, guarantee sales success. Many great products have failed in their respective market places due to a lack of alignment with their positioning or due to weakness some other element(s) of the offer. The right product just means that you are off to a good start.

## The right price

Clearly pricing is important, but not as important as many people think. Provided that the other elements of the perfect offer have been adequately met, pricing can usually take care of itself. I have seen many products and services launched at prices well below what the market was ultimately prepared to pay, due primarily to a lack of confidence. Where pricing is aligned with the offer positioning and is part of the perfect offer combination, you can afford to be confident.

## The right person

The right person refers back to the first step of the marketing strategy challenge, where the right target market has been selected. In the previous blog we discussed what constitutes the ideal target market. This person, and I mean person, as it is common marketing practice to define a target market as a singular, representative person or "persona". This person, the right person needs to be kept front of mind when addressing all other aspects of the perfect offer.

## The right messaging

Powerful messaging is, I believe, the most important aspect of a perfect offer. There are countless marketing case studies where a less than great product, achieved great market success because the weakness in the product was compensated by great advertising. Often being first to market can also compensate for an obvious lack of product greatness.

Messaging is of such importance that I will devote my entire next blog to the subject of how to create powerful messaging. In the mean-time it is also important to note that right messaging doesn't just refer to the content of the message but also how, when and where the message is delivered. Once again, a focus on the target audience will provide the guidance in terms of these messaging decisions.

## The right moment



Case 1:19-cv-00001-GTS-ATB    Document 84-21    Filed 08/30/19    Page 3 of 6

Finally, <mark>we have the right product, at the right price, targeting the right person with the right messaging,</mark> but if that person isn't ready to buy, then our efforts have been for nothing and our resources wasted. As the old adage says, "timing is everything".

In marketing timing can mean a number of things, but it's important to remember that marketing is also about relationship building. Hard sell is out, it no longer works and relationship building is in. Relationship building is all about getting to know someone, getting to understand, like and trust them. If we jump in too soon with an offer we can run the risk of undoing all of our hard work. This applies to all forms of selling, especially personal selling.

In my next blog I'll share the formula for developing the right message.

If you would like Baker Marketing to help you get your marketing off to a great start by creating the perfect offer, please call us today on 8352 3091

## Never Miss An Update!

Get our Marketing Minds updates sent to your inbox so you always have a fresh supply of marketing inspiration on hand

Email Address*

First Name

Reader

Last Name

Marketing Articles*

◉ Yes

◯ No

Wordpress Articles*

◉ Yes

◯ No

eNews*

◉ Yes

◯ No

* = required field

| Sign up |
|---|

powered by MailChimp!

## Contact Us

23 North Terrace

Hackney SA 5069

Telephone: +61 8 8352 3091

Fax: +61 8 8312 0235

info@bakermarketingservices.com

## PREVIOUS

← The power of ideas and images: The Vulnerability Series

## NEXT

Creating The Right Message For Your Product →

## Related Posts

**Digital Marketing Expert - Pay Per Click Advertising Campaigns (PPC)**

**Jun 21, 2019**

## What is Omnichannel Marketing And Why You Should Take Notice?

**Apr 29, 2019**

## The Rise and Rise of Case Studies and Why You Should be Using Them in Your Business

**Dec 17, 2018**

# 1 Comment



**Kritesh** on July 2, 2017 at 3:16 am

Hi Andrew. Great Post. Really Helpful. Thanks for sharing.

Reply





**Subscribe To The Baker Marketing Newsletter**

email address

Subscribe

## Get In Touch With Baker Marketing

Contact Us and Directions



Copyright © 2019 Baker Marketing Adelaide. All Rights Reserved. Site by **Baker Marketing WordPress Adelaide**. Admin **access**

