ORACLE **DATA SHEET**

# SIEBEL COMMUNICATIONS SOLUTION SET FOR ENABLING CONVERGENT ORDERING



**SIEBEL**
CUSTOMER RELATIONSHIP MANAGEMENT



**SIEBEL**
BUSINESS ANALYTICS

### KEY BENEFITS

- Targeted convergent bundles to generate higher revenue per customer
- Intelligent, built-in cross-sell and up-sell recommendations to boost revenue and loyalty
- Easy-to-use bundles and marketing promotion definition to expedite product launch
- Product authoring and scenario testing for new products to reduce time to market
- Accurate orders to enable zero-touch provisioning and quicker order-to-cash cycles
- Efficient customer care to increase retention
- Service-oriented architecture and composite application framework enabling simplified integration

*Oracle's Siebel Communications offers a comprehensive suite of multichannel business applications that enables customer-driven communications service providers to manage products, pricing, contracts, quotes, and orders.*

**Creating a Superior Customer Experience**

With industry trends such as renewed focus on growth, rapid evolution of IP and data services, and fierce competition, communications service providers (CSPs) are increasingly focused on improving customer-centricity, launching bundled services, and reducing operational costs. Customer-focused communications and media companies need to create a superior customer experience, increase sales, and boost customer loyalty. Revenue must be grown by selling targeted, intelligent offers while costs must be reduced by streamlining and automating business processes. These concerns are prominent in the area of customer order management, and to address them, companies must be able to

- Capture and validate convergent orders
- Create convergent bundles and promotions quickly and efficiently
- Identify, up-sell, and cross-sell the right product to the right customer at the right price

The implementation of these business requirements, however, has been challenging, due to the sheer complexity of order management business processes, the multitude of BSS/OSS systems in which product and pricing data resides, and lack of a compelling solution in the marketplace to address customer order management effectively.

The Siebel customer-facing solutions for CRM, business intelligence, and customer data integration enable effective interactions across all customer touchpoints. Built in partnership with leading communications and media companies, Siebel Communications embodies best practices for streamlining the business processes involved. Tools for monitoring and analyzing order accuracy, processing time, and pricing are provided through seamless integration with Siebel Business Analytics. We offer a broad set of integration options—including standards-based Universal Application Network and Web services—to seamlessly integrate the Siebel Communications solution with BSS/OSS.

**Capture and Validate Convergent Orders**

Convergent offers pose particular challenges in order capture and validation: Typically, the different components of such offers reside in different systems. The



large number of products makes it hard to determine which products are components in convergent offers. And rules for pricing, eligibility, and compatibility are difficult to understand, explain, and enforce.

Siebel Communications enables CSPs to create a superior customer experience by taking a customer-centric approach. The solution supports complex product configuration and pricing; approval routing; availability, eligibility, and compatibility checking; and credit and payment verification. Quotes and orders of all types (sales, updates, returns and cancellations, suspend and resume orders, and so on) are efficiently created, validated, approved, processed, and tracked across channels and applications. Operating costs are reduced by streamlined and automated processes that also reduce the scope for error. Universal Application Network enables automatic order submission and continuous tracking of order status, and Siebel Business Analytics provides users and managers with key performance indicators and insight where it matters most: at the point of customer interaction. Customer intimacy is maintained throughout the quote and order lifecycle, in a single, user-friendly environment.



**The dynamic catalog view enforces eligibility, compatibility, and pricing rules in real time to display targeted offers and up-sell and cross-sell opportunities.**

### Create Bundles and Promotions Quickly and Efficiently

Typically, defining new offers involves many functional areas within CSPs, such as Marketing, Finance, and IT. Stronger competition in the marketplace keeps reducing the commercial lifetime of offers, and this poses the fundamental challenge of shortening time to market. Many bundles and promotions are based on the same underlying products and services, which often leads to replicated products and large catalogs that are difficult to manage. With hundreds of promotions running on any given day, it can be hard to keep track of them. This becomes even more complicated when different versions of the bundles and promotions are in effect at different times.

Siebel Communications allows the market-facing units in communications and media companies to plan, define, and maintain bundles and promotions in a



consistent and efficient manner. Offers can be defined by business users without the need for IT expertise. The same underlying products and services can support all related bundles and promotions. Rules for pricing, eligibility, compatibility, approvals, and routing are defined and maintained in one place. Users can control past, current, and future promotions, making updates whenever required.

Siebel Communications also supports the definition, management, and syndication of dynamic product catalogs consistently across all customer channels. Catalog syndication improves content quality and accuracy, lowers administrative costs, and reduces order error rates. Siebel Pricing Management enables companies to plan, deploy, execute, and analyze pricing policies throughout the enterprise. The solution supports a variety of pricing policies—such as account-specific, bundled, and contract-based pricing—and lets companies monitor and approve price agreements to ensure that each sale complies with pricing guidelines. Pricing policies are enforced automatically and consistently, eliminating rogue pricing and protecting the company's reputation. The cost of administration is reduced by centralization and process automation.

Pricing scenarios help predict the impact of new prices, and Siebel Business Analytics offers insight for both proactive and responsive price adjustments.

**Offer the Right Product to the Right Customer at the Right Price**

Identifying the best offer for an individual customer can be cumbersome and time-consuming. Customers may not have clearly defined product requirements and may require guidance. They may find the offers to be complex and hard to understand and be overwhelmed by the number of products and services available. Conversely, with hundreds or thousands of products on offer, it is often difficult to know what to recommend to a specific customer. All too often, sales channels end up focusing on the same few products, forgetting about other offers that may be a better fit for the customer. This is expensive, both because it is an inefficient way to sell and because it leaves money on the table. And even worse, many customers end up frustrated with their solutions and are likely to churn.

Siebel Communications helps communications and media companies better understand their customers and how to treat them as individuals. Shared customer information gives all sales channels a single, up-to-date view of the customer. Analyzing this information makes it possible to identify customer segments and create targeted bundles and promotions for each of them. Dynamic eligibility and context-driven up-sell and cross-sell recommendations help sales channels guide customers to the offers that best match their needs—all within a flexible and user-friendly environment that makes selecting products faster and easier.

The improved sales experience—identifying the right product at the right price—boosts customer satisfaction and loyalty. The process is streamlined, efficient, and easy to learn, which helps minimize operating costs.

Oracle's Siebel Communications offers a comprehensive suite of multichannel business applications that enables customer-driven communications service providers to manage products, pricing, contracts, quotes, and orders. The solution is



designed to help carriers become convergent by launching communications bundles quickly and efficiently, maximize revenue through cross-sell and up-sell, and improve customer retention by streamlining overall customer relationship management. Based on service-oriented architecture (SOA), Siebel Communications is designed to scale as service providers' business processes evolve over time and their IT infrastructure becomes more complex.

Copyright 2005, 2006, Oracle. All Rights Reserved.

This document is provided for information purposes only, and the contents hereof are subject to change without notice. This document is not warranted to be error-free, nor is it subject to any other warranties or conditions, whether expressed orally or implied in law, including implied warranties and conditions of merchantability or fitness for a particular purpose. We specifically disclaim any liability with respect to this document, and no contractual obligations are formed either directly or indirectly by this document. This document may not be reproduced or transmitted in any form or by any means, electronic or mechanical, for any purpose, without our prior written permission.

Oracle, JD Edwards, PeopleSoft, and Siebel are registered trademarks of Oracle Corporation and/or its affiliates. Other names may be trademarks of their respective owners.

