Case 1:19-cv-00001-GTS-ATB          Document 84-23          Filed 08/30/19          Page 1 of 2

(//www.equifax.com/)

Product

Next Best Offer

Improve profitability and loyalty by determining the next best offer for every customer interaction.

## Product Overview

Banks now realize they need to transform their approach from a product-centric focus to a more customer-centric view in order to have more success. Making relevant product offers is key to building successful customer relationships and maintaining a competitive edge. A customer-centric cross-sell approach is built on three principles:

- Better customer insight

- Analytics to translate data into intelligent product offers

- Optimizing business processes

The Equifax offer management solution leverages data, analytics and software to rank order the next best offer for every customer interaction.

The evolution of cross-sell gets back to the basic '4P's' of marketing: product, price, promotion, and place. A best practices offer management strategy will offer consumers the right product at the right price, and allow front-line employees, in every channel, to clearly communicate the value proposition around why this is the best offer at this time. The fruits of a customer-centric cross-sell program include higher acceptance rates, greater share of wallet, and happier customers.

CONTACT US (//WWW.EQUIFAX.COM/BUSINESS/CONTACT-US?
FORMTYPE=1&SHOWSUPPORT=FALSE&INTCMP=PRODUCT)

PRODUCT SHEETS                                                                                1

Customer Relationship Insights                    BLOG > (https://insight.equifax.com/topic/improve-customer-experiences/?intcmp=blog_feed)

21 Aug 2019
Q&A: What is Adaptive AI?                                        (https://insight.equifax.com/qa-what-is-adaptive-ai/)

16 Aug 2019
NAPIPM Recap: Data, Insights and Protecting          (https://insight.equifax.com/napipm-recap-data-insights-and-protecting-taxpayer-dollars/)
Taxpayer Dollars

15 Aug 2019
How a Maximum Viable          (https://insight.equifax.com/finding-the-maximum-viable-person-minimize-risks-and-increase-opportunities-for-growth/)
Person Reduces Risk

09 Jul 2019
5 Do's and Don'ts for your Marketing          (https://insight.equifax.com/5-dos-and-donts-for-your-marketing-measurement-program/)
Measurement Program

### HOT TOPICS

Credit Reports (//www.equifax.com/business/credit-information?intcmp=b2bfooter_ht)
ACA (//www.equifax.com/business/affordable-care-act-management?intcmp=b2bfooter_ht)
Risk (//www.equifax.com/business/mitigate-risk?intcmp=b2bfooter_ht)
Analytics (//www.equifax.com/business/leverage-analytics?intcmp=b2bfooter_ht)
Employment Data (//www.equifax.com/business/income-verification?intcmp=b2bfooter_ht)

### SECURITY

Security Breach Alerts (/security)

### RESOURCES

Videos (/business/resources?currentTab=1&tabRef=#tabs-1)
Product Sheets (/business/resources?currentTab=0&tabRef=#tabs-0)
Infographics (/business/resources?currentTab=2&tabRef=#tabs-2)
Insights (https://insight.equifax.com?intcmp=b2bfooter)

### MORE

Careers (/about-equifax/careers)
Contact Us (//www.equifax.com/business/contact-us?intcmp=b2bfooter)
Pay Invoice (https://secure.billtrust.com/equifax/ig/index/index.php)
Furnishing Data to Equifax (/business/data-furnishers)
Model Risk Management (/business/model-risk-management)
Supplier Diversity (/about-equifax/supplier-diversity)

### CONNECT WITH US

Find us on Facebook (https://www.facebook.com/Equifax)
Follow us on Twitter (https://www.twitter.com/EquifaxInsights)
Visit us on LinkedIn (https://www.linkedin.com/company/equifax-business-insights/)

### CUSTOMER SUPPORT

Business (/support)
Personal Solutions (/personal/contact-us)



Privacy Policy (/privacy)
Terms of Use (/terms)
FACT Act (/privacy/fcra)
Sitemap (/sitemap)
Report a Vulnerability (https://hackerone.com/equifax/)
Connect with Us



(//www.facebook.com/Equifax)(https://twitter.com/EquifaxInsights)(https://www.youtube.com/user/EFXMedia)(https://www.linkedin.com/company/equifax)(https://www.equifax.com/newsroom/)

Copyright 2019 Equifax, Inc. All rights reserved Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.