December 13, 2019

**VIA ECF**

The Honorable Chief Judge Glenn T. Suddaby
United States District Court for the Northern District of New York
United States Courthouse
James M. Hanley Federal Building
100 South Clinton Street
Syracuse, New York 13261

Re:   ***Lewis v. YRC Worldwide Inc., et al.,* 1:19-cv-00001-GTS-ATB**

Dear Judge Suddaby:

Lead Plaintiffs the City of Warwick Retirement Fund and Peter Szabo, by their counsel, write in response to Defendants' Letter Brief that was filed on December 11, 2019 (ECF No. 87).

Defendants bring *Gamm v. Sanderson Farms, Inc.*, 2019 WL 6704666 (2d Cir. Dec. 10, 2019) ("*Gamm*"), to the Court's attention for the proposition that where an action alleges securities-law violations based on underlying misconduct, the facts underlying the alleged violation must be pled with particularity. However, the decision in *Gamm* is inapposite and distinguishable. In *Gamm,* plaintiffs alleged that Sanderson Farms and its industry peers engaged in an illegal antitrust conspiracy to unlawfully coordinate supply reductions of broiler chicken through a variety of means. *Id.* at *1-3. However, plaintiffs failed to plead the underlying misconduct "at even a basic level, much less with particularity." *Id.* at *9. Plaintiffs in *Gamm* failed to allege "*when* Sanderson Farms decided on its course of supply reduction, *which* industry peers were a part of that decision, *how* specific supply reductions were performed by each of the different poultry producers, *what* information Sanderson Farms knew about its peers' supply reductions, if any, and – perhaps most basic of all – whether Sanderson Farms *actually reduced* chicken supply, and if so, by what volume." *Id.* at *8 (Emphasis in original).

In stark contrast, the Corrected Amended Class Action Complaint ("AC") (ECF No. 75) does not solely rely on the U.S. Government's False Claims Act claims to plead securities fraud. The AC alleges the Overcharge Scheme based on information provided by several confidential informants as well as documents, including emails, and pleads with particularity Defendants' violations of generally accepted accounting principles ("GAAP")—none of which are dependent on whether Defendants violated the False Claims Act. Moreover, unlike the allegations in *Gamm*, the AC alleges the "who, what, when, where and how" of the Overcharge Scheme, including YRC's alleged False Claims Act violations. For example, the AC alleges with particularity: (i) the details behind *what* the Overcharge Scheme is and *how* it worked (AC ¶¶ 52-92); (ii) the origins of *when* the Overcharge Scheme, dating back to 2005, was implemented (*id.*); (iii) facts showing *what* YRC management, including Defendant James L. Welch, knew about the Overcharge Scheme and *who* caused its implementation (*id.*); (iv) facts showing *where* the Overcharge Scheme was implemented—it was a nationwide scheme (*id.* ¶¶ 130-68); and (v) facts showing the Overcharge Scheme's impact on Defendants' financial statements and GAAP violations, and that it did *actually result* in overpayment by the U.S. Department of Defense ("DOD")—there were

approximately 70,000 false claims (predicated on overcharging) pursuant to numerous tender agreements and contracts with DOD (*id.* ¶¶ 121-22; 175-97).

Respectfully submitted,

|  | */s/ Donald R. Hall* |
|---|---|
| Jeremy A. Lieberman | Donald R. Hall |
| Michael J. Wernke | Jeffrey P. Campisi |
| Veronica V. Montenegro | (Bar Roll Number: 700753) |
| **POMERANTZ LLP** | Jason A. Uris |
| 600 Third Avenue, 20th Floor | **KAPLAN FOX & KILSHEIMER LLP** |
| New York, NY 10016 | 850 Third Avenue, 14th Floor |
| Telephone: (212) 661-1100 | New York, NY 10022 |
| Facsimile: (212) 661-8665 | Telephone: (212) 687-1980 |
| Email: jalieberman@pomlaw.com | Facsimile: (212) 687-7714 |
| mjwernke@pomlaw.com | Email: dhall@kaplanfox.com |
| vvmontenegro@pomlaw.com | jcampisi@kaplanfox.com |
| | juris@kaplanfox.com |

*Counsel for Peter Szabo and*
*Co-Lead Counsel for the Proposed Class*

*Counsel for Lead Plaintiff City of Warwick Retirement Fund and Co-Lead Counsel for the Proposed Class*

Jonathan B. Fellows
George H. Lowe
**BOND SCHOENECK & KING, PLLC**
One Lincoln Center
Syracuse, NY 13202
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
Email: jfellows@bsk.com
glowe@bsk.com

*Local Counsel for Lead Plaintiffs and the*
*Proposed Class*