UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on April 27, 2020 the court received a notice of appeal.  This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 28th day of April, 2020.

John M. Domurad, Clerk
U.S. District Court

By:     s/ Kimberly Pikarsky
        Deputy Clerk

### Case Information

| | |
|---|---|
| Case Name & Case No. | Christina Lewis et al v. YRC Worldwide Inc. et al – 1:19-cv-00001 (GTS/ATB) |
| Docket No. of Appeal: | 91 - Notice of Appeal |
| Document Appealed: | 89 - Decision and Order |
| | 90 - Judgment |

Fee Status:    Paid _X_ - Receipt # ANYNDC-5102987 reflects the filing at #91

Counsel:       Retained _X_

Time Status:   Timely _X_