YRC Worldwide Inc. Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173127
Milwaukee, WI 53217




PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

Case No. 1:19-cv-00001 (N.D.N.Y.)
Case Pending in U.S. District Court for
Northern District of N.Y.

**Court-Ordered Legal Notice
Forwarding Service Requested**

[NAME 1]
[NAME 2]

*Important Notice about a Securities
Class Action Settlement*

[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

*You may be entitled to a payment.
This Notice may affect your legal
rights.*

*Please read it carefully.*

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*VISIT WWW.YRCSECURITIESSETTLEMENT.COM OR CALL 1-_____ FOR MORE INFORMATION.*

The U.S. District Court for the Northern District of New York (the "Court") has preliminarily approved a proposed Settlement of claims against YRC Worldwide Inc. ("YRC"), James Welch, Jamie Pierson, Stephanie Fisher, and Darren Hawkins (collectively, "Defendants"). The proposed Settlement would resolve a class action lawsuit alleging that Defendants made false and/or misleading misstatements and/or omissions concerning YRC's business operations. Defendants deny the allegations.

You received this notice because you may have purchased or acquired YRC securities between March 10, 2014 and December 14, 2018, inclusive, and you may be a Settlement Class Member. The Settlement provides that, in exchange for dismissal and release of claims against Defendants, a fund consisting of $2,100,000, less attorneys' fees and expenses, will be divided among Settlement Class Members who timely submit valid Claim Forms. The average recovery per share could be $0.07 before deduction of any fees and expenses. The actual amount disbursed to members of the Class who participate in the Settlement may be more or less than this figure. Plaintiffs and Defendants disagree as to the amount per share that would be recoverable if Plaintiffs prevailed on each claim. Plaintiffs believe that the proposed Settlement is fair, reasonable and in the best interests of the Class considering the strengths and weaknesses of the claims, the uncertainties of complex litigation, and the concrete benefits provided by the Settlement particularly in light of the Court's dismissal of the case. Defendants have agreed to settle to avoid the continuing burden and expense of this Action. For a full description of the Settlement and your rights and to make a claim, please view the Stipulation of Settlement and obtain a copy of the Notice of Pendency and Proposed Settlement of Securities Class Action ("Notice") and Claim Form by visiting the website: www.YRCSecuritiesSettlement.com (the "Website"). You may request copies of the Notice and Claim Form by: (1) mail: YRC Worldwide, Inc. Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173127, Milwaukee, WI 53217;(2) call toll-free: (877) 265-3022; or (3) email: info@YRCSecuritiesSettlement.com.

To qualify for payment, you must submit a Claim Form, which can be found on the Website. CLAIM FORMS ARE DUE BY _____, 2021 and should be mailed to the address above or submitted electronically through the Website. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____, 2021. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____, 2021. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing in this case on _____, 2021_at __:00 _.m. at the United States District Court for the Northern District of New York, 100 S. Clinton Street, Syracuse, NY 13261, Courtroom __, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Lead Counsel for no more than one-third of the Settlement Fund for their attorneys' fees, plus up to $140,000 in expenses, and Awards to Plaintiffs of no more than $5,000 in total, for litigating the cases and negotiating the Settlement, which amounts to approximately $0.03 per affected share. Lead Counsel are Jeffrey P. Campisi, of Kaplan Fox &

*IAC-Wachovia AInc Securities Litigation*, Case No. 1:19-cv-00001-GTS-ATB

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*VISIT WWW.YRCSECURITIESSETTLEMENT.COM OR CALL 1-_____ FOR MORE INFORMATION.*

Kilsheimer LLP, 850 Third Ave., 14th Floor, New York, NY 10022, (212) 687-1980, and Michael J. Wernke, of Pomerantz LLP, 600 Third Ave., 20th Floor, New York, NY 10016, (212) 661-1100. You may, but do not have to, attend the hearing and ask to be heard by the Court. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.