**EXHIBIT F**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHRISTINA LEWIS, Individually and on Behalf of All Others Similarly Situated,** | No. 1:19-cv-00001-GTS-ATB |
| **Plaintiff,** | |
| **v.** | |
| **YRC WORLDWIDE INC.,** *et al.*, | |
| **Defendants.** | |

### SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

**TO:** All persons and entities who purchased or otherwise acquired publicly traded securities of YRC Worldwide Inc. ("YRC") during the period from March 10, 2014 through December 14, 2018, inclusive (the "Class Period"), and were damaged thereby (the "Class").[1]

**PLEASE READ THIS NOTICE CAREFULLY.  YOUR RIGHTS WILL BE AFFECTED BY A CLASS-ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of New York (the "Court"), that the above-captioned securities class action (the "Action") is pending in the Court.

YOU ARE ALSO NOTIFIED that Lead Plaintiffs in the Action, City of Warwick Retirement Fund and Peter Szabo, have reached a proposed settlement of the Action for $2,100,000 in cash (the "Settlement"), which, if approved, will resolve all claims in the Action.

A hearing will be held on _____, 2021 at __:__ _.m., before the Chief Judge Glenn T. Suddaby, either in-person at the United States District Court for the Northern District of New York, 100 S. Clinton Street, Syracuse, NY 13261, Courtroom __, or by telephone or videoconference, to determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether, solely for purposes of the proposed Settlement, the Action should be certified as a class action on behalf of the Class, Lead Plaintiffs should be certified as Class Representatives for the Class, and Lead Counsel should be appointed as class counsel for the Class; (iii) whether the Action should be dismissed with prejudice against Defendants and whether the releases specified and described in the Settlement Agreement dated

---

[1] Certain persons and entities are excluded from the Class by definition as set forth in the full Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice"), available at www.YRCSecuritiesSettlement.com.

as of April 12, 2021 (and in the Notice) should be granted; (iv) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (v) whether Lead Counsel's motion for an award of attorneys' fees and expenses and Lead Plaintiffs' motion for costs and expenses should be approved.  If the hearing is held by telephone or videoconference, information on how to participate will be posted at www.YRCSecuritiesSettlement.com.

**If you are a member of the Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to a payment from the Settlement**.  If you have not yet received the Notice and Claim Form, you may get copies of them by contacting the Claims Administrator at *YRC Securities Litigation*, c/o A.B. Data, Ltd., P.O. Box 173127, Milwaukee, WI 53217; 1-877-265-3022; or info@YRCSecuritiesSettlement.com.  You also can download copies of the Notice and Claim Form from the Settlement website, www.YRCSecuritiesSettlement.com.

If you are a member of the Class, you must submit a Claim Form *postmarked* **no later than _____, 2021** to be eligible to receive a payment from the Settlement.  If you are a Class Member and do not submit a proper Claim Form, you will not be eligible to receive a payment from the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Class and wish to exclude yourself from the Class, you must submit a request for exclusion that is *received* **no later than _____, 2021**, in accordance with the instructions in the Notice.  If you properly exclude yourself from the Class, you will not be bound by any judgments or orders entered by the Court in the Action, and you will not be eligible to receive a payment from the Settlement.  Excluding yourself is the only option that may allow you to be part of any other current or future lawsuit against Defendants or any of the other released parties concerning the claims being resolved by the Settlement, even if you have pending or later file another lawsuit or other proceeding against the Releasees related to the claims covered by the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and litigation expenses must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* **no later than _____, 2021**, in accordance with the instructions in the Notice.

**Please do not contact the Court, the Clerk's office, Defendants, or their lawyers regarding this notice.  All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to the Claims Administrator or Lead Counsel.**

2

3

Requests for the Notice and Claim Form should be made to:

*YRC Securities Litigation*
c/o A.B. Data, Ltd.
P.O. Box 173127
Milwaukee, WI 53217

1-877-265-3022
info@YRCSecuritiesSettlement.com
www.YRCSecuritiesSettlement.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel for the Class:

KAPLAN FOX & KILSHEIMER LLP
Jeffrey P. Campisi, Esq.
850 Third Avenue, 14th Floor
New York, NY 10022
212-687-1980
jcampisi@kaplanfox.com

POMERANTZ LLP
Michael J. Wernke, Esq.
600 Third Avenue, 20th Floor
New York, NY 10016
212-661-1100
mjwernke@pomlaw.com

By Order of the Court

3