# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA LEWIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YRC WORLDWIDE INC., JAMES L. WELCH, JAMIE G. PIERSON, STEPHANIE D. FISHER, and DARREN D. HAWKINS,<br><br>Defendants. | Case No. 1:19-cv-00001-GTS-ATB |

## DECLARATION OF PETER SZABO

I, Peter Szabo, declare as follows:

1.      I submit this declaration to provide the Court with a description of my efforts in pursuit of this Action, and to express my support for the proposed Settlement of this Action.

2.      On April 25, 2019, the Court appointed me as a co-Lead Plaintiff in the Action.

3.      As set forth below, I closely monitored and participated in this Action. I was kept apprised of important developments in this matter and provided input on significant case decisions and events, including in connection with negotiations regarding the Settlement and ultimately resolving this Action.

### A. My Oversight of This Action

4.      I actively monitored and oversaw this Action. Specifically, throughout the course of this litigation, I engaged in the following activities:

     a. regularly communicated with my lawyers at Pomerantz LLP ("Pomerantz" or "Class Counsel") concerning strategic and other aspects of this litigation;

b. requested and received regular updates on material events, such as my appointment as Lead Plaintiff, the preparation of the amended complaint, Defendants' motion to dismiss, Lead Plaintiffs' appeal of the District Court's dismissal of the claims, and the potential resolution of this matter;

c. reviewed and discussed with counsel the preparation of various court papers, including my motion for appointment as Lead Plaintiff, the amended complaint, oppositions to Defendants' motions to dismiss, and Lead Plaintiffs' appeal of the District Court's dismissal of the Action.

d. Communicated with counsel the potential damages reasonably achievable in this Action based on models prepared by experts; and

e. discussed, evaluated and approved the proposed Settlement for $2,100,000 in cash.

## B. My Support Of The Settlement

5.     I fully support the proposed Settlement of this Action and believe that it is an excellent result for the Class

6.     I take seriously my role as Lead Plaintiff to ensure that the attorneys' fees are fair in light of the result achieved for the Class and reasonably compensate Class Counsel for the work involved and the substantial risks they undertook in litigating the Action. I evaluated Class Counsel's fee request by considering the work performed and by considering the substantial recovery obtained for the Settlement Class.

7.     Class Counsel's fee request for 27.5% of the Settlement Amount is made in accordance with the retainer agreement I entered into with Pomerantz at the beginning of this Action, which permitted Pomerantz to seek fees not to exceed one-third of any settlement or judgment achieved. I have discussed the requested fee and expense application with Pomerantz and I believe that its application for attorney's fees and request for reimbursement of litigation expenses is fair and reasonable in light of work performed by Class Counsel on behalf of the

Class, and that the request for Class Counsel's litigation expenses is fair and reasonable. Thus, I support the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __8__ day of July, 2021.

_____
PETER SZABO