# EXHIBIT 6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CHRISTINA LEWIS, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED,

              Plaintiffs,

         v.

YRC WORLDWIDE INC., JAMES L. WELCH, JAMIE
G. PIERSON, and STEPHANIE FISHER

              Defendants.

Civil Action No.

1:19-cv-00001-GTS-ATB

**DECLARATION OF
JONATHAN B. FELLOWS**

JONATHAN B. FELLOWS, ESQ., declares under penalty of perjury as follows:

1.      I am an attorney duly admitted to practice in the state of New York and a Member of the Bar of this Court. I am a Member of the firm of Bond, Schoeneck & King, PLLC.

2.      I was co-counsel for Plaintiff City of Warwick Retirement Fund in this matter. I appeared in this action on April 18, 2019. I primarily served as local counsel. I conferred with other counsel for the Plaintiffs regarding this matter and appeared for Court conferences.

3.      I have been a member of the bar of this Court since 1987. I regularly appear in this Court and other district courts on a wide variety of matters. I have handled numerous class actions and am experienced in the matters at issue in this action.

4.      An itemized summary of the time I spent on this matter is set forth below.

| Date | Hours | Description of Service |
| --- | --- | --- |
| 4/18/2019 | 3.5 | Examined complaint and motions for appointment of class counsel. |
| 4/18/2019 | 0.8 | Conferred with co-counsel regarding argument of motions. |
| 4/22/2019 | 0.8 | Examined stipulation and conferred with court. |
| 4/25/2019 | 0.8 | Participated in conference with the Court. |
| 5/2/2019 | 0.3 | Reviewed stipulation. |
| 5/14/2019 | 0.3 | Reviewed letter regarding stay of discovery. |
| 5/23/2019 | 0.3 | Participated in call with Court. |
| 6/14/2019 | 0.5 | Examined amended complaint. |

| | | |
|---|---|---|
| 7/15/2019 | 0.8 | Examined motion to dismiss. |
| 8/16/2019 | 0.8 | Examined opposition to motion to dismiss. |
| 3/27/2020 | 0.5 | Examined decision on motion. |
| **Total Hours:** | **9.4** | |

5.    My standard hourly rate is $475, for a total of $4,465.

6.    I am the only attorney at Bond, Schoeneck & King, PLLC who performed services in the matter.

7.    We did not incur any expenses for our representation.

8.    The chart set forth above is an accurate summary of the time I spent on this matter.

Dated:  July 13, 2021

Jonathan B. Fellows

2

12730297.1 7/13/2021