UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA LEWIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YRC WORLDWIDE INC., JAMES L. WELCH, JAMIE G. PIERSON, STEPHANIE D. FISHER, and DARREN D. HAWKINS,<br><br>Defendants. | Case No. 1:19-cv-00001-GTS-ATB |

**DECLARATION OF JEFFREY P. CAMPISI**

I, JEFFREY P. CAMPISI, declare the following under the penalty of perjury:

1.      I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP, co-lead counsel in the above-captioned matter, and am admitted to this Court and am in good standing.

2.      I respectfully submit this Declaration in further support of Lead Plaintiffs Peter Szabo and the City of Warwick Retirement Fund's Motion for Final Approval of Proposed Class Action Settlement (ECF No. 100).

3.      I have personal knowledge of the matters set forth below and, if called as a witness in this matter, I could and would competently testify to the matters set forth below.

4.      Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Declaration of Eric A. Nordskog Regarding: (A) Mailing of the Postcard Notice; (B) Report on Volume of Claims Received to Date; and (C) Report on Requests for Exclusion and Objections, dated August 11, 2021 ("8/11/21 Nordskog Declaration").

5.      On August 6, 2021, I spoke with Penelope Morensen by telephone.  Ms. Morensen confirmed that she submitted to the Claims Administrator a written Request for Exclusion from

1

the Class on behalf of the Tomblin-Douglas Revocable Trust, dated December 17, 1991 ("Morensen Request for Exclusion").  I informed her that certain required information was not stated in the Morensen Request for Exclusion.

6.     The Morensen Request for Exclusion is attached as Exhibit B to the 8/11/21 Nordskog Declaration.

7.     Also on August 6, 2021, during a second telephone call with Ms. Morensen, she asserted that the Tomblin-Douglas Revocable Trust purchased 400 YRC shares on March 28, 2014 at a cost basis of $8,989.95, and sold 400 shares on May 28, 2014 for proceeds of $8,704.85. Ms. Morensen indicated that she planned to mail to the Claims Administrator an amended request for exclusion that provides this information.

8.     On August 6, 2021, I spoke to Mr. RL Wood by telephone concerning his Request for Exclusion from the Class.

9.     The Wood Request for Exclusion is attached to Exhibit B to the 8/11/21 Nordskog Declaration.

10.     Also on August 6, 2021, I caused an email to be transmitted to Mr. Wood at the email address stated on the Wood Request for Exclusion.  My email memorialized key points discussed during my telephone conversation with Mr. Wood.  Later on August 6, 2021, Mr. Wood responded to my email in which he asserted that he currently owns 1,700 YRC shares that were acquired at a cost basis of around $10 per share, and that he has a loss of $6,320.97.

11.     Attached hereto as Exhibit 2 is true and correct copy of the email exchange between Mr. Wood and me.

Dated: August 11, 2021

/s/        Jeffrey P. Campisi
JEFFREY P. CAMPISI

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

By: */s/ Jeffrey P. Campisi*
Jeffrey P. Campisi