# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CHRISTINA LEWIS, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**YRC WORLDWIDE INC.,** *et al.***,**<br><br>**Defendants.** | No. 1:19-cv-00001-GTS-ATB |

**SUPPLEMENTAL DECLARATION OF ERIC A. NORDSKOG REGARDING: (A) MAILING OF THE POSTCARD NOTICE; (B) REPORT ON VOLUME OF CLAIMS RECEIVED TO DATE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Eric A. Nordskog, declare as follows:

1.      I am a Senior Project Manager of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin.  Pursuant to the Court's April 19, 2021, Order Preliminarily Approving Proposed Settlement, A.B. Data was authorized to act as the Claims Administrator in connection with the Settlement in the above-captioned action.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I submit this Declaration to supplement the Declaration of Eric A. Nordskog Regarding: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections (the "Initial Mailing Declaration"), dated July 13, 2021, which was previously filed with the Court.

**UPDATE ON MAILING OF THE NOTICE AND PROOF OF CLAIM FORM**

3.      As more fully stated in my Initial Mailing Declaration, as of July 13, 2021, A.B. Data had mailed a total of 47,358 copies of the Postcard Notice to potential Class Members and nominees.

4.      Since the execution of the Initial Mailing Declaration, A.B. Data has continued to disseminate Postcard Notices in response to requests from potential Class Members, brokers, and other nominees

5.      Specifically, from July 19, 2021 through July 23, 2021, A.B. Data received three lists setting forth the names and addresses of 206 unique potential Class Members from Pomerantz LLP, RBC Dominion Securities, and Summit Equities Incorporated. On July 27, 2021, A.B. Data mailed Postcard Notices directly to these 206 potential Class Members. In conjunction with the Postcard Notices, Lead Counsel caused A.B. Data to mail the advisory letter attached hereto as Exhibit A to these potential Class Members. Among other things, the letter explained that although the Postcard Notice was mailed in July 2021, and that certain deadlines may have passed, any Potential Class Member who "wish[ed] to make a late request to exclude [themselves] from the Class or to object" should "follow the instructions in the Long Form Notice" and that "Lead Counsel will present any late requests for exclusion or objections to the Court at the August 18, 2021, Settlement Hearing." The letter also reiterated that all potential Class Members have until August 17, 2021 to submit a Claim Form if they wish to participate in the Settlement.

**UPDATE ON TELEPHONE HOTLINE AND WEBSITE**

6.      On or about April 30, 2021, a case-specific toll-free phone number, 877-265-3022, was established with an Interactive Voice Response system and live operators.  An automated attendant answers all calls initially and presents callers with a series of choices to respond to basic questions.  If callers need further help, they have the option to be transferred to an operator during

2

business hours.  A.B. Data has promptly responded to, and will continue to promptly respond to, all inquiries to the toll-free number.

7.    A.B.    Data    has    also    established    a    case-specific    website, www.YRCSecuritiesSettlement.com, which provides general information regarding the Settlement and its current status; and downloadable copies of the Long Form Notice, Proof of Claim, and other Court documents, including the Settlement Agreement.  The Settlement website is accessible 24 hours a day, 7 days a week.

## CLAIMS

8.    The Long Form Notice informed potential Class Members that claim forms are to be submitted either electronically or to *YRC Worldwide Inc. Securities Litigation*, c/o A.B. Data, Ltd., P.O. Box 173127, Milwaukee, WI 53217 such that they are received on or before August 17, 2021.  To date, A.B. Data has received approximately 1,417 claim forms.

## UPDATE ON REQUESTS FOR EXCLUSION AND OBJECTIONS

9.    The Long Form Notice informed potential Class Members that written requests for exclusion were to be mailed to *YRC Worldwide Inc. Securities Litigation*, EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217 such that they were received no later than July 21, 2021.  A.B. Data has been monitoring all mail delivered to the post office box.  As of the date of this Declaration, A.B. Data has received two (2) requests for exclusions attached hereto as Exhibit B.

