

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## **ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION**

Dear Clerk of the Court,

     Please take notice that on April 27, 2020 the court received a notice of appeal. See Dkt. No. 91.  An order was issued by the Second Circuit Court of Appeals on February 10, 2021 (Dkt. No. 93) directing that the appeal be held in abeyance pending the district court's determination of the proposed settlement. On September 9, 2021, the Honorable Glenn T. Suddaby issued an Order Approving the Class-Action Settlement and Judgment was entered. See Dkt. Nos. 107 and 108. This notice serves to inform you of this information.

     I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

     IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 9th day of September, 2021.

*John Domurad*
Clerk of Court

By:   Shelly Muller
       Deputy Clerk

### **Case Information**

Case Name & Case No.     Christina Lewis, et al. v. YRC Worldwide Inc., et al.,1:19-CV-1(GTS/ATB)

Docket No. of Appeal:     __91__
Document Appealed:     __89 & 90__

Fee Status:   Paid _X_   Due __   Waived (IFP/CJA) __   IFP revoked __
          Application Attached __   IFP pending before USDJ __

Counsel:     Retained _X_   Pro Se __

Time Status:     Timely _X_   Untimely __