# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of November, two thousand twenty-one.

_____

City of Warwick Retirement Fund, Peter Szabo,

        Plaintiffs - Appellants,

v.

YRC Worldwide Inc., James L. Welch, Jamie G. Pierson, Stephanie D. Fisher, Darren D. Hawkins,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 20-1427

On February 10, 2021, the Court stayed this appeal and granted the parties' joint motion for a limited remand to the district court for approval of a proposed settlement, with this Court otherwise retaining jurisdiction over the appeal. On September 9, 2021, the district court issued a final judgment approving the parties' settlement. Upon consideration thereof,

IT IS HEREBY ORDERED that the stay of this appeal is lifted, and the Court's jurisdiction is restored. Within 7 days of the date of this order Appellants are directed to file either (1) a motion or stipulation withdrawing the appeal or (2) a letter indicating they wish the appeal to proceed to a merits panel for decision.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/01/2021