MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

       At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of November, two thousand twenty-one.

_____

City of Warwick Retirement Fund, Peter Szabo,

       Plaintiffs - Appellants,

Christina Lewis, Individually and on behalf of all others similarly situated,

       Plaintiff,

v.

YRC Worldwide Inc., James L. Welch, Jamie G. Pierson, Stephanie D. Fisher, Darren D. Hawkins,

       Defendants - Appellees.

**ORDER**
Docket No. 20-1427

_____

       The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

       The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/08/2021