**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTINA LEWIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YRC WORLDWIDE INC., JAMES L. WELCH, JAMIE G. PIERSON, STEPHANIE D. FISHER, and DARREN D. HAWKINS,<br><br>Defendants. | Case No. 1:19-cv-00001-GTS-ATB |

**NOTICE OF MOTION FOR DISTRIBUTION**
**OF CLASS ACTION SETTLEMENT FUND**

PLEASE TAKE NOTICE that Lead Plaintiffs Peter Szabo, and City of Warwick Retirement Board ("Plaintiffs"), will move this Court for entry of the [Proposed] Order Granting Motion for Distribution of Class Action Settlement Fund ("Class Distribution Order"). Among other things, the Class Distribution Order: (i) approves the Claims Administrator's recommendations accepting and rejecting Claims submitted in the Action; and (ii) directs distribution of the Net Settlement Amount to Authorized Claimants whose Claims have been accepted as valid and approved by the Court. This motion is based on this Notice of Motion; the Memorandum of Law; the Declaration of Eric A. Nordskog in Support of Motion for Class Distribution Order dated April 22, 2022 and the exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matter properly before the Court. Plaintiffs respectfully request that the Court decide the Motion on the papers and enter the Class Distribution Order.

{00494413;1 }

Dated:  May 2, 2022

Respectfully submitted,

/s/   Michael J. Wernke
Jeremy A. Lieberman
Michael J. Wernke
Veronica V. Montenegro
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
        mjwernke@pomlaw.com
        vvmontenegro@pomlaw.com

*Counsel for Peter Szabo and*
*Co-Lead Counsel for the Settlement Class*

/s/   Jeffrey P. Campisi
Donald R. Hall
Jeffrey P. Campisi
  (Bar Roll Number: 700753)
Jason A. Uris
**KAPLAN  FOX  &  KILSHEIMER  LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: dhall@kaplanfox.com
        jcampisi@kaplanfox.com
        juris@kaplanfox.com

*Counsel for Lead Plaintiff City of Warwick*
*Retirement Board and Co-Lead Counsel for*
*the Settlement Class*

**BOND SCHOENECK & KING, PLLC**
Jonathan B. Fellows
George H. Lowe
One Lincoln Center
Syracuse, NY 13202
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
Email: jfellows@bsk.com
        glowe@bsk.com

{00494413;1 }

2

*Local Counsel for Lead Plaintiffs and the Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Michael J. Wernke
Michael J. Wernke