IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CHRISTINA LEWIS, Individually and on Behalf
of All Others Similarly Situated,

**Plaintiff,**

v.

YRC WORLDWIDE INC., *et al.*,

**Defendants.**

No. 1-19-cv-00001-GTS-ATB

## DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO DISTRIBUTE SETTLEMENT FUND

Defendants hereby submit this notice of non-opposition to Plaintiffs' motion to distribute

the settlement fund created in this now-resolved securities class action (ECF No. 112).

Dated: May 3 , 2022

Dan French
David G. Burch, Jr.
Barclay Damon LLP
125 East Jefferson Street
Syracuse, NY  13202
Tel:  (315) 425-3700
Fax:  (315) 425-2701
dfrench@barclaydamon.com
dburch@barclaydamon.com

Ralph C. Ferrara (*pro hac vice*)
Ann M. Ashton (*pro hac vice*)
Proskauer Rose LLP
Suite 600 South
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel:  (202) 416-6800
Fax:  (202) 416-6899
rferrara@proskauer.com
aashton@proskauer.com

Jonathan E. Richman (*pro hac vice*)
Proskauer Rose LLP
11 Times Square
New York, New York  10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900
jerichman@proskauer.com

Counsel for Defendants

130488866v1