# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA LEWIS, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff(s),<br><br>  v.<br><br>YRC WORLDWIDE INC., JAMES L. WELCH, JAMIE G. PIERSON, STEPHANIE D. FISHER, and DARREN D. HAWKINS,<br><br>      Defendants. | No.: 1:19-cv-00001-GTS-ATB |

## LEAD PLAINTIFFS' NOTICE OF MOTION FOR AN ORDER DESIGNATING *CY PRES* RECIPIENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration of Michael J. Wernke, which are filed concurrently herewith, Lead Counsel respectfully moves for an Order contributing the remaining $3,788.37 in the Settlement Fund in this securities fraud class action to the Investor Protection Trust.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Plaintiffs submit and file herewith (1) the Memorandum of Law in Support of Plaintiffs' Motion for an Order Designating *Cy Pres* Recipient, and (2) the Declaration of Michael J. Wernke, dated April 7, 2023.

Dated: April 7, 2023

           Respectfully submitted,
           **POMERANTZ LLP**

           */s/ Michael J. Wernke*
           Jeremy A. Lieberman
           Michael J. Wernke
           600 Third Avenue

New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

*Counsel for Peter Szabo and Co-Lead
Counsel for the Settlement Class*

**KAPLAN FOX & KILSHEIMER LLP**
Donald R. Hall
Jeffrey P. Campisi
(Bar Roll Number: 700753)
Jason A. Uris
860 Third Ave, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
dhall@kaplanfox.com
jcampisi@kaplanfox.com
juris@kaplanfox.com

*Co-Lead Counsel for Lead Plaintiff City of
Warwick Retirement Board and Co-Lead
Counsel for the Settlement Class*

**BOND SCHOENECK & KING, PLLC**
Jonathan B. Fellows
George H. Lowe
One Lincoln Center
Syracuse, NY 13202
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
jfellows@bsk.com
glowe@bsk.com

*Local Counsel for Lead Plaintiffs and the
Settlement Class*