**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CHRISTINA LEWIS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff(s), <br><br> v. <br><br> YRC WORLDWIDE INC., JAMES L. WELCH, JAMIE G. PIERSON, STEPHANIE D. FISHER, and DARREN D. HAWKINS, <br><br> Defendants. | No.: 1:19-cv-00001-GTS-ATB |

**DECLARATION OF MICHAEL J. WERNKE IN SUPPORT OF MOTION FOR AN ORDER DESIGNATING *CY PRES* RECIPIENT**

I, Michael J. Wernke, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a Partner at the law firm of Pomerantz LLP, appointed by the Court as co-Lead Counsel in this action.  I submit this declaration in support of Plaintiffs' Motion for an Order Designating *Cy Pres* Recipient. I have personal knowledge of the matters set forth herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the most recent account statement from escrow agent Huntington National Bank.

Executed this 7th day of April 2023, in New York, NY.

/s/ Michael J. Wernke
Michael J. Wernke