# EXHIBIT 1

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



LEWIS V. YRC WORLDWIDE INC QSF
600 A B DATA DR
MILWAUKEE WI 53217-4931

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Analyzed Checking*                    *Account:* ▉▉▉▉

| **Statement Activity From:**<br>**03/01/23 to 03/31/23** | | **Beginning Balance** | **$3,788.37** |
|---|---|---|---|
| | | **Credits (+)** | **561.25** |
| | | Wire Transfer Credits | 561.25 |
| Days in Statement Period | 31 | **Debits (-)** | **3,531.01** |
| | | Wire Transfer Debits | 3,531.01 |
| Average Ledger Balance* | 697.15 | **Ending Balance** | **$818.61** |
| Average Collected Balance* | 697.15 | | |

\* The above balances correspond to the
service charge cycle for this account.

## *Other Credits (+)*                              *Account:*▉▉▉▉

| Date | Amount | Description |
|---|---|---|
| 03/14 | 561.25 | INCOMING FEDWIRE TRANSFER |

## *Other Debits (-)*                               *Account:*▉▉▉▉

| Date | Amount | Description |
|---|---|---|
| 03/02 | 3,531.01 | OUTGOING FEDWIRE TRANSFER - MANUAL |

## *Balance Activity*                               *Account:*▉▉▉▉

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 3,788.37 | 03/02 | 257.36 | 03/14 | 818.61 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⦿ ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2023 Huntington Bancshares Incorporated.



**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.