UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA LEWIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>YRC WORLDWIDE INC., JAMES L. WELCH, JAMIE G. PIERSON, STEPHANIE D. FISHER, and DARREN D. HAWKINS,<br><br>Defendants. | No.: 1:19-cv-00001-GTS-ATB |

ORDER DESIGNATING *CY PRES* RECIPIENT

Upon consideration of Lead Counsel's Motion for an Order Designating *Cy Pres* Recipient, and exhibits thereto:

**IT IS HEREBY ORDERED THAT**;

The remaining $818.61 in the Settlement Fund be allocated to the Investor Protection Trust.

Dated: May 1, 2023

Glenn T. Suddaby
U.S. District Judge

1