10.    According to the Notice, Class Members seeking to object to the Settlement, the proposed Plan of Allocation of the Net Settlement Fund, and/or Lead Counsel's Fee and Expense Application were required to submit their objection in writing such that the request was received by the Parties and filed with the Court no later than July 21, 2021.  Although Class Members were

not required to send objections to A.B. Data, A.B. Data has not received any misdirected objections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of August 2021.

_____

ERIC A. NORDSKOG

# EXHIBIT A

YRC WORLDWIDE INC. SECURITIES LITIGATION
c/o A.B. DATA, LTD.
PO BOX 173127
MILWAUKEE, WI  53217

## IMPORTANT LEGAL COMMUNICATION AND DEADLINES, PLEASE DO NOT DISREGARD

**DATE:**          **July 27, 2021**

**RE:**            *YRC Worldwide Inc. Securities Litigation:* **Case No. 1:19-cv-00001-GTS-ATB**

Dear Potential Class Member:

Pursuant to Court Order, on April 19, 2021, A.B. Data, Ltd. (the Court-approved Claims Administrator for the above-referenced securities class action settlement) mailed a copy of the Postcard Notice to brokers, banks, and others (nominees) who may have purchased or otherwise acquired YRC Worldwide, Inc. ("YRC") securities during the period from March 10, 2014, through December 14, 2018, inclusive, on behalf of other beneficial purchasers.  The Postcard Notice directed brokers, banks, and nominees to the Long-Form Notice on the Settlement Website, which informed these brokers that, within fourteen (14) calendar days of receipt of the Postcard Notice, either (a) provide to A.B. Data, Ltd. the names and last known addresses of all beneficial owners for whom or which they purchased or acquired YRC securities; or (b) request additional copies of the Postcard Notice from A.B. Data, Ltd. and within seven (14) days, mail the Postcard Notice directly to all such beneficial owners.

Well after the deadline discussed above, A.B. Data, Ltd. received a list of additional names and addresses of potential Class Members, including yours, from a nominee.  **Accordingly, you are receiving the Settlement Notice after the July 21, 2021 deadline to object or to exclude yourself from the Class.  The deadline to submit a Claim Form has not yet passed**. If you wish to be eligible to receive a payment from the Settlement, you must submit a valid Claim Form on-line or postmarked by **August 17, 2021**.  Please refer to the Settlement Website – www.YRCSecuritiesSettlement.com – for more information.

If you wish to make a late request to exclude yourself from the Class or to object, please follow the instructions in the Long-Form Notice and explain why your submission is late. Lead Counsel will present any late requests for exclusion or objections to the Court at the August 18, 2021, Settlement Hearing.  We do not know how the Court will rule on late exclusion requests or objections.

A.B. Data, Ltd.
Claims Administrator

# EXHIBIT B

*Lewis v. YRC Worldwide Inc.*, No. 1:19-cv-00001-GTS-ATB (N.D.N.Y.)

### Exclusion Report

| Exclusion Number | Name | Date Received | City | State | Country |
|---|---|---|---|---|---|
| 1 | Tomblin-Douglas Revocable Trust DTD 12/17/91 Penelope E. Morensen TTE | 06/25/2021 | Beverly Hills | CA | USA |
| 2 | R.L. Wood | 07/13/2021 | Peachtree Corners | GA | USA |

YRC Worldwide Inc. Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box173127
Milwaukee, WI 53217

June 23, 2021

RE:   **WRITTEN REQUEST FOR EXCLUSION**
       Case No. 1:19-cv-00001 (N.D.N.Y.)

To Whom it may Concern:

Please be advised that, in accord with NOTICE, written request is hereby given prior to July 21, 2021, that:

**PENELOPE MORENSEN TTE TOMBLIN-DOUGLAS REVOCABLE TRUST/DTD12/17/91**

wishes to be excluded from the above referenced Securities Class-Action Settlement litigation.

Yours truly.

*Penelope E Morensen*

Penelope E. Morensen



25 JUNE 2021 PM 1 L

*Penelope Morensen*

YRC WORLDWIDE INC. SECURITIES LITIGATION
c/o A.B. DATA LTD.
P.O. BOX 173127
MILWAUKEE, WI 53217

53217-8144427

Date: 07/13/2021

RE: YRC Worldwide Inc. Securities Litigation
EXCLUSIONS, c/o A.B. Data Ltd. P.O. Box 17301, Milwaukee, WI 53217


Please EXCLUDE me from this litigation, from the Class in Lewis v. YRC
Worldwide Inc.,
No. 1:19-cv-00001-GTS-ATB (N.D.N.Y.)'

RL WOOD

#shares = unknown.
price paid = unknown.



R. Wood

13 JUL 2021 PM 5 L

SA
ORVER

HONORING
FIRST RESPONDERS

YRC Worldwide, Inc.
Securities Litigation
Exclusions, c/o A.B. Data Ltd.
P.O. Box 17301
Milwaukee, WI 53217

# EXHIBIT 2

**Jeff Campisi**

| | |
|---|---|
| **From:** | Jeff Campisi |
| **Sent:** | Friday, August 06, 2021 3:34 PM |
| **To:** | Donnie Hall; Michael J. Wernke |
| **Subject:** | FW: Lewis v. YRC Worldwide Inc., No. 1:19-cv-00001-GTS-ATB (N.D.N.Y.) |

Jeff Campisi
Kaplan Fox

**From:** rl wood █████████████████
**Sent:** Friday, August 06, 2021 3:31 PM
**To:** Jeff Campisi <jcampisi@kaplanfox.com>
**Subject:** Re: Lewis v. YRC Worldwide Inc., No. 1:19-cv-00001-GTS-ATB (N.D.N.Y.)

Hi Jeff,
Thanks for this follow up.   I failed to add that my main reason for exclusion would be to preserve my rights.  If I ever figured out how much I lost I would be able to pursue damages on my on.
I have never been involved in a class where they only pay 3 cents per share.  At my current 1700 shares that would be $51.00; even if I got 30% more or 4 cents would be $68.00
If the number that came over with my transfer are correct my current loss is $6,320.97.  I object to such a bad deal being presented to the court by such lousie lawyers.  And I can not believe
that any judge would approve such a rip off.
fyi, rlwood
ps: my current shares are 1700 with a basis just under $10/ea if the transfer if accurate.  No detail data is transferred.

**From:** Jeff Campisi <jcampisi@kaplanfox.com>
**Sent:** Friday, August 6, 2021 2:57 PM
**To:** █████████████████████████████ >
**Subject:** Lewis v. YRC Worldwide Inc., No. 1:19-cv-00001-GTS-ATB (N.D.N.Y.)

Mr. Wood, I write as a follow-up to our telephone conversation this morning concerning your request for exclusion from the settlement class in the above-captioned matter.  As discussed, your request for exclusion, which is attached, did not include certain information required by the Court.  Specifically, you did not provide (1) the number of shares of YRC Securities held as of opening of trading on March 10, 2014, and purchased or otherwise acquired and/or sold during the Class Period, (2) price(s) paid or value at receipt, and, if sold, the sales price(s), or (3) the date of each such transaction involving each such security.  The Court-authorized notice states that a request for exclusion "shall not be valid and effective unless it provides all the information."  I have attached a copy of the notice for your reference.  Paragraph 70 at page 12 of the notice sets forth this requirement.

I informed you that without the required information, there was a risk that the Court may find your request for exclusion invalid.  You stated that you currently own 1,700 shares, and indicated that it would be burdensome and not worth your time to collect the information required by the Court, however, you would like to be excluded.

If you disagree with anything set forth above, please respond immediately.  As I noted, the Court has scheduled a final approval hearing for August 18 at which the Court will likely consider whether to accept or reject your request for exclusion.

Jeffrey P. Campisi
Kaplan Fox & Kilsheimer LLP
850 Third Avenue; 14th Floor
New York, NY 10022
Phone: (212) 687-1980
Email: jcampisi@kaplanfox.com